1    ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.publicover@wilsonelser.com

2    MICHAEL K. BRISBIN (SBN 169495)
Email: Michael.brisbin@wilsonelser.com

3    **WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP**

4    525 Market Street, 17th Floor
San Francisco, California 94105

5    Telephone: (415) 433-0990
Facsimile: (415) 434-1370

6

7    Attorneys for Plaintiff
**PRINCIPAL LIFE INSURANCE COMPANY**

FILED
CLERK, U.S. DISTRICT COURT

APR 17 2013

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

8    **IN THE UNITED STATES DISTRICT COURT**

9    **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10    **EASTERN DIVISION**

11    PRINCIPAL LIFE INSURANCE
COMPANY ,           Case No.: **ED CV 13 00706 JGB SPx**

12

13    Plaintiff,    **PLAINTIFF PRINCIPAL LIFE
INSURANCE COMPANY'S
COMPLAINT IN INTERPLEADER**

14    v.    **FRCP 22, 28 U.S.C. § 1335 and
ERISA**

15    DENISE JACOBS, V. JACOBS a
minor and R. JACOBS, JR., a minor,

16    Defendant.

17

18

19          COMES NOW Plaintiff PRINCIPAL LIFE INSURANCE COMPANY

20    ("Principal Life"), by and through the undersigned counsel, hereby files this

21    Complaint in Interpleader pursuant to Federal Rule of Civil Procedure 22, 28

22    U.S.C. § 1335, and ERISA, states and alleges as follows:

23    1.    Principal Life brings this Complaint for Interpleader and requests the Court

24    adjudge which Defendants are entitled to payment of the interpleaded funds of

25    $353,333.34, plus interest, and declare that such payment relieves Principal Life

26    from any additional liability to Defendants. Principal Life deposits with the Clerk

27    of the Court, concurrently with filing its complaint, the sum of $355,230.68, of

28

1   which the life insurance benefit equals $353,333.34, and the interest equals

2   $1,897.34.

3   **THE PARTIES**

4   2.      Principal Life is a corporation organized and existing under the laws of the

5   State of Iowa, with its principal place of business in Des Moines, Iowa.  A vast

6   majority of Principal Life's business is done in Iowa, a majority of its employees

7   work in Iowa, and the Company's home office is in Iowa.

8   3.      The deceased, Raymond Curtis Jacobs ("Mr. Jacobs"), was at all relevant

9   times, a citizen of the State of California, residing in Victorville, which is within

10  the County of San Bernardino.  He was the husband to defendant Denise Jacobs, as

11  well as the father to defendant minors V. Jacobs and R. Jacobs.  He died on July 6,

12  2012.

13  4.      Defendant Denise Jacobs is, and was, at all relevant times, a citizen of the

14  State of California, residing in Victorville, which is within the County of San

15  Bernardino.  Denise Jacobs is the wife of the deceased Raymond Curtis Jacobs and

16  the mother to minors V. Jacobs and R. Jacobs.

17  5.      Defendant minor V. Jacobs is, and was, at all relevant times, a citizen of the

18  State of California, residing in Victorville, which is within the County of San

19  Bernardino.  V. Jacobs is the daughter of Raymond Curtis Jacobs.

20  6.      Defendant minor R. Jacobs is, and was, at all relevant times, a citizen of the

21  State of California, residing in Victorville, which is within the County of San

22  Bernardino.  R. Jacobs is the son of Raymond Curtis Jacobs.

23  **JURISDICTION AND VENUE**

24  7.      This is a Complaint in Interpleader in which the Defendants are adverse

25  claimants to the proceeds of a group term life insurance policy, including an

26  accidental death and dismemberment ("AD&D") benefit ("GTL Policy"), a group

27  voluntary term life insurance policy, including an AD&D benefit ("VTL Policy")

28

2

1  (collectively "the Policies"), all of which were provided by or through the
2  deceased's employer, Arizona Pipeline Company ("APC").

3  8.      The GTL Policy and the VTL Policy, number H59481, were issued by
4  Principal Life to APC.  Said GTL Policy and VTL Policy are governed by ERISA
5  because each is part of an employee welfare benefit plan established and
6  maintained by APC to provide employee benefits.  29 U.S.C. § 1002(1).
7  Accordingly, federal question jurisdiction exists as this matter is governed by
8  ERISA.  A true and correct copy of the GTL Policy is attached, hereto, as **Exhibit**
9  **A**.  A true and correct copy of the VTL Policy is attached, hereto, as **Exhibit B**.

10  9.      This Court also has jurisdiction over this action pursuant to Federal Rule of
11  Civil Procedure 22 (1) and 28 U.S.C. § 1332, in that Principal Life and the
12  defendants are citizen of different states (Iowa versus California), as detailed
13  above, and the amount in controversy, exclusive of interest and costs, exceeds
14  $75,000.00.  The amount of life and AD&D insurance benefits payable under the
15  Policies is $530,000, excluding interest and costs.

16  10.     Venue is proper pursuant to 28 U.S.C. § 1397 because this action is being
17  filed in the Central District, Eastern Division, where one or more of the Defendants
18  resides.

19                    **FIRST CLAIM FOR RELIEF**
20                **(Interpleader Against All Defendants)**

21  11.     Principal Life realleges paragraphs 1 through 10, inclusive, of this
22  Complaint.

23  12.     The deceased, Mr. Jacobs, was hired by APC on August 8, 2011 as a pipe
24  fitter.

25  13.     As part of its employee benefits plan, APC offered its employees various
26  coverages including group term life insurance with an AD&D benefit, and group
27  voluntary term life insurance with an AD&D benefit.

28

14.    APC paid for the group term life and AD&D coverages for their employees. Any employee who enrolled for group voluntary term life and AD&D coverage paid the premiums through payroll deduction.

15.    On November 16, 2011, Mr. Jacobs, electronically enrolled and elected coverage under the Policies.  He did so with the assistance of an enroller from the Harris Insurance Agency.

16.    Mr. Jacobs was eligible for $25,000 of group term life insurance coverage with a $25,000 AD&D benefit, standard coverage amounts under the GTL Policy.

17.    Mr. Jacobs elected $240,000 of group voluntary term life coverage with a $240,000 AD&D benefit under the VTL Policy.

18.    During the electronic enrollment, Mr. Jacobs listed his wife, Defendant Denise Jacobs, as his beneficiary, giving her 100% of all life and AD&D benefits. A true and correct copy of the document memorializing the electronic enrollment is attached, hereto, as **Exhibit C**.

19.    After completing his electronic enrollment, Mr. Jacobs, on November 16, 2011, filled out and signed a four page paper form, "Employee Enrollment & Waiver – CA."  A true and correct copy of Mr. Jacobs' completed and signed employee enrollment form is attached, hereto, as **Exhibit D**.

20.    On the paper form, Mr. Jacobs elected group term life insurance (which included an AD&D benefit as well as group voluntary term life insurance in the amount of $240,000 (which also included an AD&D benefit of an equal amount).

21.    On the paper form, page 2, Mr. Jacobs listed the following persons, relationship, and percentages under the "Group Term Life Beneficiary Designation, Primary Beneficiaries" section:  Denise Jacobs, wife, 100%; V. Jacobs, daughter, 100%; and R. Jacobs, son, 100%.

22.    The next section on page 2, "Group Term Life Beneficiary Designation, Contingent Beneficiaries" is completely blank and no names are listed.

Plaintiff Principal Life Insurance Company's Complaint in Interpleader
Case No.: TBD
1012035.2

23.     Further down on the paper form, page 2, Mr. Jacobs listed the following under the "Voluntary Term Life Beneficiary Designation, Primary Beneficiaries" section:  "Same as above" on four lines.

24.     The subsequent section at the top of page 3, "Voluntary Term Life Beneficiary Designation, Contingent Beneficiaries" is completely blank and no names are listed.

25.     After Mr. Jacobs completed and executed the paper form he gave it to the Human Resource Department at APC.  APC held onto the completed form and never sent it to Principal Life until after Mr. Jacobs' death on July 6, 2012.

26.     Defendant Denise Jacobs completed and executed a "Life Claim Information" form on September 18, 2012.  The form was received by Principal Life on October 22, 2012.  A true and correct copy of the Life Claim Information form is attached, hereto, as **Exhibit E**.

27.     Principal Life never received a completed/executed "Life Claim Information" form from minors V. Jacobs and/or R. Jacobs.

28.     On October 22, 2012, Principal Life also received a letter from APC stating, in part, "…. after talking with his spouse Denise Jacobs, Raymond's intentions were that Denise Jacobs to be the primary benefactor and the children as contingent benefactors as shown on the printout."  A true and correct copy of the letter from APC is attached, hereto, as **Exhibit F**.

29.     Principal Life received two different beneficiary designations, one electronic and one paper, completed by Mr. Jacobs.  The electronic designation only lists his spouse at 100%.  The executed paper form lists three beneficiaries, his spouse Denise Jacobs, his daughter V. Jacobs and his son R. Jacobs, all at 100%.

30.     By reason of Mr. Jacobs' death Principal Life has determined that benefits are due and owing.

31.   Because Defendant Denise Jacobs is listed on both beneficiary designations Principal Life concluded she will receive a minimum one-third share of the life and AD&D benefits at issue.

32.   Principal Life paid Denise Jacobs a one-third share of the life and AD&D benefits on April 15, 2013 in the amount of $177,615.33, which included interest from the date of Mr. Jacobs' death to the date the check was processed.  A true and correct copy of the letter discussing the benefit check is attached, hereto, as **Exhibit G**.

34.   There exists a conflict as to the remaining two-third life and AD&D benefits because of the different and competing beneficiary designations completed by Mr. Jacobs on November 16, 2011.

35.   On the one hand you have the electronic beneficiary designation stating Denise Jacobs is the sole beneficiary and entitled to 100% of the benefit.  On the other hand, Mr. Jacobs listed three primary beneficiaries on the paper enrollment form and listed each of them to receive 100%.  The two beneficiary designations means Denise Jacobs has an adverse claim to the children V. Jacobs and R. Jacobs and vice-versa.

36.   Further complicating the issue is this fact:  two of the three primary beneficiaries listed on the paper form are minors – V. Jacobs and R. Jacobs.  As neither is of legal age Principal Life cannot negotiate with either of them to resolve their potential claims.

37.   Additionally, Principal Life cannot negotiate with the minors' mother, Denise Jacobs, to resolve the minors' claims because Denise Jacobs' interest conflicts with the minor children's interests.  The conflict is Denise Jacobs' entitlement to the remaining two-third benefit versus each minor child receiving a one-third share of the benefit.

38.   The conflict between Denise Jacobs and her children is also borne out in her statement to APC that she believed her husband intended to name her the primary

beneficiary. Said statement indicates an inherent conflict with the potential rights of minors V. Jacobs and R. Jacobs and therefore, she cannot negotiate any resolution with Principal Life on behalf of the minor children.

39.   Moreover, because Denise Jacobs' interests conflict with her children's interest Principal Life requests the Court appoint a Guardian Ad Litem to represent the children's interest in this lawsuit. If a Guardian Ad Litem is not appointed, the minor children will not receive the proper representation to protect their potential rights to life and AD&D insurance which insured their father, Mr. Jacobs.

40.   Principal Life is, and at all relevant times, has been ready, willing and able to pay the remaining two-third benefits to the person or persons legally entitled to the money.

41.   Because of the adverse claims, Principal Life is in doubt about who is entitled to the remaining two-third benefits and cannot determine how much or which Defendants are entitled to the benefits. If Principal Life does not interplead the remaining benefits at issue, it could be a party to multiple suits and/or double liability after the minor children reach majority age.

42.   Principal Life files this complaint in good faith and without any collusion with any of the parties herein. Principal Life has no interest in the benefits and is a mere stakeholder of the proceeds.

43.   Concurrently with filing this Complaint, Principal Life is depositing with this Court a check in the amount of $355,230.68, which represents the remaining two-third face value of the policy benefits, and corresponding interest, which sum Principal Life admits is due and owing under the Policies by reason of Mr. Jacobs' death.

44.   Principal Life has been called upon to retain the services of counsel for the purpose of protecting its interest arising out of Defendants' conflicting claims and Principal Life will be (and has been) called upon to pay those attorney fees for services render in that regard. Principal Life will also be compelled to incur costs

7

1    and disbursements in the prosecution of this action.  Accordingly, Principal Life is

2    entitled to and requests an award of its attorney fees and costs from the insurance

3    proceeds check ($355,230.68) deposited with the Court.

4            WHEREFORE, Principal Life prays for judgment as follows:

5            (a)    That an actual controversy exists which lies within the Court's

6    jurisdiction and Principal Life has no other adequate remedy at law;

7            (b)    That the Court compel Defendants to interplead or settle between and

8    among themselves their respective rights or claims to the benefits due and payable

9    under the Policies by reason of Mr. Jacobs' death;

10           (c)    That the Court appoints a Guardian Ad Litem to represent the interests

11   of minor children V. Jacobs and R. Jacobs;

12           (d)    That Defendants be restrained from bringing any additional action or

13   prosecuting any currently pending action against Principal Life for recovery of the

14   benefits payable by reason of Mr. Jacobs' death;

15           (e)    That, having deposited the remaining benefits of the Policies with the

16   Clerk of the Court, Principal Life and its past, present and future parents,

17   subsidiaries, affiliates, assignees, predecessors, successors, agents, producers,

18   employees, officers, directors, attorneys, and insurers be discharged from any

19   further liability to Defendants, and each of them;

20           (f)    That Principal Life be awarded its costs of suit paid and incurred that

21   are related to this lawsuit, including its reasonable attorneys' fees, both to be paid

22   out of the funds Principal Life deposited with the Clerk of the Court ($355,230.68),

23   and;

24           (g)    For such other and further relief the Court deems just and proper.

25

26

27

28

                                                                                              8

Plaintiff Principal Life Insurance Company's Complaint in Interpleader
Case No.:  TBD
1012035.2

Dated: April ___, 2013

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____

MICHAEL K. BRISBIN
Attorneys for Plaintiff
**PRINCIPAL LIFE INSURANCE
COMPANY**

# EXHIBIT A



H59481

07/01/2012

**GROUP POLICY FOR:**

# ARIZONA PIPELINE CO.

**ALL OTHER MEMBERS**
**Group Member Life Insurance**

**Print Date: 08/28/2012**

This page left blank intentionally

CHANGE NO. --5-- AMENDMENT TO BE ATTACHED TO
AND MADE A PART OF
PRINCIPAL LIFE INSURANCE COMPANY GROUP
POLICY NO. GL H59481 ISSUED TO

ARIZONA PIPELINE CO.

It is agreed that the above Group Policy be amended effective as of July 1, 2012, by striking all pages and replacing such pages with the following updated Group Policy.

The effect of this change is to completely replace the documentation of the contract between the above-named Policyholder and The Principal. Therefore, as of the effective date of this change, all prior versions of that documentation are null and void. This change is not intended to renew the contract between the Policyholder and The Principal in any way which affects the time limits of the coverages or limitations as stated in the original documentation.

The provisions and conditions set forth on any attached page are part of this Amendment the same as if set forth above.

This Amendment will become effective as a written agreement between The Principal and the Policyholder on the first premium due date following the effective date shown above for which premium due under this Group Policy is received by The Principal.

Executed by The Principal as of August 27, 2012.

Senior Vice President and Corporate Secretary          President and Chief Executive Officer

GC 800-2

This page left blank intentionally

## POLICY RIDER

## GROUP INSURANCE

**POLICY NO: H59481**

**COVERAGE: Life**

**EMPLOYER: ARIZONA PIPELINE CO.**

Effective on the later of the Date of Issue of this Group Policy or March 1, 2005, the following will apply to your Policy:

> From time to time The Principal may offer or provide certain employer groups who apply for coverage with The Principal a Financial Services Hotline and Grief Support Services or any other value added service for the employees of that employer group. In addition, The Principal may arrange for third party service providers (i.e., optometrists, health clubs), to provide discounted goods and services to those employer groups who apply for coverage with The Principal or who become insureds/enrollees of The Principal. While The Principal has arranged these goods, services and/or third party provider discounts, the third party service providers are liable to the applicants/insureds/enrollees for the provision of such goods and/or services. The Principal is not responsible for the provision of such goods and/or services nor is it liable for the failure of the provision of the same. Further, The Principal is not liable to the applicants/insureds/enrollees for the negligent provision of such goods and/or services by the third party service providers.

EXCEPT AS SPECIFICALLY DESCRIBED IN THIS RIDER, ALL OTHER BENEFITS AND PROVISIONS WILL BE AS DESCRIBED IN THE GROUP POLICY.

*Joyce N. Hoffman*
Senior Vice President and Corporate Secretary

*Larry Zimpleman*
President and Chief Executive Officer

PRINCIPAL LIFE INSURANCE COMPANY
DES MOINES, IOWA 50392-0001

GC 806 VAL

This page left blank intentionally

**PRINCIPAL LIFE INSURANCE COMPANY**
**(called The Principal in this Group Policy)**
**Des Moines, Iowa 50392-0001**

This group insurance policy is issued to:

ARIZONA PIPELINE CO.

(called the Policyholder in this Group Policy)

The Date of Issue is October 1, 2008.

In return for the Policyholder's application and payment of all premiums when due, The Principal agrees to provide:

**MEMBER LIFE INSURANCE**

**MEMBER ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE**

subject to the terms and conditions described in this Group Policy.

GROUP POLICY NO. GL H59481
RENEWABLE TERM - NON-PARTICIPATING
CONTRACT STATE OF ISSUE: CALIFORNIA

This policy has been updated effective July 1, 2012

GC 6000                                    **TITLE PAGE**

TABLE OF CONTENTS

**PART I - DEFINITIONS**

**PART II - POLICY ADMINISTRATION**

    **Section A - Contract**

| | |
|---|---|
| Entire Contract | Article 1 |
| Policy Changes | Article 2 |
| Policyholder Eligibility Requirements | Article 3 |
| Policy Incontestability | Article 4 |
| Individual Incontestability | Article 5 |
| Information to be Furnished | Article 6 |
| Certificates | Article 7 |
| Assignments | Article 8 |
| Policy Interpretation | Article 9 |
| Electronic Transactions | Article 10 |

    **Section B - Premium**

| | |
|---|---|
| Payment Responsibility; Due Dates; Grace Period | Article 1 |
| Premium Rates | Article 2 |
| Premium Rate Changes | Article 3 |
| Premium Amount | Article 4 |
| Contributions from Members | Article 5 |

    **Section C - Policy Termination**

| | |
|---|---|
| Failure to Pay Premium | Article 1 |
| Termination Rights of the Policyholder | Article 2 |
| Termination Rights of The Principal | Article 3 |
| Policyholder Responsibility to Members | Article 4 |

    **Section D - Policy Renewal**

| | |
|---|---|
| Renewal | Article 1 |

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

    **Section A - Eligibility**

| | |
|---|---|
| Member Life Insurance | Article 1 |

This policy has been updated effective July 1, 2012

GC 6001        **TABLE OF CONTENTS, PAGE 1**

Member Accidental Death and Dismemberment Insurance          Article 2

**Section B - Effective Dates**

Member Life Insurance                                        Article 1
Member Accidental Death and Dismemberment Insurance          Article 2

**Section C - Individual Terminations**

Member Life Insurance                                        Article 1
Member Accidental Death and Dismemberment Insurance          Article 2
Termination for Fraud                                        Article 3
Coverage While Outside of the United States                  Article 4

**Section D - Continuation**

Member Life Insurance                                        Article 1

**Section E - Reinstatement**

Reinstatement                                                Article 1
Federal Required Family and Medical Leave Act (FMLA)         Article 2
Reinstatement of Coverage for a Member When Coverage
Ends due to Living Outside of the United States
                                                             Article 3


**Section F - Individual Purchase Rights**

Member Life Insurance                                        Article 1

**PART IV - BENEFITS**

**Section A - Member Life Insurance**

Schedule of Insurance                                        Article 1
Death Benefits Payable                                       Article 2
Beneficiary                                                  Article 3
Facility of Payment                                          Article 4
Settlement of Proceeds                                       Article 5
Member Life Insurance - Coverage During Disability           Article 6
Accelerated Benefits                                         Article 7

**Section B - Member Accidental Death and Dismemberment Insurance**

Schedule of Insurance                                        Article 1

This policy has been updated effective July 1, 2012

Benefit Qualification     Article 2
Benefits Payable     Article 3
Seat Belt Benefit     Article 4
Loss of Use or Paralysis Benefit     Article 5
Loss of Speech and/or Hearing Benefit     Article 6
Repatriation Benefit     Article 7
Educational Benefit     Article 8
Limitations     Article 9

**Section D - Claim Procedures**

Notice of Claim     Article 1
Claim Forms     Article 2
Proof of Loss     Article 3
Payment, Denial and Review     Article 4
Medical Examinations     Article 5
Autopsy     Article 6
Legal Action     Article 7
Time Limits     Article 8

**This policy has been updated effective July 1, 2012**

GC 6001        **TABLE OF CONTENTS, PAGE 3**

## PART I - DEFINITIONS

When used in this Group Policy the terms listed below will mean:

**Active Work; Actively at Work**

A Member will be considered Actively at Work if he or she is able and available for active performance of all of his or her regular duties. Short term absence because of a regularly scheduled day off, holiday, vacation day, jury duty, funeral leave, or personal time off is considered Active Work provided the Member is able and available for active performance of all of his or her regular duties and was working the day immediately prior to the date of his or her absence.

**Date of Issue**

The date this Group Policy is placed in force: October 1, 2008.

**Dependent**

a.  A Member's spouse, if that spouse:

  (1)  is legally married to the Member; and
  (2)  is not in the Armed Forces of any country; and
  (3)  is not insured under this Group Policy as a Member.

b.  A Member's Dependent Child (or Children) as defined below.

c.  A Member's Domestic Partner, if the Member and the Domestic Partner have filed a Declaration of Domestic Partnership with the Secretary of State, if required, and that Domestic Partner is not in the Armed Forces of any country.

d.  A Domestic Partner's Dependent Child (or Children) as defined below.

**Dependent Child; Dependent Children**

a.  A Member's natural child or stepchild, if that child is 0 days but less than 26 years of age.

b.  A Member's foster child, if that child:

  (1)  meets the requirements above; and
  (2)  has been placed with the Member or spouse insured under this Group Policy by an authorized state placement agency or by order of a court; and

**This policy has been updated effective July 1, 2012**

(3) required documentation has been provided and the child is approved in Writing by The Principal as a Dependent Child.

c.   A Member's adopted child, if that child meets the requirements in a. above and the Member:

(1) is a party in a law suit in which the Member is seeking the adoption of the child; or

(2) has custody of the child under a court order that grants custody of the child to the Member.

An adopted child will be considered a Dependent Child on the earlier of: the date the petition for adoption is filed; or the date of entry of an order granting the adoptive parent custody of the child for the purpose of adoption.

d.   A Domestic Partner's child who otherwise qualifies under a., b., or c. above or if the Member or Domestic Partner is the child's guardian by court order.

**Domestic Partner; Domestic Partnership**

A Member's opposite sex life partner or same sex life partner, provided:

a.   the partner is not in the Armed Forces of any country; and

b.   the partner is not covered under this Group Policy as a Member; and

c.   the partner is at least 18 years of age; and

d.   neither the partner nor the Member is married; and

e.   neither the partner nor the Member has a Domestic Partnership with another person that has not been terminated; and

f.   the partner is not a blood relative of the Member; and

g.   the partner and the Member share the same residence; and

h.   the partner and the Member are each other's sole life partner and intend to remain so indefinitely; and

i.   the partner and the Member are jointly responsible for each other's financial welfare; and

j.   the partner and the Member are not in their relationship solely for the purpose of obtaining insurance coverage.

**This policy has been updated effective July 1, 2012**

GC 6002                     PART I - DEFINITIONS, PAGE 2

**Full-Time Student**

A Member's Dependent Child attending a school that has a regular teaching staff, curriculum, and student body and who:

a.    attends school on a full-time basis, as determined by the school's criteria; and

b.    is dependent on the Member for principal support.

**Group Policy**

The policy of group insurance issued to the Policyholder by The Principal, which describes benefits and provisions for insured Members.

**Insurance Month**

Calendar Month.

**Member**

Any PERSON (OTHER THAN SENIOR MANAGEMENT PERSON) who is a full-time employee of the Policyholder and who regularly works at least 30 hours per week. The employee must be compensated by the Policyholder and either the employer or employee must be able to show taxable income on federal or state tax forms. Work must be at the Policyholder's usual place or places of business, at an alternative worksite at the direction of the Policyholder, or at another place to which the employee must travel to perform his or her regular duties. This excludes any person who is scheduled to work for the Policyholder on a seasonal, temporary, contracted, or part-time basis.

An owner, proprietor, or partner of the Policyholder's business will be deemed to be an eligible employee for purposes of this Group Policy, provided he or she is regularly scheduled to work for the Policyholder at least 30 hours per week and otherwise meets the definition of a Member.

**Physician**

a.    A licensed Doctor of Medicine (M.D.) or Osteopathy (D.O.); or

b.    any other licensed health care practitioner that state law requires be recognized as a Physician under this Group Policy.

The term Physician does not include the Member, an employee of the Member, a business or professional partner or associate of the Member, any person who has a financial affiliation or business interest with the Member, anyone related to the Member by blood or marriage, or anyone living in the Member's household.

**This policy has been updated effective July 1, 2012**

GC 6002                    PART I - DEFINITIONS, PAGE 3

**Policy Anniversary**

April 1, 2013 and the same day of each following year.

**Policyholder**

The entity to whom this Group Policy is issued (see Title Page).

**Prior Policy**

The Group Term Life coverage of either:

a.   the Policyholder; or

b.   a business entity which has been obtained by the Policyholder through a merger or acquisition;

for which this Group Policy is a replacement.

**Proof of Good Health**

Written evidence that a person is insurable under the underwriting standards of The Principal. This proof must be provided in a form satisfactory to The Principal.

**Qualifying Event**

A Qualifying Event for Accelerated Benefits is a medical condition, which would, in the absence of extensive or extraordinary medical treatment; result in a dramatically limited life span. Such conditions may include, BUT ARE NOT LIMITED TO, one or more of the following:

a.   coronary artery disease resulting in an acute infarction or requiring surgery;

b.   permanent neurological deficit resulting from cerebral vascular accident;

c.   end stage renal failure; or

d.   acquired immune deficiency syndrome (AIDS).

**Signed or Signature**

Any symbol or method executed or adopted by a person with the present intention to authenticate a record, and which is on or transmitted by paper or electronic media, and which is consistent with applicable law and is agreed to by The Principal.

**This policy has been updated effective July 1, 2012**

GC 6002                       PART I - DEFINITIONS, PAGE 4

**Terminally Ill**

A Member will be considered Terminally Ill, for Accelerated Benefits, if he or she has experienced a Qualifying Event and is expected to die within 12 months of the date he or she requests payment of Accelerated Benefits.

**Total Disability; Totally Disabled**

A Member's inability, as determined by The Principal, due to sickness or injury, to perform the majority of the material duties of any occupation for which he or she is or may reasonably become qualified based on education, training or experience.

**Written or Writing**

A record which is on or transmitted by paper or electronic media, and which is consistent with applicable law.

**This policy has been updated effective July 1, 2012**

GC 6002                     PART I - DEFINITIONS, PAGE 5

## PART II - POLICY ADMINISTRATION

### Section A - Contract

### Article 1 - Entire Contract

This Group Policy, the current Certificate, the attached Policyholder application, and any Member applications make up the entire contract. The Principal is obligated only as provided in this Group Policy and is not bound by any trust or plan to which it is not a signatory party.

### Article 2 - Policy Changes

Insurance under this Group Policy runs annually to the Policy Anniversary, unless sooner terminated. No agent, employee, or person other than an officer of The Principal has authority to change this Group Policy, and, to be effective, all such changes must be in Writing and Signed by an officer of The Principal.

The Principal reserves the right to change this Group Policy as follows:

a.   Any or all provisions of this Group Policy may be amended or changed at any time, including retroactive changes, to the extent necessary to meet the requirements of any law or any regulation issued by any governmental agency to which this Group Policy is subject.

b.   Any or all provisions of this Group Policy may be amended or changed at any time when The Principal determines that such amendment is required for consistent application of policy provisions.

c.   By Written agreement between The Principal and the Policyholder, this Group Policy may be amended or changed at any time as to any of its provisions.

Any change to this Group Policy, including, but not limited to, those in regard to coverage, benefits, and participation privileges, may be made without the consent of any Member.

Payment of premium beyond the effective date of the change constitutes the Policyholder's consent to the change.

### Article 3 - Policyholder Eligibility Requirements

**This policy has been updated effective July 1, 2012**

### PART II - POLICY ADMINISTRATION

To be an eligible group and to remain an eligible group, the Policyholder must:

a.   be actively engaged in business for profit within the meaning of the Internal Revenue Code, or be established as a legitimate nonprofit corporation within the meaning of the Internal Revenue Code; and

b.   make at least the level of premium contributions required for insurance on its eligible Members. The Policyholder must:

   (1)   contribute at least 50% of the required premium for all Members (including disabled Members, if any); and

c.   if the Member is to contribute part of the premium, maintain the following participation percentages with respect to eligible employees, excluding those for whom Proof of Good Health is not satisfactory to The Principal:

   (1)   Employees:

      -   at least 75% of all eligible employees must enroll; and

d.   if the Member is to contribute no part of the premium, 100% of eligible employees must enroll.

### Article 4 - Policy Incontestability

In the absence of fraud, after this Group Policy has been in force two years, The Principal may not contest its validity except for nonpayment of premium.

### Article 5 - Individual Incontestability

All statements made by any individual insured under this Group Policy will be representations and not warranties. In the absence of fraud, these statements may not be used to contest an insured person's insurance unless:

a.   the insured person's insurance has been in force for less than two years during the insured's lifetime; and

b.   the statement is in Written form Signed by the insured person; and

c.   a copy of the form which contains the statement is given to the insured or the insured's beneficiary at the time insurance is contested.

However, these provisions will not preclude the assertion at any time of defenses based upon

**This policy has been updated effective July 1, 2012**

### PART II - POLICY ADMINISTRATION

GC 6003                    **Section A - Contract, Page 2**

the person's ineligibility for insurance under this Group Policy or upon the provisions of this Group Policy.

In addition, if an individual's age is misstated, The Principal may at any time adjust premium and benefits to reflect the correct age.

### Article 6 - Information to be Furnished

The Policyholder must, upon request, give The Principal all information needed to administer this Group Policy. If a clerical error is found in this information, The Principal may at any time adjust premium to reflect the facts. An error will not invalidate insurance that would otherwise be in force. Neither will an error continue insurance that would otherwise be terminated.

The Principal may inspect, at any reasonable time, all Policyholder records, which relate to this Group Policy.

### Article 7 - Certificates

The Principal will give the Policyholder Certificates for delivery to insured Members. The delivery of such Certificates will be in either paper or electronic format. The Certificates will be evidence of insurance and will describe the basic features of the coverage. They will not be considered a part of this Group Policy.

### Article 8 - Assignments

Members diagnosed with a terminal illness will be allowed to make an assignment for value under this Group Policy and then only if:

a.    the Member's life expectancy is 12 months or less; and

b.    Written proof of the terminal illness is received and approved by The Principal.

### Article 9 - Policy Interpretation

The Principal has complete discretion to construe or interpret the provisions of this group insurance policy, to determine eligibility for benefits, and to determine the type and extent of benefits, if any, to be provided. The decisions of The Principal in such matters shall be controlling, binding and final as between The Principal and persons covered by this Group Policy, subject to the Claims Procedures in PART IV, Section D.

**This policy has been updated effective July 1, 2012**

### PART II - POLICY ADMINISTRATION

GC 6003                              Section A - Contract, Page 3

**Article 10 - Electronic Transactions**

Any transaction relating to this Group Policy may be conducted by electronic means if performance of the transaction is consistent with applicable state and federal law.

Any notice required by the provisions of this Group Policy given by electronic means will have the same force and effect as notice given in writing.

This policy has been updated effective July 1, 2012

**PART II - POLICY ADMINISTRATION**

GC 6003                          **Section A - Contract, Page 4**

### Section B - Premiums

#### Article 1 - Payment Responsibility; Due Dates; Grace Period

The Policyholder is responsible for collection and payment of all premiums due while this Group Policy is in force. Payments must be sent to the home office of The Principal in Des Moines, Iowa.

The first premium is due on the Date of Issue of this Group Policy. Each premium thereafter will be due on the first of each Insurance Month. Except for the first premium, a Grace Period of 31 days will be allowed for payment of premium. "Grace Period" means the first 31-day period following a premium due date. The Group Policy will remain in force until the end of the Grace Period, unless the Group Policy has been terminated by notice as described in PART II, Section C. The Policyholder will be liable for payment of the premium for the time this Group Policy remains in force during the Grace Period.

#### Article 2 - Premium Rates

The premium rate(s) for each Member insured for Life Insurance will be:

a.  Member Life Insurance
$0.214 for each $1,000 of insurance in force.

b.  Member Accidental Death and Dismemberment Insurance
$0.042 for each $1,000 of Member Life Insurance in force.

If the Policyholder has at least two other eligible group insurance policies underwritten by The Principal, as determined by The Principal, the Policyholder may be eligible for a multiple policy discount.

#### Article 3 - Premium Rate Changes

The Principal may change a premium rate:

a.  on any premium due date, if the initial premium rate has then been in force 12 months or more and if Written notice is given to the Policyholder at least 31 days before the date of change; or

b.  on any date the definition of Member is changed; and

c.  on any date the Policyholder's business, as specified on the Policyholder application, is

**This policy has been updated effective July 1, 2012**

### PART II - POLICY ADMINISTRATION

changed; and

d.  on any date that a schedule of insurance or class of insured Members is changed; and

e.  on any premium due date, if the Policyholder has been receiving a multiple policy discount rate and the Policyholder drops below the minimum number of coverages to receive such discount rate; and

f.  on any date the premium contribution required of Members is changed; and

g.  with respect to Member Life Insurance, on any Policy Anniversary, if the average age, average Scheduled Benefit amount, or the male/female distribution for then insured Members has changed since the last Policy Anniversary; and

h.  on any Policy Anniversary, if the volume of insurance for then insured Members has increased or decreased by more than 25% since the last Policy Anniversary.

If the Policyholder has other group insurance with The Principal, and if life coverage is initially added on a date other than the Policy Anniversary and it is more than six months before the next Policy Anniversary, The Principal reserves the right to change the premium rate on the next Policy Anniversary. Written notice will be given to the Policyholder at least 31 days before the date of change.

If the Policyholder agrees to participate in the electronic services program of The Principal and, at a later date elects to withdraw from participation, such withdrawal may result in certain administrative fees being charged to the Policyholder.

**Article 4 - Premium Amount**

The amount of premium to be paid on each due date will be determined in these ways:

a.  Member Life Insurance
    The total volume of insurance in force will be divided by 1,000. The result will then be multiplied by the premium rate then in effect.

b.  Member Accidental Death and Dismemberment Insurance
    The total volume of insurance in force will be divided by 1,000. The result will then be multiplied by the premium rate then in effect.

To ensure accurate premium calculations, the Policyholder is responsible for reporting to The Principal, the following information during the stated time periods:

a.  Members who are eligible to become insured are to be reported during the month prior to or during the month that coverage becomes effective.

**This policy has been updated effective July 1, 2012**

**PART II - POLICY ADMINISTRATION**

GC 6004                    **Section B - Premiums, Page 2**

b.  Members whose coverage has terminated are to be reported within a month of the date coverage terminated.

c.  Changes in Member insurance class are to be reported within a month of the date that the change in insurance class took place.

If a Member is added or a present Member's insurance is increased or terminated on other than the first of an Insurance Month, premium for that Member will be adjusted and applied as if the change were to take place on the first of the next following Insurance Month.

**Article 5 - Contributions from Members**

Members are not required to contribute a part of the premium for their Member insurance under this Group Policy.

This policy has been updated effective July 1, 2012

**PART II - POLICY ADMINISTRATION**

GC 6004                       **Section B - Premiums, Page 3**

## Section C - Policy Termination

### Article 1 - Failure to Pay Premium

This Group Policy will terminate at the end of the Grace Period if total premium due has not been received by The Principal before the end of the Grace Period. Failure by the Policyholder to pay the premium within the Grace Period will be deemed notice by the Policyholder to The Principal to discontinue this Group Policy at the end of the Grace Period.

### Article 2 - Termination Rights of the Policyholder

The Policyholder may terminate this Group Policy effective on the day before any premium due date by giving Written notice to The Principal prior to that premium due date. The Policyholder's issuance of a stop-payment order for any amounts used to pay premiums for the Policyholder's coverage will be considered Written notice from the Policyholder.

### Article 3 - Termination Rights of The Principal

The Principal may nonrenew or terminate this Group Policy by giving the Policyholder 31 days advance notice in Writing, if the Policyholder:

a.   ceases to be actively engaged in business for profit within the meaning of the Internal Revenue Code, or be established as a legitimate nonprofit corporation within the meaning of the Internal Revenue Code; or

b.   fails to maintain the participation percentages requirements of PART II, Section A with respect to eligible employees, excluding those for whom Proof of Good Health is not satisfactory to The Principal; or

c.   fails to maintain three or more insured employees under this Group Policy; or

d.   fails to pay premium in accordance with the requirements of PART II, Section B; or

e.   has performed an act or practice that constitutes fraud or has made an intentional misrepresentation of material fact under the terms of this Group Policy; or

f.   does not promptly provide The Principal with information that is reasonably required; or

g.   fails to perform any of its obligations that relate to this Group Policy.

The Principal may terminate the Policyholder's coverage on any premium due date if the

**This policy has been updated effective July 1, 2012**

### PART II - POLICY ADMINISTRATION

Policyholder relocates to a state where this Group Policy is not marketed, by giving the Policyholder 31 days advanced notice in Writing.

**Article 4 - Policyholder Responsibility to Members**

If this Group Policy terminates for any reason, the Policyholder must:

a. notify each Member of the effective date of the termination; and

b. refund or otherwise account to each Member all contributions received or withheld from Members for premiums not actually paid to The Principal.

This policy has been updated effective July 1, 2012

**PART II - POLICY ADMINISTRATION**

GC 6005                **Section C - Policy Termination, Page 2**

**Section D - Policy Renewal**

**Article 1 - Renewal**

Insurance under this Group Policy runs annually to the Policy Anniversary, unless sooner terminated.

While this Group Policy is in force, and subject to the provisions in PART II, Section C, the Policyholder may renew at the applicable premium rates in effect on the Policy Anniversary.

This policy has been updated effective July 1, 2012

**PART II - POLICY ADMINISTRATION**

GC 6005 A          Section D - Policy Renewal, Page 1

## PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

### Section A - Eligibility

### Article 1 - Member Life Insurance

A person will be eligible for Member Life Insurance on the date shown below for the Member's status (insurance class):

MBRS HIRED PRIOR TO 070112: the first of the Insurance Month coinciding with or next following the date the person completes three consecutive months of continuous Active Work with the Policyholder as a Member.

MBRS REHIRED WITHIN 31 DAYS: the first of the Insurance Month coinciding with or next following the date the person becomes a Member as defined in PART I.

MBRS HIRED 070112 OR LATER: the first of the Insurance Month coinciding with or next following the date the person completes 90 consecutive days of continuous Active Work with the Policyholder as a Member.

In no circumstance will a person be eligible for Member Life Insurance under this Group Policy if the person is eligible under any other Group Term Life Insurance policy underwritten by The Principal.

### Article 2 - Member Accidental Death and Dismemberment Insurance

A person will be eligible for Member Accidental Death and Dismemberment Insurance on the latest of:

a.    the date the person is eligible for Member Life Insurance; or

b.    the date the person enters a class for which Member Accidental Death and Dismemberment Insurance is provided under this Group Policy; or

c.    the date Member Accidental Death and Dismemberment Insurance is added to this Group Policy.

This policy has been updated effective July 1, 2012

## PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

Section B - Effective Dates

**Article 1 - Member Life Insurance**

a.   **Actively at Work**

A Member's effective date for Member Life Insurance will be as explained in this article, if the Member is Actively at Work on that date. If the Member is not Actively at Work on the date insurance would otherwise be effective, such insurance will not be in force until the day of return to Active Work.

However, this Actively at Work requirement will be waived for Members who:

(1)   are absent from Active Work because of a regularly scheduled day off, holiday, or vacation day; and

(2)   were Actively at Work on their last scheduled work day before the date of their absence; and

(3)   were capable of Active Work on the day before the scheduled effective date of their insurance or change in their insurance, whichever is applicable.

This Actively at Work requirement may also be waived as described below.

When insurance under this Group Policy replaces coverage under a Prior Policy, the Active Work requirement may be waived for those Members who:

(1)   are eligible and enrolled under this Group Policy on its Date of Issue; and

(2)   were covered under the Prior Policy on the date of its termination.

In no event will the Active Work requirement be waived for those Members who, on the date of termination of the Prior Policy, either:

(1)   had the option, under the terms of the Prior Policy, to convert their coverage under the Prior Policy to an individual policy; or

(2)   were eligible under the terms of the Prior Policy, to have their premiums waived due to Total Disability.

NOTE: When insurance under this Group Policy replaces coverage under a Prior Policy and the Active Work requirement is waived, any benefits payable will be the lesser of the Scheduled Benefit of this Group Policy or the amount that would have been paid by the Prior Policy had it remained in force.

b.   **Effective Date for Initial Insurance When Proof of Good Health is Required**

**This policy has been updated effective July 1, 2012**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

Insurance for which Proof of Good Health is required (see e. below) will be in force on the later of:

   (1)   the date insurance would have been effective if Proof of Good Health had not been required; or

   (2)   the first of the Insurance Month coinciding with or next following the date Proof of Good Health is approved by The Principal.

**c.  Effective Date for Initial Noncontributory Insurance When Proof of Good Health is not Required**

Unless Proof of Good Health is required (see b. above and e. below), insurance for which the Member contributes no part of premium will be in force on the date the Member is eligible.

**d.  Effective Date for Initial Contributory Insurance When Proof of Good Health is not Required**

If a Member is to contribute a part of premium, insurance must be requested in a form provided by The Principal. Unless Proof of Good Health is required (see b. above and e. below), the requested insurance will be in force on:

   (1)   the date the Member is eligible, if the request is made on or before that date; or

   (2)   the first of the Insurance Month coinciding with or next following the date of the Member's request, if the request is made within 31 days after the date the Member is eligible.

If the request is made more than 31 days after the date the Member is eligible, Proof of Good Health will be required before insurance can be in force (see b. above and e. below).

**e.  Proof of Good Health Requirements**

The type and form of required Proof of Good Health will be determined by The Principal. A Member must submit Proof of Good Health:

   (1)   If insurance for which a Member contributes a part of premium is requested more than 31 days after the date the Member is eligible including any insurance the Member refuses and later requests.

   (2)   If insurance is requested under this Group Policy by a Member that was eligible under the Prior Policy, but elected to waive coverage under the Prior Policy.

   (3)   If a Member has failed to provide required Proof of Good Health or has been refused insurance under this Group Policy at any prior time.

   (4)   If a Member elects to terminate insurance and, more than 31 days later, requests to be insured again.

**This policy has been updated effective July 1, 2012**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

(5) If, on the date a Member becomes eligible, fewer than five Members are insured.

(6) If, on the date a Member becomes eligible for any increased or additional Scheduled Benefit amount, fewer than five Members are insured.

(7) To make effective any Scheduled Benefit amounts for the Member that are, initially or through later increases, in excess of:

- $100,000 for Members who are under age 65; and
- $100,000 for Members who are age 65 or over but under age 70; and
- *$100,000 for Members who are age 70 or over.

*If a Member is insured under this Group Policy on its Date of Issue and this insurance replaces insurance in force on the day immediately before the Date of Issue: the lesser of the amount shown above or the amount for which the Member was insured under the replaced insurance.

### f.  Effective Date for Benefit Changes Due to Change in Insurance Class

(1) A change in the Member's Scheduled Benefit amount because of a change in the Member's insurance class for which Proof of Good Health is not required (see e. above) will normally be effective on the first of the Insurance Month coinciding with or next following the date of change. However, if the Member is not Actively at Work on the date a Scheduled Benefit change would otherwise be effective, the Scheduled Benefit change will not be in force until the date the Member returns to Active Work. Any decrease in Scheduled Benefit amounts due to a change in a Member's insurance class will be effective on the date of the change, whether or not the Member is Actively at Work.

Any termination of Scheduled Benefit amounts due to a change in the Member's insurance class will be effective on the date of the change, whether or not the Member is Actively at Work.

(2) A change in a Member's Scheduled Benefit amount because of a change in the Member's insurance class for which Proof of Good Health is required (see e. above) will be effective on the later of:

- the date the change would have been effective if Proof of Good Health had not been required; or
- the first of the Insurance Month coinciding with or next following the date Proof of Good Health is approved by The Principal.

### g.  Effective Date for Benefit Changes Due to Change by Policy Amendment

(1) A change in the Member's Scheduled Benefit amount because of a change in the Schedule of Insurance (as described in PART IV, Section A) by amendment to this Group Policy for which Proof of Good Health is not required (see e. above) will

**This policy has been updated effective July 1, 2012**

## PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

GC 6007                    **Section B - Effective Dates, Page 3**

be effective on the date of change. However, if the Member is not Actively at Work on the date an increase in the Scheduled Benefit would otherwise be effective, the Scheduled Benefit in force for the Member before the change will continue to apply to the Member until the day of return to Active Work. When the Member returns to Active Work, the Scheduled Benefit increase will then be in force for the Member. Any decrease in Scheduled Benefit amounts due to a change by amendment to this Group Policy will be effective on the date of change, whether or not the Member is Actively at Work.

(2)   A change in the Member's Scheduled Benefit amount because of a change in the Schedule of Insurance (as described in PART IV, Section A) by amendment to this Group Policy for which Proof of Good Health is required (see e. above) will be effective on the later of:

-   the date the change would have been effective if Proof of Good Health had not been required; or
-   the first of the Insurance Month coinciding with or next following the date Proof of Good Health is approved by The Principal.

**h.   Effective Date for Benefit Changes Due to Changes Requested by the Member**

(1)   A change in a Member's Scheduled Benefit amount because of a request by the Member for which Proof of Good Health is not required (see e. above) will normally be effective on the first of the Insurance Month coinciding with or next following the date of the request. However, if the Member is not Actively at Work on the date a Scheduled Benefit change would otherwise be effective, the Scheduled Benefit change will not be in force until the date the Member returns to Active Work. Any decrease in Scheduled Benefit amounts due to a request by the Member will be effective on the date of the change, whether or not the Member is Actively at Work.

(2)   A change in a Member's Scheduled Benefit amount because of a request by the Member for which Proof of Good Health is required (see e. above) will be effective on the later of:

-   the date the change would have been effective if Proof of Good Health had not been required; or
-   the first of the Insurance Month coinciding with or next following the date Proof of Good Health is approved by The Principal.

**Article 2 - Member Accidental Death and Dismemberment Insurance**

Member Accidental Death and Dismemberment Insurance will be effective under the same terms as set forth for Member Life Insurance in this Section B, Article 1. However, in no

**This policy has been updated effective July 1, 2012**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

GC 6007                    **Section B - Effective Dates, Page  4**

event will Member Accidental Death and Dismemberment Insurance be in force for a Member who is not insured for Member Life Insurance.

Any change in a Member's Scheduled Benefit will be as stated in this Section B, Article 1.

This policy has been updated effective July 1, 2012

PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

GC 6007                         Section B - Effective Dates, Page 5

## Section C - Individual Terminations

### Article 1 - Member Life Insurance

A Member's insurance under this Group Policy will terminate on the earliest of:

a.   the date this Group Policy is terminated; or

b.   the end of the Insurance Month for which the last premium is paid for the Member's insurance; or

c.   the end of any Insurance Month, if requested by the Member before that date; or

d.   the end of the Insurance Month in which the Member ceases to be a Member as defined in PART I; or

e.   the end of the Insurance Month in which the Member ceases to be in a class for which Member Life Insurance is provided; or

f.   the date the Member retires; or

g.   the end of the Insurance Month in which the Member ceases Active Work.

### Article 2 - Member Accidental Death and Dismemberment Insurance

A Member's Accidental Death and Dismemberment Insurance under this Group Policy will terminate on the earliest of:

a.   the date his or her Member Life Insurance ceases; or

b.   the date Member Accidental Death and Dismemberment Insurance is removed from this Group Policy; or

c.   the end of the Insurance Month for which the last premium is paid for the Member's Accidental Death and Dismemberment Insurance; or

d.   the end of any Insurance Month, if requested by the Member before that date; or

e.   the end of the Insurance Month in which the Member ceases to be in a class for which Member Accidental Death and Dismemberment Insurance is provided.

**This policy has been updated effective July 1, 2012**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

**Article 3 - Termination for Fraud**

The Principal may at any time terminate a Member's eligibility under the Group Policy:

a.  in Writing and with 31-day notice, if the individual submits any claim that contains false or fraudulent elements under state or federal law; or

b.  in Writing and with 31-day notice, upon finding in a civil or criminal case that a Member has submitted claims that contain false or fraudulent elements under state or federal law; or

c.  in Writing and with 31-day notice, when a Member has submitted a claim which, in good faith judgement and investigation, a Member knew or should have known, contains false or fraudulent elements under state or federal law.

**Article 4 - Coverage While Outside of the United States**

If a Member is temporarily outside the United States, the Member may choose to continue his or her insurance, subject to premium payment for a period of six months or less for one of the following reasons:

a.  travel; or

b.  a business assignment; or

c.  full-time student status, provided the Member is either:

    (1)  enrolled and attending an accredited school in a foreign country; or
    (2)  is participating in an academic program in a foreign country, for which the institution of higher learning at which the student is enrolled in the U.S. grants academic credit.

The six-month period will not be reduced for any time covered under a Prior Policy.

If a Member is outside the United States for any other reason than those listed above, coverage for the person concerned will automatically terminate.

**This policy has been updated effective July 1, 2012**

## Section D - Continuation

### Article 1 - Member Life Insurance

**a.   Sickness or Injury (Other Than Total Disability)**

If Active Work ends because a Member is sick or injured but not Totally Disabled, insurance for that Member may be continued until the earlier of:

(1)   the date insurance would otherwise cease as provided in PART III, Section C; or

(2)   the end of the Insurance Month in which the Member recovers.

**b.   Layoff, Approved Leave of Absence**

If Active Work ends because a Member is on layoff or approved leave of absence, insurance for that Member may be continued until the earliest of:

(1)   the date insurance would otherwise cease as provided in this PART III, Section C, Article 1 a. through g.

(2)   the end of the Insurance Month in which the layoff or approved leave of absence ends; or

(3)   the date the Member becomes eligible for any other group life coverage; or

(4)   the date one month after the end of the Insurance Month in which Active Work ends.

In addition, a longer continuation period will be allowed for an approved leave of absence taken in accordance with the provisions of the state law regarding family leave.

**c.   Family and Medical Leave Act (FMLA)**

If a Member ceases Active Work due to an approved leave of absence under FMLA, the Policyholder may choose to continue the Member's insurance, subject to premium payment.

A Member may qualify to have his or her insurance continued under one or more of the continuation provisions described in a., b., and c. above. If a Member qualifies for continuation under more than one provision, the longest period of continuation will be applied, and all periods of continuation will run concurrently.

**This policy has been updated effective July 1, 2012**

### PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

**Section E - Reinstatement**

**Article 1 - Reinstatement**

A Member's terminated insurance will be reinstated if:

a.    insurance ceased because of layoff, approved leave of absence; and

b.    the Member returns to Active Work for the Policyholder within six months of the date insurance ceased.

The Member's reinstated insurance will be in force on the date of return to work. However, the Actively at Work provisions discussed in this PART III, Section B, will apply. Also, Proof of Good Health will be required to place in force any Scheduled Benefit that would have been subject to Proof of Good Health had the Member remained continuously insured.

Only the period of time during which a Member is actually insured will be included in determining the length of his or her continuous coverage under this Group Policy. For this purpose the period of time during which a reinstated Member's insurance was not in force:

a.    will not be considered an interruption of continuous coverage; and

b.    will not be used to satisfy any provision of this Group Policy which pertains to a period of continuous coverage.

In addition, a longer reinstatement period will be allowed for an approved leave of absence taken in accordance with the provisions of the state law regarding family leave.

In addition, a longer reinstatement period may be allowed for an approved leave of absence taken in accordance with the provisions of the federal law regarding the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA).

**Article 2 - Federal Required Family and Medical Leave Act (FMLA)**

A Member's terminated insurance may be reinstated in accordance with the provisions of the Federal Family and Medical Leave Act (FMLA), subject to the Actively at Work provision discussed in PART III, Section B.

**Article 3 - Reinstatement of Coverage for a Member When Coverage Ends due to Living Outside of the United States**

This policy has been updated effective July 1, 2012

PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

GC 6010                Section E - Reinstatement, Page 1

If insurance for a Member terminates because the person is outside of the United States as discussed in PART III, Section C, Article 4, the Member may become eligible again for coverage under this Group Policy, but only if:

a.   the Member returns to the United States within six months of the date on which coverage terminated because the person is outside of the United States; and

b.   the Member returns to Active Work in the United States for the Policyholder for a period of at least 30 consecutive days. The Member will be eligible for coverage on the day immediately following completion of the 30 consecutive days of Active Work; and

The reinstated coverage will be on the same basis as that being provided on the date coverage is reinstated. However, any restrictions on this coverage that were in effect before reinstatement will continue to apply. If the Member does not complete the 30 consecutive days of residence, the coverage for such person will not be reinstated.

This policy has been updated effective July 1, 2012

PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

GC 6010                       Section E - Reinstatement, Page 2

## Section F - Individual Purchase Rights

### Article 1 - Member Life Insurance

**a.  Individual Policy**

If a Member qualifies and makes timely application, he or she may convert the group coverage by purchasing an individual policy of life insurance under these terms:

(1)  The Member will not be required to submit Proof of Good Health.
(2)  The policy will be for life insurance only. No disability or other benefits will be included.
(3)  The policy will be on one of the forms, other than term insurance, then issued by The Principal to persons in the risk class to which the Member belongs on the individual policy's effective date.
(4)  Premium will be based on the Member's age and the standard rate of The Principal for the policy form to be issued.

**b.  Purchase Qualification**

A Member will qualify for individual purchase if insurance under this Group Policy terminates and:

(1)  the Member's total Life Insurance, or any portion of it, terminates because he or she ends Active Work or ceases to be in a class eligible for insurance; or
(2)  after the Member has been continuously insured under this Group Policy for at least five years, his or her total Member Life Insurance terminates because this Group Policy terminates or is amended to exclude the Member's insurance class; or
(3)  the Member's Coverage During Disability as described in PART IV, Section A, ceases because Total Disability ends and he or she does not return to Active Work within 31 days; or
(4)  on the date the Group Policy terminates, the Member is Totally Disabled and insured on that date and the Total Disability began when he or she was age 60 or older and while insured under this Group Policy; or
(5)  the Member's Accelerated Benefits Premium Waiver Period as described in PART IV, Section A, ceases and he or she does not qualify for Coverage During Disability.

**c.  Application/Effective Date**

Notice of the individual purchase right must be given to the Member by the Policyholder before insurance under this Group Policy terminates, or as soon as

This policy has been updated effective July 1, 2012

### PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

reasonably possible thereafter.

A Member must apply for individual purchase and the first premium for the individual policy must be paid to The Principal within 31 days after the date Member Life Insurance or Coverage During Disability terminates under this Group Policy.

Any individual policy issued will then be in force on the 32nd day following such termination date.

**d.   Individual Policy Amount**

The amount of insurance that may be purchased may vary:

(1)   If termination is as described in b. (1) above, the maximum amount will be the Member Life Insurance benefit in force on the date of termination or the portion of Member Life Insurance that has terminated, less any Accelerated Benefit payment as described in PART IV, Section A, Article 7.

(2)   If termination is as described in b. (2) above, the maximum amount will be the lesser of:

- $10,000; or
- the Member Life Insurance benefit in force on the date of termination, less any Accelerated Benefit payment as described in PART IV, Section A, Article 7 and less the amount for which the Member becomes eligible under any group policy within 31 days.

(3)   If termination is as described in b. (3) above, the maximum amount will be the Coverage During Disability benefit in force on the date Total Disability ceases, less any individual policy amount purchased earlier under this Article 1, and less any Accelerated Benefit payment as described in PART IV, Section A, Article 7.

(4)   If termination is as described in b. (5) above, the maximum amount will be the Member Life Insurance benefit in force on the date the Member ceases Active Work, less any individual policy amount purchased earlier under this Article 1, and less any Accelerated Benefit payment as described in PART IV, Section A, Article 7.

(5)   If termination is as described in b. (4) above, the maximum amount will be the Member Life Insurance benefit in force on the date of termination, less the amount for which the Member becomes eligible under any group policy within 31 days, and less any Accelerated Benefit payment as described in PART IV, Section A, Article 7.

**This policy has been updated effective July 1, 2012**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

## PART IV - BENEFITS

### Section A - Member Life Insurance

### Article 1 - Schedule of Insurance

Subject to the Effective Date provisions of PART III, Section B, and the qualifying provisions of this Section A, the Scheduled Benefit for an insured Member will be based on his or her class:

| Class | *Scheduled Benefit |
|---|---|
| ALL MEMBERS | $25,000 |

However, if a Member has received any payments under the Accelerated Benefits provision as described in Section A, Article 7, the Scheduled Benefit will be reduced by the amount of such payment.

*The Scheduled Benefit is subject to the Proof of Good Health requirements as shown in PART III, Section B, Article 1. Because of the Proof of Good Health requirements, the amount of insurance approved by The Principal may be different than the Scheduled Benefit. If the approved amount of insurance is different than the Scheduled Benefit, the approved amount will apply.

### Article 2 - Death Benefits Payable

If a Member dies while insured for Member Life Insurance under this Group Policy, The Principal will pay his or her beneficiary the Scheduled Benefit (or approved amount, if applicable) in force on the date of death, less any Accelerated Benefit payment as described in PART IV, Section A, Article 7. However, if a beneficiary is suspected or charged with the Member's death, the Death Benefits Payable may be withheld until additional information has been received or the trial has been held.

If a Member who was insured dies within the 31-day individual purchase period described in PART III, Section F, The Principal will pay his or her beneficiary the individual policy amount, if any, the Member had the right to purchase.

No payment will be made before The Principal receives Written proof of the Member's death.

### Article 3 - Beneficiary

This policy has been updated effective July 1, 2012

### PART IV - BENEFITS

A beneficiary should be named at the time a Member applies or enrolls under this Group Policy. A Member may name or later change a named beneficiary by sending a Written request to The Principal. A change will not be effective until recorded by The Principal. Once recorded, the change will apply as of the date the request was Signed. If The Principal properly pays any benefit before a change request is received, that payment may not be contested. Further:

a.   The naming of a new beneficiary in an application for individual purchase under PART III, Section F, Article 1, will be treated as a beneficiary change request under this Group Policy.

b.   If a Member's terminated insurance is reinstated, his or her beneficiary will be as recorded on the date of termination.

If a Member is insured under this Group Policy on its Date of Issue and this insurance replaces insurance in force on the day immediately before the Date of Issue, the beneficiary named in such replaced insurance and recorded by the Policyholder or The Principal will be the beneficiary under this Group Policy until a new beneficiary is named.


**Article 4 - Facility of Payment**

If any of the below occur, benefits will be paid as stated. All such payments will discharge The Principal to the full extent of those payments.

a.   If a beneficiary is found guilty of the Member's death, such beneficiary may be disqualified from receiving any benefit due. Payment may then be made to any contingent beneficiary or to the executor or administrator of the Member's estate.

b.   Any benefit due a beneficiary who dies before the Member's death will be paid in equal shares to the Member's surviving beneficiaries.

c.   If a beneficiary dies at the same time or within 15 days after the Member dies, but before The Principal receives Written proof of the Member's death, payment will be made as if the Member survived the beneficiary.

d.   If no beneficiary survives the Member or if the Member has not named a beneficiary, payment will be made in the following order of precedence as numbered:

   (1)   to the Member's spouse or Domestic Partner;
   (2)   to the Member's children born to or legally adopted by the Member;
   (3)   to the Member's Domestic Partner's children born or legally adopted by the Member's Domestic Partner;
   (4)   to the Member's parents;
   (5)   to the Member's brothers and sisters; or


**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

GC 6013                     **Section A - Member Life Insurance, Page 2**

(6)   if none of the above, to the executor or administrator of the Member's estate.

e.   If The Principal believes a person is not legally able to give a valid receipt, as determined by The Principal, for a payment, and no guardian has been appointed, The Principal may pay whoever has assumed the care and support of the person.

## Article 5 - Settlement of Proceeds

When The Principal receives Written proof of the Member's death, the Scheduled Benefit (or approved amount, if applicable) in force for the Member, less any Accelerated Benefit payment as described in PART IV, Section A, Article 7 will be placed in an interest-bearing draft account at an interest rate determined by The Principal, unless a lump sum or other settlement option has been elected. With the interest-bearing draft account, the balance will be available to the beneficiary at any time, in total or in part, subject to the following terms:

a.   withdrawals must be made by draft furnished by The Principal; and

b.   the draft amount must be at least $500 or more and may not exceed the account balance; and

c.   if the account balance falls below $500, the balance will be paid to the beneficiary in a lump sum and the account closed; and

d.   the account cannot be assigned or used as collateral.

The Interest Draft Account will not be available if the Scheduled Benefit amount payable is $5,000 or less; or if the beneficiary is anything other than a natural person. In these instances, a lump sum payment will be made.

In the event the Interest Draft Account is not available or otherwise does not apply, The Principal reserves the right to make payment of proceeds according to other settlement options if agreed to, in Writing, by The Principal.

Payment of benefits will be subject to the Beneficiary and Facility of Payment provisions of this PART IV, Section A.

## Article 6 - Member Life Insurance - Coverage During Disability

A Member may be eligible to continue his or her Member Life and Member Accidental Death and Dismemberment Insurance coverage during the Member's Total Disability.

a.   **Coverage Qualification**

**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

To be qualified for Coverage During Disability, a Member must:

(1) become Totally Disabled while insured for Member Life Insurance; and
(2) become Totally Disabled prior to the attainment of age 60; and
(3) remain Totally Disabled continuously; and
(4) be under the regular care and attendance of a Physician; and
(5) send proof of Total Disability to The Principal when required; and
(6) submit to Medical Examinations or Evaluations when required; and
(7) return to The Principal, without claim, any individual policy issued under his or her Individual Purchase Rights as described in PART III, Section F, Article 1. Upon return of such policy, The Principal will refund premiums paid, less dividends and less any outstanding policy loan balance.

**b. Proof of Total Disability**

Written proof of Total Disability must be sent to The Principal within one year of the date Total Disability begins. Further proof that Total Disability has not ended must be sent when The Principal requires. After Total Disability has continued for two years from the date the first proof is received, The Principal may not ask for further proof more than once each year.

If the Member dies while Totally Disabled, final proof that Total Disability continued to the date of death must be sent to The Principal. If death occurs within one year of the start of Total Disability, but before The Principal has received first proof, then final proof must be sent within one year of the date Total Disability began.

**c. Medical Examinations and Evaluations**

The Principal may require that a Totally Disabled Member be examined by a Physician or undergo an evaluation, at reasonable intervals, during the course of a claim. After Total Disability has continued two years from the date first proof of Total Disability is received, examinations or evaluations may not be required more than once each year.

The Principal will pay for these examinations and evaluations and will choose the Physician or evaluator to perform them. Failure to attend a medical examination or cooperate with the Physician may be cause for denial of the Member's benefits. Failure to attend an evaluation or to cooperate with the evaluator may also be cause for denial of the Member's benefits. If the Member fails to attend an examination or an evaluation, any charges incurred for not attending an appointment as scheduled may be his or her responsibility.

**d. Effective Dates and Premium Waiver**

Coverage During Disability will be effective for a qualified Member on the earlier of:

**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

GC 6013          **Section A - Member Life Insurance, Page 4**

    (1)   the date nine months after the date the Member becomes Totally Disabled; or

    (2)   the date the Member dies.

Premium will not be charged for Member Life and Member Accidental Death and Dismemberment Insurance while the Member's Coverage During Disability is in force.

**e.  Benefits Payable**

If death occurs while Coverage During Disability is in force, The Principal will pay the Member's beneficiary the Member Life Insurance benefit amount that would have been paid had the Member remained insured under the Schedule of Insurance in force on the date Total Disability began.

Such benefit shall be subject to any reduction provided under the Schedule of Insurance.

However, NO BENEFIT WILL BE PAID if Written proof of Total Disability is not sent to The Principal within one year of the date Total Disability began. Failure to give Written proof within the time specified will not invalidate or reduce any claim if Written proof is given as soon as reasonably possible. Further, if a death benefit is paid under this section of the Group Policy, it will be in place of all other Member Life Insurance benefits provided under this Group Policy.

**f.  Termination (Premium Waiver)**

Coverage During Disability will cease on the earliest of:

    (1)   the date the Member's Total Disability ends; or

    (2)   the date the Member fails to send The Principal any required proof of Total Disability; or

    (3)   the date the Member ceases to be under the regular care and attendance of a Physician; or

    (4)   the date the Member fails to submit to a required Medical Examination or Evaluation ; or

    (5)   the date the Member attains age 65.

**g.  Limitations**

No benefits will be paid for any disability that:

    (1)   results from willful self-injury or self-destruction, while sane or insane; or

    (2)   results from war or act of war; or

    (3)   results from voluntary participation in an assault, felony, criminal activity, insurrection, or riot.

**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

GC 6013          **Section A - Member Life Insurance, Page 5**

**Article 7 - Accelerated Benefits**

a.    **Accelerated Benefits Qualification**

To be qualified for an Accelerated Benefit payment, a Member must:

(1)    be Terminally Ill and insured for a Member Life Insurance benefit of at least $10,000; and

(2)    send a request for Accelerated Benefit payment to The Principal; and

(3)    provide proof satisfactory to The Principal that he or she is Terminally Ill; and

(4)    provide a release from the assignee, if his or her Member Life Insurance Benefit has been assigned.

b.    **Proof of Terminal Illness**

Proof that a Member is Terminally Ill will consist of:

(1)    a statement from the Member's Physician; and

(2)    any other medical information that The Principal believes necessary to confirm the Member's status.

c.    **Benefit Payable**

The Principal will pay a Member who is qualified for Accelerated Benefits whatever amount he or she requests; except that:

(1)    only one Accelerated Benefit payment will be made during the Member's lifetime; and

(2)    the amount requested must be at least $5,000; and

(3)    in no event will payment exceed the lesser of:

-    75% of the Member Life Insurance benefit in force on the date of the request; or

-    $250,000.

The Accelerated Benefit payment will be made in a lump sum.

d.    **Effect on Member Life Insurance Benefits**

If an Accelerated Benefit is paid, the Member Life Insurance Benefit otherwise payable upon the Member's death will be reduced by the sum of the Accelerated Benefit payment.

e.    **Premium Waiver Period**

**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

A premium waiver period will be established on the date The Principal pays an Accelerated Benefit to a Member. This period will end on the earlier of the Member's death or the date two years after the date of the Accelerated Benefit.

During a premium waiver period:

(1)   there will be no Member Life Insurance and Member Accidental Death and Dismemberment Insurance premium charge for the Member; and
(2)   Member Life Insurance will not be terminated if the Member ceases Active Work because of his or her Terminal Illness.

This policy has been updated effective July 1, 2012

PART IV - BENEFITS

GC 6013                        Section A - Member Life Insurance, Page 7

### Section B - Member Accidental Death and Dismemberment Insurance

### Article 1 - Schedule of Insurance

Subject to the Effective Date provisions of PART III, Section B, and the qualifying provisions of this Section B, the Scheduled Benefit for an insured Member will be based on his or her class:

| Class | *Scheduled Benefit |
|---|---|
| ALL MEMBERS | $25,000 |

*The Scheduled Benefit is subject to the Proof of Good Health requirements as shown in PART III, Section B, Article 1. Because of the Proof of Good Health requirements, the amount of insurance approved by The Principal may be different than the Scheduled Benefit. If the approved amount of insurance is different than the Scheduled Benefit, the approved amount will apply.

### Article 2 - Benefit Qualification

To qualify for benefit payment, all of the following must occur:

a.  the Member must be injured while insured for Member Accidental Death and Dismemberment Insurance under this Group Policy; and

b.  the injury must be through accidental means; and

c.  the injury must be the direct and sole cause of a loss listed in this Section B, Article 3; and

d.  the loss must occur within 365 days of the injury; and

e.  the limitations listed in this Section B, Article 9, must not apply; and

f.  claim requirements listed in this PART IV, Section D, must be satisfied; and

g.  all medical evidence must be satisfactory to The Principal.

### Article 3 - Benefits Payable

**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

GC 6015        **Section B - Member Accidental Death and Dismemberment
Insurance, Page 1**

If all of the benefit qualifications are met, The Principal will pay:

a.  100% of the Scheduled Benefit (or approved amount, if applicable) in force for loss of life; or

b.  50% of the Scheduled Benefit (or approved amount, if applicable) in force if one hand is severed at or above the wrist; or

c.  25% of the Scheduled Benefit (or approved amount, if applicable) in force for loss of thumb and index finger on the same hand; or

d.  50% of the Scheduled Benefit (or approved amount, if applicable) in force if one foot is severed at or above the ankle; or

e.  50% of the Scheduled Benefit (or approved amount, if applicable) in force if the sight of one eye is permanently lost (For this purpose, vision not correctable to better than 20/200 will be considered loss of sight.); or

f.  100% of the Scheduled Benefit (or approved amount, if applicable) in force for more than one of the losses listed in b., d., or e. above.

Total payment for all losses under this Article 3 that result from the same accident will not exceed the Scheduled Benefit (or approved amount, if applicable). Payment for loss of life will be to the beneficiary named for Member Life Insurance. Payment will be subject to the Beneficiary, Facility of Payment and Settlement of Proceeds provisions of PART IV, Section A. Payment for all other losses will be to the Member.

**Disappearance**

It will be presumed that a Member has lost his or her life if:

a.  the Member's body has not been found within 365 days after the disappearance of a conveyance in which the Member was an occupant at the time of disappearance; and

b.  the disappearance of the conveyance was due to its accidental wrecking or sinking; and

c.  this Group Policy would have covered the injury resulting from the accident.

**Exposure**

Exposure to the elements will be presumed to be an injury if:

a.  such exposure is due to an accidental bodily injury; and

**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

GC 6015        Section B - Member Accidental Death and Dismemberment
Insurance, Page 2

b.   within 365 days after the injury, the Member incurs a loss that is the result of the exposure; and

c.   this Group Policy would have covered the injury resulting from the accident.

## Article 4 - Seat Belt/Airbag Benefit

If the Member loses his or her life as a result of an accidental injury sustained while driving or riding in an Automobile, an additional benefit of $10,000 will be paid to the beneficiary named for Member Life Insurance, provided all Benefit Qualifications as described in Article 2 are met and:

a.   the Automobile is equipped with factory-installed Seat Belts; and

b.   the Seat Belt was in actual use by the Member and properly fastened at the time of the accident; and

c.   the position of the Seat Belt is certified in the official report of the accident or by the investigating officer.

This additional benefit payment will also apply if the Member was driving an Automobile equipped with a properly functioning driver-side air bag or riding as a passenger in an Automobile equipped with a properly functioning passenger-side air bag, although the Member's Seat Belt may not have been fastened at the time of the accident. The properly functioning and/or deployment of the air bag must be certified in the official report of the accident or by the investigating officer.

For the purpose of this benefit, "Automobile" means a four-wheel passenger vehicle, station wagon, pick-up truck, or van-type vehicle, but excludes recreational-type vehicles such as a "dune-buggy" or an "all-terrain" vehicle.

The term "Seat Belt" means a factory-installed device that forms an occupant restraint and injury avoidance system.

## Article 5 - Loss of Use or Paralysis Benefit

If a Member sustains an injury, and as a result of such injury, one or more of the covered losses listed below are incurred, The Principal will pay the following percentages of the Member's Scheduled Benefit (or approved amount, if applicable) in force, provided all Benefit Qualifications as described in Article 2 are met.

**% of Scheduled**

This policy has been updated effective July 1, 2012

PART IV - BENEFITS

GC 6015        Section B - Member Accidental Death and Dismemberment
Insurance, Page 3

|  | Covered Loss | Benefit |
|---|---|---|
| **Loss of Use or Paralysis** | | |
| | Quadriplegia | 100% |
| | Paraplegia | 50% |
| | Hemiplegia | 50% |
| | Both Hands or Both Feet | 50% |
| | One Hand and One Foot | 50% |
| | One Arm or One Leg | 25% |
| | One Hand or One Foot | 25% |

The Principal does not pay an Accidental Death and Dismemberment benefit for any paralysis caused by a stroke.

Paralysis must be determined by a Physician to be permanent, complete, and irreversible.

Total payment for all losses that result from the same accident will not exceed the Scheduled Benefit (or approved amount, if applicable). Payment for Loss will be to the Member.

For this benefit, the term "Loss of Use" means a total and irrevocable loss of voluntary movement, which has continued for 12 consecutive months. The term "Quadriplegia" means total paralysis of all four limbs. The term "Paraplegia" means total paralysis of both lower limbs. The term "Hemiplegia" means paralysis of one arm and one leg on the same side of the body.

### Article 6 - Loss of Speech and/or Hearing Benefit

If a Member sustains an injury, and as a result of such injury, one or more of the covered losses listed below are incurred, The Principal will pay the following percentages of the Member's Scheduled Benefit (or approved amount, if applicable) in force, provided all Benefit Qualifications as described in Article 2 are met.

|  | Covered Loss | % of Scheduled Benefit |
|---|---|---|
| **Loss of Speech and/or Hearing** | | |
| | Speech and Hearing | 100% |

This policy has been updated effective July 1, 2012

**PART IV - BENEFITS**

GC 6015          Section B - Member Accidental Death and Dismemberment
Insurance, Page 4

| Speech or Hearing | 50% |
| Hearing in One Ear | 25% |

Loss must be determined by a Physician to be permanent, complete, and irreversible.

Total payment for all losses that result from the same accident will not exceed the Scheduled Benefit (or approved amount, if applicable). Payment for Loss will be to the Member.

For this benefit, the term "Loss" means a total and irrevocable Loss of speech or hearing, which has continued for 12 consecutive months.

### Article 7 - Repatriation Benefit

If a benefit is paid under this Section B for loss of the Member's life and death occurred at least 100 miles away from the Member's permanent place of residence, all customary and reasonable expenses incurred for preparation of the body and its transportation to the place of burial or cremation will be paid up to a maximum benefit payment of $2,000.

### Article 8 - Educational Benefit

If a benefit is paid under this Section B for loss of the Member's life, an extra benefit of $3,000 will be paid annually for a maximum of four years to each Qualified Student. This annual benefit will be paid consecutively, while the Qualified Student continues his or her education as a Full-Time Student at an accredited post-secondary school.

For the purpose of this benefit, "Qualified Student" means a Dependent Child who is, at the time of the Member's death, a Full-Time Student at an accredited post-secondary school. A 12th grade student will become a Qualified Student if he or she enrolls in an accredited post-secondary school within 12 months of the Member's death.

### Article 9 - Limitations

Payment will not be made for any loss to which a contributing cause is:

a.    willful self-injury or self-destruction, while sane or insane; or

b.    disease, medical or surgical treatment of disease, or complications following the surgical treatment of disease; or

**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

GC 6015        **Section B - Member Accidental Death and Dismemberment
Insurance, Page 5**

c.   voluntary participation in an assault, felony, criminal activity, insurrection, or riot; or

d.   participation in flying, ballooning, parachuting, parasailing, bungee jumping or other aeronautic activities, except as a passenger on a commercial aircraft or as a passenger in a Policyholder-owned or leased aircraft on company business; or

e.   duty as a member of a military organization; or

f.   war or act of war; or

g.   the use of alcohol if, at the time of the injury, the Member's alcohol concentration exceeds the legal limit allowed by the jurisdiction where the injury occurs; or

h.   the operation by the Member of a motor vehicle or motor boat if, at the time of the injury, the Member's alcohol concentration exceeds the legal limit allowed by the jurisdiction where the injury occurs; or

i.   the use of any drug, narcotic, or hallucinogen not prescribed for the Member by a licensed Physician.

This policy has been updated effective July 1, 2012

**PART IV - BENEFITS**

GC 6015        **Section B - Member Accidental Death and Dismemberment Insurance, Page  6**

Section D - Claim Procedures

**Article 1 - Notice of Claim**

The Principal will acknowledge verbal or Written notice of claim within 15 calendar days of receipt unless payment is made within that time period.

**Article 2 - Claim Forms**

The Principal, when it receives notice of claim, will provide claim forms, instructions, and reasonable assistance within 15 days calendar days of receipt of such notice.

**Article 3 - Proof of Loss**

Written proof of loss must be sent to The Principal within 90 days after the date of the loss. Proof required includes the date, nature, and extent of the loss. The Principal may request additional information to substantiate loss or require a Signed unaltered authorization to obtain that information from the provider. Failure to comply with the request of The Principal could result in declination of the claim. For purposes of satisfying the claims processing timing requirements of the Employee Retirement Income Security Act (ERISA), receipt of claim will be considered to be met when the appropriate claim form is received by The Principal.

**Article 4 - Payment, Denial, and Review**

ERISA permits up to 45 days from receipt of claim for processing the claim. If a claim cannot be processed due to incomplete information, The Principal will send a Written explanation prior to the expiration of the 45 days. The claimant is then allowed up to 45 days to provide all additional information requested. The Principal is permitted two 30-day extensions for processing an incomplete claim. Written notification will be sent to the claimant regarding the extension.

In actual practice, benefits under this Group Policy will be payable sooner, provided The Principal received complete and proper proof of loss. Further, if a claim is not payable or cannot be processed, The Principal will submit a detailed explanation of the basis for its denial.

A claimant may request an appeal of a claim denial by Written request to The Principal within 180 days of receipt of notice of the denial. The Principal will make a full and fair review of the claim. The Principal may require additional information to make the review. The Principal will notify the claimant in Writing of the appeal decision within 45 days after

**This policy has been updated effective July 1, 2012**

PART IV - BENEFITS

receipt of the appeal request. If the appeal cannot be processed within the 45-day period because The Principal did not receive the requested additional information, The Principal is permitted a 45-day extension for the review. Written notification will be sent to the claimant regarding the extension. After exhaustion of the formal appeal process, the claimant may request an additional appeal. However, this appeal is voluntary and does not need to be filed before asserting rights to legal action.

For purposes of this section, "claimant" means Member, Dependent, or Beneficiary.

State law permits up to 40 days after receipt of proof of claim to determine if the claim will be paid or denied. If a determination cannot be made within 40 days, The Principal can request a 30-day extension in Writing prior to the end of the original 40 days, and every 30 days thereafter. (Exception: If there is a reasonable basis for The Principal to believe a claim is false or fraudulent, the 40-day limit is extended to 80 days.)

If it is determined that the claim will be paid, payment must be made within 30 days of (a) determination of coverage, or (b) execution of a settlement agreement.

If the claim is denied, in whole or in part, The Principal will notify the claimant in Writing of the basis for the denial. This denial notice will include an explanation of the policy provisions, condition, or exclusion relevant to the facts of the claim. The notice will also provide the address and telephone number of the unit of the California Department of Insurance the claimant should contact for review if he or she believes the claim has been wrongfully denied.

**Article 5 - Medical Examinations**

The Principal may have the Member whose loss is the basis for claim, be examined by a Physician during the course of a claim. The Principal will pay for these examinations and will choose the Physician to perform them.

**Article 6 - Autopsy**

If payment for loss of life is claimed, The Principal may require an autopsy. The Principal will pay for any such autopsy.

**Article 7 - Legal Action**

Legal action to recover benefits under this Group Policy may not be started earlier than 90 days after required proof of loss has been filed and before the appeal procedures have been exhausted. Further, no legal action may be started later than three years after that proof is required to be filed.

**This policy has been updated effective July 1, 2012**

PART IV - BENEFITS

GC 6018 CA          Section D - Claim Procedures, Page 2

**Article 8 - Time Limits**

Any time limits in this section will be adjusted as required by law.

This policy has been updated effective July 1, 2012

POLICY NOTICE

California insurance law requires that each group policy include the telephone number of the insurance company issuing the policy in order for the persons to present inquiries, to obtain information about coverage, and to provide assistance in resolving complaints. Persons may call or write to:

        Principal Life Insurance Company
        711 High Street
        Des Moines, Iowa 50392-0001

        Life claim-related inquiries:
        Attn: Group Claim - Life Info Line Services
        Telephone: 1-800-245-1522

        For administration-related inquiries:
        Attn: Group Call Center
        Telephone: 1-800-843-1371

Consumers should contact Principal Life Insurance Company, their agent, or other representative regarding complaints. If the policy or certificate was issued or delivered by an agent or broker, the insured must contact his or her agent or broker for assistance.

The California Department of Insurance should be contacted only after discussions with the insurer, or its agent or other representative, or both have failed to produce a satisfactory resolution to the problem.

Persons may call or write to:

        California Insurance Department
        Claims Services Bureau
        11th Floor
        300 South Spring Street
        Los Angeles, CA 90013
        Telephone:     1-800-927-HELP (In State)
                       1-213-897-8921 (Out of State)

This Notice is for the Policyholder's information only and does not become a part or condition of this Group Policy.

This policy has been updated effective July 1, 2012

GC 803 CA               POLICY NOTICE

This page left blank intentionally

**Principal Life Insurance Company**
Des Moines, Iowa 50392-0002



**Principal Life Insurance Company**
Des Moines, Iowa 50392-0002

# EXHIBIT B



**Principal**
*Financial
Group*

H59481

07/01/2012

GROUP POLICY FOR:

# ARIZONA PIPELINE CO.

**ALL MEMBERS**
Group Voluntary Term Life

**Print Date: 08/28/2012**

This page left blank intentionally

**CHANGE NO. --6-- AMENDMENT TO BE ATTACHED TO
AND MADE A PART OF
PRINCIPAL LIFE INSURANCE COMPANY GROUP
POLICY NO. GL H59481 ISSUED TO**

**ARIZONA PIPELINE CO.**

It is agreed that the above Group Policy be amended effective as of July 1, 2012, by striking all pages and replacing such pages with the following updated Group Policy.

The effect of this change is to completely replace the documentation of the contract between the above-named Policyholder and The Principal. Therefore, as of the effective date of this change, all prior versions of that documentation are null and void. This change is not intended to renew the contract between the Policyholder and The Principal in any way which affects the time limits of the coverages or limitations as stated in the original documentation.

The provisions and conditions set forth on any attached page are part of this Amendment the same as if set forth above.

This Amendment will become effective as a Written agreement between The Principal and the Policyholder on the first premium due date following the effective date shown above for which premium due under this Group Policy is received by The Principal.

Executed by The Principal as of August 27, 2012.

Senior Vice President and Corporate Secretary                    President and Chief Executive Officer

GC 800-2

POLICY RIDER

GROUP INSURANCE

**POLICY NO: H59481**

**COVERAGE: Life**

**EMPLOYER: ARIZONA PIPELINE CO.**

Effective on the later of the Date of Issue of this Group Policy or March 1, 2005, the following will apply to your Policy:

> From time to time The Principal may offer or provide certain employer groups who apply for coverage with The Principal a Financial Services Hotline and Grief Support Services or any other value added service for the employees of that employer group. In addition, The Principal may arrange for third party service providers (i.e., optometrists, health clubs), to provide discounted goods and services to those employer groups who apply for coverage with The Principal or who become insureds/enrollees of The Principal. While The Principal has arranged these goods, services and/or third party provider discounts, the third party service providers are liable to the applicants/insureds/enrollees for the provision of such goods and/or services. The Principal is not responsible for the provision of such goods and/or services nor is it liable for the failure of the provision of the same. Further, The Principal is not liable to the applicants/insureds/enrollees for the negligent provision of such goods and/or services by the third party service providers.

EXCEPT AS SPECIFICALLY DESCRIBED IN THIS RIDER, ALL OTHER BENEFITS AND PROVISIONS WILL BE AS DESCRIBED IN THE GROUP POLICY.

Senior Vice President and Corporate Secretary            President and Chief Executive Officer

PRINCIPAL LIFE INSURANCE COMPANY
DES MOINES, IOWA 50392-0001

GC 806 VAL

This page left blank intentionally

**PRINCIPAL LIFE INSURANCE COMPANY**
(called The Principal in this Group Policy)
Des Moines, Iowa 50392-0001

This group insurance policy is issued to:

ARIZONA PIPELINE CO.

(called the Policyholder in this Group Policy)

The Date of Issue is November 1, 2008.

In return for the Policyholder's application and payment of all premiums when due, The Principal agrees to provide:

**GROUP VOLUNTARY TERM LIFE INSURANCE**

**MEMBER LIFE INSURANCE**
**MEMBER ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE**
**DEPENDENT LIFE INSURANCE**
**DEPENDENT SPOUSE OR DOMESTIC PARTNER ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE**

subject to the terms and conditions described in this Group Policy.

GROUP POLICY NO. GL H59481
RENEWABLE TERM
CONTRACT STATE OF ISSUE: CALIFORNIA

**This policy has been updated effective July 1, 2012**

GC 6000 (VTL)                    **TITLE PAGE**

TABLE OF CONTENTS

**PART I - DEFINITIONS**

**PART II - POLICY ADMINISTRATION**

    **Section A - Contract**

| | |
|---|---|
| Entire Contract | Article 1 |
| Policy Changes | Article 2 |
| Policyholder Eligibility Requirements | Article 3 |
| Policy Incontestability | Article 4 |
| Individual Incontestability | Article 5 |
| Information to be Furnished | Article 6 |
| Certificates | Article 7 |
| Assignments | Article 8 |
| Dependent Rights | Article 9 |
| Policy Interpretation | Article 10 |
| Electronic Transactions | Article 11 |

    **Section B - Premiums**

| | |
|---|---|
| Payment Responsibility; Due Dates; Grace Period | Article 1 |
| Premium Rates | Article 2 |
| Premium Rate Changes | Article 3 |
| Premium Amount | Article 4 |
| Contribution from Members | Article 5 |

    **Section C - Policy Termination**

| | |
|---|---|
| Failure to Pay Premium | Article 1 |
| Termination Rights of the Policyholder | Article 2 |
| Termination Rights of The Principal | Article 3 |
| Policyholder Responsibility to Members | Article 4 |

    **Section D - Policy Renewal**

| | |
|---|---|
| Renewal | Article 1 |

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

This policy has been updated effective July 1, 2012

GC 6001 (VTL)          TABLE OF CONTENTS, PAGE 1

**Section A - Eligibility**

| | |
|---|---|
| Member Life Insurance | Article 1 |
| Member Accidental Death and Dismemberment Insurance | Article 2 |
| Dependent Life Insurance | Article 3 |
| Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance | Article 4 |

**Section B - Effective Dates**

| | |
|---|---|
| Member Life Insurance | Article 1 |
| Member Accidental Death and Dismemberment Insurance | Article 2 |
| Dependent Life Insurance | Article 3 |
| Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance | Article 4 |

**Section C - Individual Terminations**

| | |
|---|---|
| Member Life Insurance | Article 1 |
| Member Accidental Death and Dismemberment Insurance | Article 2 |
| Dependent Life Insurance | Article 3 |
| Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance | Article 4 |
| Termination for Fraud | Article 5 |
| Coverage While Outside of the United States | Article 6 |

**Section D - Continuation**

| | |
|---|---|
| Member Life Insurance | Article 1 |
| Dependent Insurance - Developmentally Disabled or Physically Handicapped Children | Article 2 |

**Section E - Reinstatement**

| | |
|---|---|
| Reinstatement | Article 1 |
| Federal Required Family and Medical Leave Act (FMLA) | Article 2 |
| Reinstatement of Coverage for a Member or Dependent When Coverage Ends due to Living Outside of the United States | Article 3 |

**Section F - Individual Purchase Rights**

| | |
|---|---|
| Member Life Insurance | Article 1 |
| Dependent Life Insurance | Article 2 |

**This policy has been updated effective July 1, 2012**

GC 6001 (VTL)        TABLE OF CONTENTS, PAGE 2

Section G - Portability

| | |
|---|---|
| Portability of Insurance | Article 1 |
| Member Life and Member Accidental Death and Dismemberment Insurance and Dependent Life and Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance | Article 2 |
| Application/Effective Dates | Article 3 |

## PART IV - BENEFITS

### Section A - Member Life Insurance

| | |
|---|---|
| Schedule of Insurance | Article 1 |
| Death Benefits Payable | Article 2 |
| Beneficiary | Article 3 |
| Facility of Payment | Article 4 |
| Settlement of Proceeds | Article 5 |
| Member Life Insurance - Coverage During Disability | Article 6 |
| Accelerated Benefits | Article 7 |

### Section B - Member Accidental Death and Dismemberment Insurance

| | |
|---|---|
| Schedule of Insurance | Article 1 |
| Benefit Qualification | Article 2 |
| Benefits Payable | Article 3 |
| Seat Belt/Airbag Benefit | Article 4 |
| Loss of Use or Paralysis Benefit | Article 5 |
| Loss of Speech and/or Hearing Benefit | Article 6 |
| Repatriation Benefit | Article 7 |
| Educational Benefit | Article 8 |
| Limitations | Article 9 |

### Section C - Dependent Life Insurance

| | |
|---|---|
| Schedule of Insurance | Article 1 |
| Death Benefits Payable | Article 2 |
| Beneficiary | Article 3 |

### Section C (1) - Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance

| | |
|---|---|
| Schedule of Insurance | Article 1 |
| Benefit Qualification | Article 2 |

This policy has been updated effective July 1, 2012

GC 6001 (VTL)          TABLE OF CONTENTS, PAGE 3

Benefits Payable                                    Article 3
Seat Belt/Airbag Benefit                            Article 4
Loss of Use or Paralysis Benefit                    Article 5
Loss of Speech and/or Hearing Benefit               Article 6
Repatriation Benefit                                Article 7
Educational Benefit                                 Article 8
Limitations                                         Article 9

**Section D - Claim Procedures**

Notice of Claim                                     Article 1
Claim Forms                                         Article 2
Proof of Loss                                       Article 3
Payment, Denial and Review                          Article 4
Medical Examinations                                Article 5
Autopsy                                             Article 6
Legal Action                                        Article 7
Time Limits                                         Article 8

**This policy has been updated effective July 1, 2012**

**GC 6001 (VTL)            TABLE OF CONTENTS, PAGE  4**

## PART I - DEFINITIONS

When used in this Group Policy the terms listed below will mean:

### Active Work; Actively at Work

A Member will be considered Actively at Work if he or she is able and available for active performance of all of his or her regular duties. Short term absence because of a regularly scheduled day off, holiday, vacation day, jury duty, funeral leave, or personal time off is considered Active Work provided the Member is able and available for active performance of all of his or her regular duties and was working the day immediately prior to the date of his or her absence.

### Date of Issue

The date this Group Policy is placed in force: November 1, 2008.

### Dependent

a.  A Member's spouse, if that spouse:

    (1)  is legally married to the Member; and
    (2)  is not in the Armed Forces of any country; and
    (3)  is not insured under this Group Policy as a Member.

b.  A Member's Dependent Child (or Children) as defined below.

c.  A Member's Domestic Partner, if the Member and the Domestic Partner have filed a Declaration of Domestic Partnership with the Secretary of State, if required, and that Domestic Partner is not in the Armed Forces of any country.

d.  A Domestic Partner's Dependent Child (or Children) as defined below.

### Dependent Child; Dependent Children

a.  A Member's natural child or stepchild, if that child is less than 26 years of age.

b.  A Member's foster child, if that child:

    (1)  meets the requirements above; and
    (2)  has been placed with the Member or spouse insured under this Group Policy by an authorized state placement agency or by order of a court; and

**This policy has been updated effective July 1, 2012**

GC 6002 (VTL)          PART I - DEFINITIONS, PAGE 1

(3) required documentation has been provided and the child is approved in Writing by The Principal as a Dependent Child.

c. A Member's adopted child, if that child meets the requirements in a. above and the Member:

(1) is a party in a law suit in which the Member is seeking the adoption of the child; or
(2) has custody of the child under a court order that grants custody of the child to the Member.

An adopted child will be considered a Dependent Child on the earlier of: the date the petition for adoption is filed; or the date of entry of an order granting the adoptive parent custody of the child for the purpose of adoption.

d. A Domestic Partner's child who otherwise qualifies under a., b., or c. above or if the Member or Domestic Partner is the child's guardian by court order.

**Developmental Disability**

A Dependent Child's substantial handicap, as determined by The Principal, which:

a. results from mental retardation, cerebral palsy, epilepsy, or other neurological disorder; and

b. is diagnosed by a Physician as a permanent or long-term continuing condition.

**Domestic Partner; Domestic Partnership**

A Member's opposite sex life partner or same sex life partner, provided:

a. the partner is not in the Armed Forces of any country; and

b. the partner is not insured under this Group Policy as a Member; and

c. the partner is at least 18 years of age; and

d. neither the partner nor the Member is married; and

e. neither the partner nor the Member has a Domestic Partnership with another person that has not been terminated; and

f. the partner is not a blood relative of the Member; and

**This policy has been updated effective July 1, 2012**

GC 6002 (VTL)          **PART I - DEFINITIONS, PAGE 2**

g.   the partner and the Member share the same residence; and

h.   the partner and the Member are each other's sole life partner and intend to remain so indefinitely; and

i.   the partner and the Member are jointly responsible for each other's financial welfare; and

j.   the partner and the Member are not in their relationship solely for the purpose of obtaining insurance coverage.

**Full-Time Student**

A Member's Dependent Child attending a school that has a regular teaching staff, curriculum and student body and who:

a.   attends school on a full-time basis, as determined by the school's criteria; and

b.   is dependent on the Member for principal support.

**Group Policy**

The policy of group insurance issued to the Policyholder by The Principal, which describes benefits and provisions for insured Members and Dependents.

**Hospital**

An institution that is licensed as a Hospital by the proper authority of the state in which it is located, but not including any institution, or part thereof, that is used primarily as a clinic, Skilled Nursing Facility, convalescent home, rest home, home for the aged, nursing home, custodial care facility, or training center.

**Insurance Month**

Calendar Month.

**Member**

Any PERSON who is a full-time employee of the Policyholder and who regularly works at least 30 hours per week. The employee must be compensated by the Policyholder and either the employer or employee must be able to show taxable income on federal or state tax forms. Work must be at the Policyholder's usual place or places of business, at an alternative worksite at the direction of the Policyholder, or at another place to which the employee must travel to perform his or her regular duties. This excludes any person who is scheduled to

**This policy has been updated effective July 1, 2012**

GC 6002 (VTL)          **PART I - DEFINITIONS, PAGE 3**

work for the Policyholder on a seasonal, temporary, contracted, or part-time basis.

An owner, proprietor, or partner of the Policyholder's business will be deemed to be an eligible employee for purposes of this Group Policy, provided he or she is regularly scheduled to work for the Policyholder at least 30 hours per week and otherwise meets the definition of a Member.

**Period of Limited Activity**

Any period of time during which a person is:

a.   confined in a Hospital for any cause or confined in a Skilled Nursing Facility; or

b.   Home Confined. "Home Confined" means that, due to sickness or injury, the person is unable to carry on the regular and usual activities of a healthy person of the same age and sex and unable to leave his or her home except to receive medical treatment.

**Physical Handicap**

A Dependent Child's substantial physical or mental impairment, as determined by The Principal, which:

a.   results from injury, accident, congenital defect, or sickness; and

b.   is diagnosed by a Physician as a permanent or long-term dysfunction or malformation of the body.

**Physician**

a.   A licensed Doctor of Medicine (M.D.) or Osteopathy (D.O.); or

b.   any other licensed health care practitioner that state law requires be recognized as a Physician under this Group Policy.

The term Physician does not include the Member, an employee of the Member, a business or professional partner or associate of the Member, any person who has a financial affiliation or business interest with the Member, anyone related to the Member by blood or marriage, or anyone living in the Member's household.

**Policy Anniversary**

April 1, 2013 and the same day of each following year.

**Policyholder**

**This policy has been updated effective July 1, 2012**

GC 6002 (VTL)            PART I - DEFINITIONS, PAGE 4

The entity to whom this Group Policy is issued (see Title Page).

**Proof of Good Health**

Written evidence that a person is insurable under the underwriting standards of The Principal. This proof must be provided in a form satisfactory to The Principal.

**Qualifying Event**

A Qualifying Event for Accelerated Benefits is a medical condition, which would, in the absence of extensive or extraordinary medical treatment; result in a dramatically limited life span. Such conditions may include, BUT ARE NOT LIMITED TO, one or more of the following:

a.   coronary artery disease resulting in an acute infarction or requiring surgery;

b.   permanent neurological deficit resulting from cerebral vascular accident;

c.   end stage renal failure; or

d.   acquired immune deficiency syndrome (AIDS).

**Scheduled Benefits Summary**

The page which is issued as part of the insured's certificate that contains benefit and other information pertaining to the Member's coverage under this Group Policy.

**Signed or Signature**

Any symbol or method executed or adopted by a person with the present intention to authenticate a record, and which is on or transmitted by paper or electronic media, and which is consistent with applicable law and is agreed to by The Principal.

**Skilled Nursing Facility**

An institution (including one providing sub-acute care), or distinct part thereof, that is licensed by the proper authority of the state in which it is located to provide skilled nursing care and that:

a.   is supervised on a full-time basis by a Doctor of Medicine (M.D.) or Doctor of Osteopathy (D.O.) or a licensed registered nurse (R.N.); and

b.   has transfer arrangements with one or more Hospitals, a utilization review plan, and operating policies developed and monitored by a professional group that includes at least

**This policy has been updated effective July 1, 2012**

GC 6002 (VTL)          PART I - DEFINITIONS, PAGE 5

one M.D. or D.O.; and

c.   has an existing contract for the services of an M.D. or D.O., maintains daily records on each patient, and is equipped to dispense and administer drugs; and

d.   provides 24-hour nursing care and other medical treatment.

Not included are rest homes, homes for the aged, nursing homes, or places for treatment of mental disease, drug addiction, or alcoholism.

**Terminally Ill**

A Member will be considered Terminally Ill, for Accelerated Benefits, if he or she has experienced a Qualifying Event and is expected to die within twelve months of the date he or she requests payment of Accelerated Benefits.

**Total Disability; Totally Disabled**

A Member's inability, as determined by The Principal, due to sickness or injury, to perform the majority of the material duties of any occupation for which he or she is or may reasonably become qualified based on education, training or experience.

**Written or Writing**

A record which is on or transmitted by paper or electronic media, and which is consistent with applicable law.

**This policy has been updated effective July 1, 2012**

**GC 6002 (VTL)            PART I - DEFINITIONS, PAGE 6**

## PART II - POLICY ADMINISTRATION

### Section A - Contract

**Article 1 - Entire Contract**

This Group Policy, the current Certificate, the attached Policyholder application, and any Member applications make up the entire contract. The Principal is obligated only as provided in this Group Policy and is not bound by any trust or plan to which it is not a signatory party.

**Article 2 - Policy Changes**

Insurance under this Group Policy runs annually to the Policy Anniversary, unless sooner terminated. No agent, employee, or person other than an officer of The Principal has authority to change this Group Policy, and, to be effective, all such changes must be in Writing and Signed by an officer of The Principal.

The Principal reserves the right to change this Group Policy as follows:

a.   Any or all provisions of this Group Policy may be amended or changed at any time, including retroactive changes, to the extent necessary to meet the requirements of any law or any regulation issued by any governmental agency to which this Group Policy is subject.

b.   Any or all provisions of this Group Policy may be amended or changed at any time when The Principal determines that such amendment is required for consistent application of policy provisions.

c.   By Written agreement between The Principal and the Policyholder, this Group Policy may be amended or changed at any time as to any of its provisions.

Any change to this Group Policy, including, but not limited to, those in regard to coverage, benefits, and participation privileges, may be made without the consent of any Member or Dependent.

Payment of premium beyond the effective date of the change constitutes the Policyholder's consent to the change.

**Article 3 - Policyholder Eligibility Requirements**

**This policy has been updated effective July 1, 2012**

### PART II - POLICY ADMINISTRATION

To be an eligible group and to remain an eligible group, the Policyholder must:

a.   be actively engaged in business for profit within the meaning of the Internal Revenue Code, or be established as a legitimate nonprofit corporation within the meaning of the Internal Revenue Code; and

b.   maintain the greater of 20% participation or five participants with respect to eligible employees.

**Article 4 - Policy Incontestability**

In the absence of fraud, after this Group Policy has been in force for two years, The Principal may not contest its validity except for nonpayment of premium.

**Article 5 - Individual Incontestability**

All statements made by any individual insured under this Group Policy will be representations and not warranties. In the absence of fraud, these statements may not be used to contest an insured person's insurance unless:

a.   the insured person's insurance has been in force for less than two years during the insured's lifetime; and

b.   the statement is in Written form Signed by the insured person; and

c.   a copy of the form, which contains the statement, is given to the insured or the insured's beneficiary at the time insurance is contested.

However, these provisions will not preclude the assertion at any time of defenses based upon the person's ineligibility for insurance under this Group Policy or upon the provisions of this Group Policy.

In addition, if an individual's age is misstated, The Principal may at any time adjust premium and benefits to reflect the correct age.

**Article 6 - Information to be Furnished**

The Policyholder must, upon request, give The Principal all information needed to administer this Group Policy. If a clerical error is found in this information, The Principal may at any time adjust premium to reflect the facts. An error will not invalidate insurance that would otherwise be in force. Neither will an error continue insurance that would otherwise be

**This policy has been updated effective July 1, 2012**

## PART II - POLICY ADMINISTRATION

GC 6003 (VTL)-1            **Section A - Contract, Page 2**

terminated.

The Principal may inspect, at any reasonable time, all Policyholder records, which relate to this Group Policy.

## Article 7 - Certificates

The Principal will give the Policyholder Certificates for delivery to insured Members. The delivery of such Certificates will be in either paper or electronic format. The Certificates will be evidence of insurance and will describe the basic features of the coverage. They will not be considered a part of this Group Policy.

## Article 8 - Assignments

Members diagnosed with a terminal illness will be allowed to make an assignment for value under this Group Policy and then only if:

a.    the Member's life expectancy is 12 months or less; and

b.    Written proof of the terminal illness is received and approved by The Principal.

## Article 9 - Dependent Rights

A Dependent will have no rights under this Group Policy except as set forth in PART III, Section F, Article 2.

## Article 10 - Policy Interpretation

The Principal has complete discretion to construe or interpret the provisions of this group insurance policy, to determine eligibility for benefits, and to determine the type and extent of benefits, if any, to be provided. The decisions of The Principal in such matters shall be controlling, binding and final as between The Principal and persons covered by this Group Policy, subject to the Claims Procedures in PART IV, Section D.

## Article 11 - Electronic Transactions

Any transaction relating to this Group Policy may be conducted by electronic means if performance of the transaction is consistent with applicable state and federal law.

**This policy has been updated effective July 1, 2012**

### PART II - POLICY ADMINISTRATION

GC 6003 (VTL)-1            **Section A - Contract, Page 3**

Any notice required by the provisions of this Group Policy given by electronic means will have the same force and effect as notice given in writing.

**This policy has been updated effective July 1, 2012**

**PART II - POLICY ADMINISTRATION**

GC 6003 (VTL)-1                    Section A - Contract, Page 4

## Section B - Premiums

### Article 1 - Payment Responsibility; Due Dates; Grace Period

The Policyholder is responsible for collection and payment of all premium due while this Group Policy is in force. Payments must be sent to the home office of The Principal in Des Moines, Iowa.

The first premium is due on the Date of Issue of this Group Policy. Each premium thereafter will be due on the first of each Insurance Month. Except for the first premium, a Grace Period of 31 days will be allowed for payment of premium. "Grace Period" means the first 31-day period following a premium due date. The Group Policy will remain in force until the end of the Grace Period, unless the Group Policy has been terminated by notice as described in PART II, Section C. The Policyholder will be liable for payment of the premium for the time this Group Policy remains in force during the Grace Period.

### Article 2 - Premium Rates

The premium rate(s) for each Member insured for Life Insurance will be:

a.  Member Life Insurance

(Rate for each $1,000 of
insurance in force)

Smoking Status

| (Member Age) | Unismoker |
|---|---|
| 29 and Under | $0.120 |
| 30-34 | $0.160 |
| 35-39 | $0.210 |
| 40-44 | $0.240 |
| 45-49 | $0.360 |
| 50-54 | $0.600 |
| 55-59 | $1.080 |
| 60-64 | $1.520 |
| 65-69 | $2.610 |
| 70 and over | $4.230 |

b.  Member Accidental Death and Dismemberment Insurance
$.042 for each $1,000 of Member Life Insurance in force.

**This policy has been updated effective July 1, 2012**

### PART II - POLICY ADMINISTRATION

GC 6004 (VTL)                Section B - Premiums, Page 1

c.  Dependent Life Insurance - $5,000
    $1.00 for each Member insured for Dependent Life Insurance for the Member's Dependent Child.

d.  Dependent Life Insurance - $10,000
    $2.00 for each Member insured for Dependent Life Insurance for the Member's Dependent Child.

For the Member's Dependent spouse or Domestic Partner:

(Rate for each $1,000 of
insurance in force)

Smoking Status

| (Person's Age) | Unismoker |
|---|---|
| 29 and Under | $0.120 |
| 30-34 | $0.160 |
| 35-39 | $0.210 |
| 40-44 | $0.240 |
| 45-49 | $0.360 |
| 50-54 | $0.600 |
| 55-59 | $1.080 |
| 60-64 | $1.520 |
| 65-69 | $2.610 |
| 70 and over | $4.230 |

e.  Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance
    $.042 for each $1,000 of Dependent Life Insurance for the Member's Dependent spouse or Domestic Partner in force.

**Article 3 - Premium Rate Changes**

The Principal may change a premium rate:

a.  on any premium due date, if the initial premium rate has then been in force 2 year(s) or more and if Written notice is given to the Policyholder at least 31 days before the date of change; or

b.  on any date the definition of Member or Dependent is changed; and

c.  on any date the Policyholder's business, as specified on the Policyholder application, is

**This policy has been updated effective July 1, 2012**

**PART II - POLICY ADMINISTRATION**

GC 6004 (VTL)                    Section B - Premiums, Page 2

changed; and

d.   on any date that a schedule of insurance or class of insured Members is changed; and

e.   on any date the premium contribution required of Members is changed; and

f.   on any Policy Anniversary, if the age for then insured Members or Dependent spouse or Domestic Partner has changed since the last Policy Anniversary.

If the Policyholder has other group insurance with The Principal, and if life coverage is initially added on a date other than the Policy Anniversary and it is more than six months before the next Policy Anniversary, The Principal reserves the right to change the premium rate on the next Policy Anniversary. Written notice will be given to the Policyholder at least 31 days before the date of change.

If the Policyholder agrees to participate in the electronic services program of The Principal and, at a later date elects to withdraw from participation, such withdrawal may result in certain administrative fees being charged to the Policyholder.

**Article 4 - Premium Amount**

The amount of premium to be paid on each due date will be determined in these ways:

a.   Member Life Insurance
     The total volume of insurance in force for Members in each age bracket will be divided by 1,000. Each result will then be multiplied by the premium rate then in effect for that age bracket.

b.   Member Accidental Death and Dismemberment Insurance
     The total volume of insurance in force will be divided by 1,000. The result will then be multiplied by the premium rate then in effect.

c.   Dependent Life Insurance
     The number of Members insured for Dependent Life Insurance for the Member's Dependent Child will be multiplied by the premium rate then in effect.

     The total volume of insurance in force for the Member's Dependent spouse or Domestic Partner in each age bracket will be divided by 1,000. Each result will then be multiplied by the premium rate then in effect for that age bracket.

d.   Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance
     The total volume of insurance in force will be divided by 1,000. The result will then be multiplied by the premium rate then in effect.

**This policy has been updated effective July 1, 2012**

**PART II - POLICY ADMINISTRATION**

GC 6004 (VTL)                    Section B - Premiums, Page 3

To ensure accurate premium calculations, the Policyholder is responsible for reporting to The Principal, the following information during the stated time periods:

a.    Members who are eligible to become insured are to be reported during the month prior to or during the month that coverage becomes effective.

b.    Members whose coverage has terminated are to be reported within a month of the date coverage terminated.

c.    Changes in Member insurance class are to be reported within a month of the date that the change in insurance class took place.

If a Member is added or a present Member's insurance is increased or terminated on other than the first of an Insurance Month, premium for that Member will be adjusted and applied as if the change were to take place on the first of the next following Insurance Month.


**Article 5 - Contributions from Members**

Members are required to contribute all of the premium for their Member insurance under this Group Policy.

Members are required to contribute all of the premium for their Dependent's insurance under this Group Policy.

**This policy has been updated effective July 1, 2012**

**PART II - POLICY ADMINISTRATION**

GC 6004 (VTL)                    **Section B - Premiums, Page 4**

## Section C - Policy Termination

### Article 1 - Failure to Pay Premium

This Group Policy will terminate at the end of the Grace Period if total premium due has not been received by The Principal before the end of the Grace Period. Failure by the Policyholder to pay the premium within the Grace Period will be deemed notice by the Policyholder to The Principal to discontinue this Group Policy at the end of the Grace Period.

### Article 2 - Termination Rights of the Policyholder

The Policyholder may terminate this Group Policy effective on the day before any premium due date by giving Written notice to The Principal prior to that premium due date. The Policyholder's issuance of a stop-payment order for any amounts used to pay premiums for the Policyholder's coverage will be considered Written notice from the Policyholder.

### Article 3 - Termination Rights of the Principal

The Principal may nonrenew or terminate this Group Policy by giving the Policyholder 31 days advance notice in Writing, if the Policyholder:

a.   ceases to be actively engaged in business for profit within the meaning of the Internal Revenue Code, or be established as a legitimate nonprofit corporation within the meaning of the Internal Revenue Code; or

b.   fails to maintain the participation percentages requirements of PART II, Section A with respect to eligible employees, excluding those for whom Proof of Good Health is not satisfactory to The Principal; or

c.   fails to maintain ten or more insured employees under this Group Policy; or

d.   fails to pay premium in accordance with the requirements of PART II, Section B; or

e.   has performed an act or practice that constitutes fraud or has made an intentional misrepresentation of material fact under the terms of this Group Policy; or

f.   does not promptly provide The Principal with information that is reasonably required; or

g.   fails to perform any of its obligations that relate to this Group Policy.


**This policy has been updated effective July 1, 2012**

### PART II - POLICY ADMINISTRATION

GC 6005 (VTL)          **Section C - Policy Termination, Page 1**

The Principal may terminate the Policyholder's coverage on any premium due date if the Policyholder relocates to a state where this Group Policy is not marketed, by giving the Policyholder 31 days advanced notice in Writing.

## Article 4 - Policyholder Responsibility to Members

If this Group Policy terminates for any reason, the Policyholder must:

a.    notify each Member of the effective date of the termination; and

b.    refund or otherwise account to each Member all contributions received or withheld from Members for premiums not actually paid to The Principal.

**This policy has been updated effective July 1, 2012**

**PART II - POLICY ADMINISTRATION**

GC 6005 (VTL)           Section C - Policy Termination, Page 2

Section D - Policy Renewal

**Article 1 - Renewal**

Insurance under this Group Policy runs annually to the Policy Anniversary, unless sooner terminated.

While this Group Policy is in force, and subject to the provisions in PART II, Section C, the Policyholder may renew at the applicable premium rates in effect on the Policy Anniversary.

**This policy has been updated effective July 1, 2012**

### PART II - POLICY ADMINISTRATION

GC 6005 A (VTL)         Section D - Policy Renewal, Page 1

## PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

### Section A - Eligibility

**Article 1 - Member Life Insurance**

A person will be eligible for Member Life Insurance on the date shown below for the Member's status (insurance class):

MBRS HIRED PRIOR TO 070112: the first of the Insurance Month coinciding with or next following the date the person completes three months of continuous Active Work with the Policyholder as a Member.

MBRS REHIRED WITHIN 31 DAYS: the first of the Insurance Month coinciding with or next following the date the person becomes a Member as defined in PART I.

SR MGMT HIRED 070112 OR LATER: the date the person becomes a Member as defined in PART I.

ALL OTHER MBRS HIRED 070112 OR LATER: the first of the Insurance Month coinciding with or next following the date the person completes 90 consecutive days of continuous Active Work with the Policyholder as a Member.

In no circumstance will a person be eligible for Member Life Insurance under this Group Policy if the person is eligible under any other Group Voluntary Term Life Insurance policy underwritten by The Principal.

**Article 2 - Member Accidental Death and Dismemberment Insurance**

A person will be eligible for Member Accidental Death and Dismemberment Insurance on the latest of:

a.   the date the person is eligible for Member Life Insurance; or

b.   the date the person enters a class for which Member Accidental Death and Dismemberment Insurance is provided under this Group Policy; or

c.   the date Member Accidental Death and Dismemberment Insurance is added to this Group Policy.

**This policy has been updated effective July 1, 2012**

### PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

## Article 3 - Dependent Life Insurance

A person will be eligible for Dependent Life Insurance on the latest of:

a.  the date the person is eligible for Member Life Insurance; or

b.  the date the person first acquires a Dependent; or

c.  the date the person enters a class for which Dependent Life Insurance is provided under this Group Policy; or

d.  the date Dependent Life Insurance is added to this Group Policy.

## Article 4 - Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance

A Dependent spouse or Domestic Partner will be eligible for Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance on the latest of:

a.  the date the Dependent spouse or Domestic Partner is eligible for Dependent Life Insurance; or

b.  the date the Dependent spouse or Domestic Partner enters a class for which Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance is provided under this Group Policy; or

c.  the date Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance is added to this Group Policy.

This policy has been updated effective July 1, 2012

PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

GC 6006 (VTL)                    Section A - Eligibility, Page 2

**Section B - Effective Dates**

**Article 1 - Member Life Insurance**

**a.   Actively at Work**

A Member's effective date for Member Life Insurance will be as explained in this article, if the Member is Actively at Work on that date. If the Member is not Actively at Work on the date insurance would otherwise be effective, such insurance will not be in force until the day of return to Active Work.

However, this Actively at Work requirement will be waived for Members who:

(1)   are absent from Active Work because of a regularly scheduled day off, holiday, or vacation day; and

(2)   were Actively at Work on their last scheduled work day before the date of their absence; and

(3)   were capable of Active Work on the day before the scheduled effective date of their insurance or change in their insurance, whichever is applicable.

This Actively at Work requirement may also be waived as described below.

When insurance under this Group Policy replaces coverage under a Prior Policy, the Active Work requirement may be waived for those Members who:

(1)   are eligible and enrolled under this Group Policy on its Date of Issue; and

(2)   were covered under the Prior Policy on the date of its termination.

In no event will the Active Work requirement be waived for those Members who, on the date of termination of the Prior Policy, either:

(1)   had the option, under the terms of the Prior Policy, to convert their coverage under the Prior Policy to an individual policy; or

(2)   were eligible under the terms of the Prior Policy, to have their premiums waived due to Total Disability.

NOTE: When insurance under this Group Policy replaces coverage under a Prior Policy and the Active Work requirement is waived, any Benefits Payable will be the lesser of the Scheduled Benefit of this Group Policy or the amount that would have been paid by the Prior Policy had it remained in force.

**b.   Effective Date for Initial Insurance When Proof of Good Health is not Required**

**This policy has been updated effective July 1, 2012**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

Insurance must be requested in a form provided by The Principal. Unless Proof of Good Health is required (see c. and d. below), the requested insurance will be in force on:

(1)  the date the Member is eligible, if the request is made on or before that date; or
(2)  *the first of the Insurance Month coinciding with or next following the date of the Member's request, if the request is made within 31 days after the date the Member is eligible.

For SR MGMT: *the date

If the request is made more than 31 days after the date the Member is eligible, Proof of Good Health will be required before insurance can be in force (see c. and d. below).

c.  **Effective Date for Initial Insurance When Proof of Good Health is Required**

Insurance for which Proof of Good Health is required (see d. below) will be in force on the later of:

(1)  the date insurance would have been effective if Proof of Good Health had not been required; or
(2)  *the first of the Insurance Month coinciding with or next following the date Proof of Good Health is approved by The Principal.

For SR MGMT: *the date

d.  **Proof of Good Health Requirements**

The type and form of required Proof of Good Health will be determined by The Principal. A Member must submit Proof of Good Health:

(1)  If insurance is requested more than 31 days after the date the Member is eligible including any insurance the Member refused and later requests.
(2)  If a Member has failed to provide required Proof of Good Health or has been refused insurance under this Group Policy at any prior time.
(3)  If a Member elects to terminate insurance and, more than 31 days later, requests to be insured again.
(4)  To make effective any Scheduled Benefit amounts for the Member that are, initially or through later increases, in excess of:

-  $240,000 for Members who are under age 70; and
-  $10,000 for Members who are age 70 or over.

(5)  If less than 20% of the eligible employees participate or less than five Members are insured to make effective any Scheduled Benefit amount for the Member or the

**This policy has been updated effective July 1, 2012**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

GC 6007 (VTL)      Section B - Effective Dates, Page 2

Member's Dependents.

(6)   To make effective any request for a Scheduled Benefit amount increase.

(7)   To make effective any Scheduled Benefit amount increase in excess of 10% due to change in Member's Annual Compensation.

(8)   To make effective any Scheduled Benefit amount increase if any previous Scheduled Benefit increase has been declined.

**e.   Effective Date for Benefit Changes Due to Change in Insurance Class**

(1)   A change in the Member's Scheduled Benefit amount because of a change in the Member's insurance class for which Proof of Good Health is not required (see d. above) will normally be effective on *the first of the Insurance Month coinciding with or next following the date of change. However, if the Member is not Actively at Work on the date a Scheduled Benefit change would otherwise be effective, the Scheduled Benefit change will not be in force until the date the Member returns to Active Work. Any decrease in Scheduled Benefit amounts due to a change in a Member's insurance class will be effective on the date of the change, whether or not the Member is Actively at Work.

Any termination of Scheduled Benefit amounts due to a change in the Member's insurance class will be effective on the date of the change, whether or not the Member is Actively at Work.

(2)   A change in a Member's Scheduled Benefit amount because of a change in the Member's insurance class for which Proof of Good Health is required (see d. above) will be effective on the later of:

-   the date the change would have been effective if Proof of Good Health had not been required; or
-   *the first of the Insurance Month coinciding with or next following the date Proof of Good Health is approved by The Principal.

For SR MGMT: *the date

**f.   Effective Date for Benefit Changes Due to Change by Policy Amendment**

(1)   A change in the Member's Scheduled Benefits amount because of a change in the Schedule of Insurance (as described in PART IV, Section A) by amendment to this Group Policy for which Proof of Good Health is not required (see d. above) will be effective on the date of change. However, if the Member is not Actively at Work on the date an increase in the Scheduled Benefit would otherwise be effective, the Scheduled Benefit in force for the Member before the change will continue to apply to the Member until the day of return to Active Work. When the Member returns to Active Work, the Scheduled Benefit increase will then be in

**This policy has been updated effective July 1, 2012**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

GC 6007 (VTL)               **Section B - Effective Dates, Page 3**

force for the Member. Any decrease in Scheduled Benefit amounts due to a change by amendment to this Group Policy will be effective on the date of change, whether or not the Member is Actively at Work.

(2)   A change in the Member's Scheduled Benefit amount because of a change in the Schedule of Insurance (as described in PART IV, Section A) by amendment to this Group Policy for which Proof of Good Health is required (see d. above) will be effective on the later of:

-   the date the change would have been effective if Proof of Good Health had not been required; or
-   *the first of the Insurance Month coinciding with or next following the date Proof of Good Health is approved by The Principal.

For SR MGMT: *the date

**g.   Effective Date for Benefit Changes Due to Changes Requested by the Member**

(1)   A change in a Member's Scheduled Benefit amount because of a request by the Member for which Proof of Good Health is not required (see d. above) will normally be effective on the Policy Anniversary that next follows the date of the request. However, if the Member is not Actively at Work on the date a Scheduled Benefit change would otherwise be effective, the Scheduled Benefit change will not be in force until the date the Member returns to Active Work. Any decrease in Scheduled Benefit amounts due to a request by the Member will be effective on the date of the change, whether or not the Member is Actively at Work.

(2)   A change in a Member's Scheduled Benefit amount because of a request by the Member for which Proof of Good Health is required (see d. above) will be effective on the later of:

-   the date the change would have been effective if Proof of Good Health had not been required; or
-   *the first of the Insurance Month coinciding with or next following the date Proof of Good Health is approved by The Principal.

For SR MGMT: *the date

**h.   Effective Date for Benefit Changes Due to Change in the Member's Family Status**

A Member may request an increase in Scheduled Benefits, a decrease in Scheduled Benefits, or the addition of Scheduled Benefits for which he or she was not previously insured if a change in the Member's family status as described below has occurred, provided a request for such increase, decrease, or addition is made in Writing within 31

**This policy has been updated effective July 1, 2012**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

**GC 6007 (VTL)**                 **Section B - Effective Dates, Page  4**

days after the date of the change in family status:

(1)  marriage or declaration of a Domestic Partner relationship or divorce or termination of a Domestic Partner relationship;

(2)  death of a spouse or Domestic Partner or child;

(3)  birth or adoption of a child;

(4)  termination of employment by the Member's spouse or Domestic Partner or a change in the spouse's or Domestic Partner's employment that causes loss of group coverage;

(5)  the Member's employment or the Member's spouse's or Domestic Partner's employment changes from part-time to full-time or from full-time to part-time;

(6)  the Member or the Member's spouse or Domestic Partner takes an unpaid leave of absence.

A change in the Scheduled Benefits because of a request by the Member when a change in family status has occurred for which Proof of Good Health is not required (see d. above) will normally be effective on *the first of the Insurance Month coinciding with or next following the date of the request. However, if the Member is not Actively at Work on the date a Scheduled Benefit change would otherwise be effective, the Scheduled Benefit change will not be in force until the date the Member returns to Active Work. Any decrease in Scheduled Benefit amounts due to a request by the Member will be effective on the date of the change, whether or not the Member is Actively at Work.

A change in the Scheduled Benefits because of a request by the Member when a change in family status has occurred for which Proof of Good Health is required (see d. above) will be effective on the later of:

(1)  the date the change would have been effective if Proof of Good Health had not been required; or

(2)  *the first of the Insurance Month coinciding with or next following the date Proof of Good Health is approved by The Principal.

For SR MGMT: *the date

### Article 2 - Member Accidental Death and Dismemberment Insurance

Member Accidental Death and Dismemberment Insurance will be effective under the same terms as set forth for Member Life Insurance in this Section B, Article 1. However, in no event will Member Accidental Death and Dismemberment Insurance be in force for a Member who is not insured for Member Life Insurance.

Any change in a Member's Scheduled Benefit will be as stated in this Section B, Article 1.

**This policy has been updated effective July 1, 2012**

### PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

GC 6007 (VTL)                    Section B - Effective Dates, Page 5

**Article 3 - Dependent Life Insurance**

Dependent Life Insurance is available only with respect to Dependents of Members currently insured for Member Life Insurance. If a Member is eligible for Dependent Life Insurance, such insurance will be effective under the same terms as set forth for Member Life Insurance in this Section B, Article 1, except as described below.

a.  In no event will Dependent Life Insurance be in force for a Member who is not insured for Member Life Insurance.

b.  If a Dependent spouse or Domestic Partner is in a Period of Limited Activity on the date Dependent Life Insurance or an increase in Dependent Life Insurance Scheduled Benefit due to a change in the Member's Annual Compensation or insurance class would otherwise be effective, such insurance or increase will not be in force for that Dependent spouse or Domestic Partner until the Period of Limited Activity ends.

However, this Period of Limited Activity requirement may be waived as described below.

When insurance under this Group Policy replaces coverage under a Prior Policy, the Period of Limited Activity requirement may be waived for those Dependent spouses' or Domestic Partners' who:

(1)  are eligible and enrolled under this Group Policy on its Date of Issue; and
(2)  were covered under the Prior Policy on the date of its termination.

In no event will the Period of Limited Activity requirement be waived for those Dependent spouses' or Domestic Partners' who, on the date of termination of the Prior Policy had the option, under the terms of the Prior Policy, to convert their coverage, under the Prior Policy, to an individual policy.

NOTE: When insurance under this Group Policy replaces coverage under a Prior Policy and the Period of Limited Activity requirement is waived, any benefits payable will be the lesser of the Scheduled Benefit of this Group Policy or the amount that would have been paid by the Prior Policy had it remained in force.

c.  Insurance for the Domestic Partner will be in force on the date insurance would otherwise become effective for a Dependent under the terms of this Group Policy.

d.  To make effective any Scheduled Benefit amounts for the Member's Dependent spouse or Domestic Partner that are, initially, in excess of:

(1)  $30,000 for a person who is under age 70; and
(2)  $10,000 for a person who is age 70 or over.

**This policy has been updated effective July 1, 2012**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

e.   If a Dependent is confined in a Hospital or Skilled Nursing Facility on the date an increase in the Dependent Life Insurance Scheduled Benefit would otherwise be effective, the Scheduled Benefit in force for the Dependent will continue to apply to the Dependent until such confinement ends. When the Hospital or Skilled Nursing Facility confinement ends, the Scheduled Benefit increase will then be in force for the Dependent.

f.   Any required Proof of Good Health will be with respect to the health of the Member's Dependents.

g.   If Dependent Life Insurance is in force for a Dependent of the Member, a Member will be insured with respect to a new Dependent (other than a newborn child) on the date the new Dependent is acquired, provided the new Dependent is not then confined in a Hospital or Skilled Nursing Facility. Requests for insurance and Proof of Good Health are not required provided The Principal has been notified of the new Dependent within 31 days after the date the Dependent is acquired.

h.   If Dependent Life Insurance is in force for a Dependent of the Member, a newly born child will be covered under this Group Policy from the moment of live birth, provided the child meets the definition of a Dependent Child as defined in PART I.

## Article 4 - Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance

Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance will be effective under the same terms as set forth for Dependent Life Insurance in this Section B, Article 3. However, in no event will Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance be in force for a Dependent spouse or Domestic Partner who is not insured for Dependent Life Insurance.

Any change in a Dependent spouse's or Domestic Partner's Scheduled Benefit will be as stated in this Section B, Article 3.

This policy has been updated effective July 1, 2012

### PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

GC 6007 (VTL)             Section B - Effective Dates, Page 7

## Section C - Individual Terminations

### Article 1 - Member Life Insurance

A Member's insurance under this Group Policy will terminate on the earliest of:

a.   the date this Group Policy is terminated; or

b.   the date his or her Member Accidental Death and Dismemberment Insurance ceases; or

c.   the end of the Insurance Month for which the last premium is paid for the Member's insurance; or

d.   the end of any Insurance Month, if requested by the Member before that date; or

e.   the end of the Insurance Month in which the Member ceases to be a Member as defined in PART I; or

f.   the end of the Insurance Month in which the Member ceases to be in a class for which Member Life Insurance is provided; or

g.   the date the Member retires; or

h.   the end of the Insurance Month in which the Member ceases Active Work.

### Article 2 - Member Accidental Death and Dismemberment Insurance

A Member's Accidental Death and Dismemberment Insurance under this Group Policy will terminate on the earliest of:

a.   the date his or her Member Life Insurance ceases; or

b.   the date Member Accidental Death and Dismemberment Insurance is removed from this Group Policy; or

c.   the end of the Insurance Month for which the last premium is paid for the Member's Accidental Death and Dismemberment Insurance; or

d.   the end of any Insurance Month, if requested by the Member before that date; or

e.   the end of the Insurance Month in which the Member ceases to be in a class for which

**This policy has been updated effective July 1, 2012**

## PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

GC 6008 (VTL)          Section C - Individual Terminations, Page 1

Member Accidental Death and Dismemberment Insurance is provided; or

f.    the date the Member retires.

## Article 3 - Dependent Life Insurance

A Member's insurance under this Group Policy for a Dependent will terminate on the earliest of:

a.    the date his or her Member Life Insurance ceases; or

b.    for Dependent Life Insurance, the date Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance ceases; or

c.    the date Dependent Life Insurance is removed from this Group Policy; or

d.    the end of the Insurance Month for which the last premium is paid for the Member's Dependent Life Insurance; or

e.    the end of any Insurance Month, if requested by the Member before that date; or

f.    the end of the Insurance Month in which the Member ceases to be in a class for which Dependent Life Insurance is provided; or

g.    for a Dependent spouse or Domestic Partner, on the last day of the Insurance Month in which that Dependent spouse or Domestic Partner ceases to be a Dependent as defined in PART I; or

h.    for each Dependent Child, on the last day of the Insurance Month in which that Dependent Child ceases to be a Dependent as defined in PART I; or

i.    for a Dependent spouse or Domestic Partner or each Dependent Child, on the date the Member retires; or

j.    the date the Member dies.

## Article 4 - Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance

A Member's insurance under this Group Policy for a Dependent spouse or Domestic Partner will terminate on the earliest of:

**This policy has been updated effective July 1, 2012**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

GC 6008 (VTL)          Section C - Individual Terminations, Page 2

a.   the date his or her Member Life Insurance ceases; or

b.   the date Dependent Life Insurance for the Member's Dependent spouse or Domestic Partner ceases; or

c.   the date Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance is removed from this Group Policy; or

d.   the end of the Insurance Month for which the last premium is paid for the Member's Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance; or

e.   the end of any Insurance Month, if requested by the Member before that date; or

f.   the end of the Insurance Month in which the Member ceases to be in a class for which Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance is provided; or

g.   for a Dependent spouse or Domestic Partner, on the last day of the Insurance Month in which that Dependent spouse or Domestic Partner ceases to be a Dependent as defined in PART I; or

h.   for a Dependent spouse or Domestic Partner, on the date the Member retires.


**Article 5 - Termination for Fraud**

The Principal may at any time terminate a Member's or Dependent's eligibility under the Group Policy:

a.   in Writing and with 31-day notice, if the individual submits any claim that contains false or fraudulent elements under state or federal law; or

b.   in Writing and with 31-day notice, upon finding in a civil or criminal case that a Member or Dependent has submitted claims that contain false or fraudulent elements under state or federal law; or

c.   in Writing and with 31-day notice, when a Member or Dependent has submitted a claim which, in good faith judgement and investigation, a Member or Dependent knew or should have known, contains false or fraudulent elements under state or federal law.


**Article 6 - Coverage While Outside of the United States**


**This policy has been updated effective July 1, 2012**

### PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

GC 6008 (VTL)          Section C - Individual Terminations, Page 3

If a Member or Dependent is temporarily outside the United States, the Member or Dependent may choose to continue his or her insurance, subject to premium payment for a period of six months or less for one of the following reasons:

a.    travel; or

b.    a business assignment; or

c.    full-time student status, provided the Member or Dependent is either:

   (1)   enrolled and attending an accredited school in a foreign country; or
   (2)   is participating in an academic program in a foreign country, for which the institution of higher learning at which the student is enrolled in the U.S. grants academic credit;

If a Member or Dependent is outside the United States for any other reason than those listed above, coverage for the person concerned will automatically terminate.

**This policy has been updated effective July 1, 2012**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

GC 6008 (VTL)          **Section C - Individual Terminations, Page 4**

Section D - Continuation

**Article 1 - Member Life Insurance**

**a.  Sickness or Injury (Other than Total Disability)**

If Active Work ends because a Member is sick or injured but not Totally Disabled, insurance for that Member may be continued until the earlier of:

(1)  the date insurance would otherwise cease as provided in PART III, Section C; or
(2)  the end of the Insurance Month in which the Member recovers.

**b.  Layoff or Approved Leave of Absence**

If Active Work ends because a Member is on layoff or approved leave of absence, insurance for that Member may be continued until the earliest of:

(1)  the date insurance would otherwise cease as provided in PART III, Section C, Article 1 a. through h.; or
(2)  the end of the Insurance Month in which the layoff or approved leave of absence ends; or
(3)  the date the Member becomes eligible for any other group life coverage; or
(4)  the date one month after the end of the Insurance Month in which Active Work ends.

In addition, a longer continuation period will be allowed for an approved leave of absence taken in accordance with the provisions of the state law regarding family leave.

**c.  Family and Medical Leave Act (FMLA)**

If a Member ceases Active Work due to an approved leave of absence under FMLA, the Policyholder may choose to continue the Member's insurance, subject to premium payment.

A Member may qualify to have his or her insurance continued under one or more of the continuation provisions described in a., b., and c. above. If a Member qualifies for continuation under more than one provision, the longest period of continuation will be applied, and all periods of continuation will run concurrently.

**Article 2 - Dependent Insurance - Developmentally Disabled or Physically Handicapped Children**

This policy has been updated effective July 1, 2012

PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

GC 6009 (VTL) CA          Section D - Continuation, Page 1

a.   **Qualification**

Dependent Life Insurance for a child may be continued after the child reaches the maximum age for Dependent Children as defined in PART I of this Group Policy, provided that:

(1)   the child is incapable of self-support as the result of a Developmental Disability or Physical Handicap and became so before reaching the maximum age and is dependent on the Member for primary support; and

(2)   except for age, the child continues to be a Dependent Child as defined in PART I; and

(3)   proof of the child's incapacity is sent to The Principal within 31 days after the date the child reaches the maximum age; and

(4)   further proof that the child remains incapable of self-support is provided when The Principal requests; and

(5)   the child undergoes examination by a Physician when The Principal requests. The Principal will pay for these examinations and will choose the Physician to perform them.

b.   **Period of Continuation**

Insurance for a Dependent Child who qualifies as set forth above may be continued until the earlier of:

(1)   the date insurance would cease for any reason other than the child's attainment of the maximum age; or

(2)   the date the child becomes capable of self-support or otherwise fails to qualify as set forth in a. above.

This policy has been updated effective July 1, 2012

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

GC 6009 (VTL) CA          Section D - Continuation, Page 2

Section E - Reinstatement

**Article 1 - Reinstatement**

A Member's terminated insurance will be reinstated if:

a.   insurance ceased because of layoff or approved leave of absence; and

b.   the Member returns to Active Work for the Policyholder within six months of the date insurance ceased.

The Member's reinstated insurance will be in force on the date of return to work. However, the Actively at Work and Period of Limited Activity provisions discussed in this PART III, Section B, will apply. Also, Proof of Good Health will be required to place in force any Scheduled Benefit that would have been subject to Proof of Good Health had the Member remained continuously insured.

Only the period of time during which a Member is actually insured will be included in determining the length of his or her continuous coverage under this Group Policy. For this purpose the period of time during which a reinstated Member's insurance was not in force:

a.   will not be considered an interruption of continuous coverage; and

b.   will not be used to satisfy any provision of this Group Policy which pertains to a period of continuous coverage.

In addition, a longer reinstatement period will be allowed for an approved leave of absence taken in accordance with the provisions of the state law regarding family leave.

In addition, a longer reinstatement period may be allowed for an approved leave of absence taken in accordance with the provisions of the federal law regarding the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA).

**Article 2 - Federal Required Family and Medical Leave Act (FMLA)**

A Member's terminated insurance may be reinstated in accordance with the provisions of the Federal Family and Medical Leave Act (FMLA), subject to the Actively at Work and Period of Limited Activity provision discussed in PART III, Section B.

**Article 3 - Reinstatement of Coverage for a Member or Dependent When Coverage**

This policy has been updated effective July 1, 2012

PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

GC 6010 (VTL)                    Section E - Reinstatement, Page 1

**Ends due to Living Outside of the United States**

If coverage for a Member or Dependent terminates because the person is outside of the United States as discussed in PART III, Section C, Article 6, the Member or Dependent may become eligible again for coverage under this Group Policy, but only if:

a.   the Member or Dependent return to the United States within six months of the date on which coverage terminated because the person is outside of the United States; and

b.   in the case of a Member, the Member returns to Active Work in the United States for the Policyholder for a period of at least 30 consecutive days. The Member will be eligible for coverage on the day immediately following completion of the 30 consecutive days of Active Work; and

c.   in the case of the Dependent, he or she remains in the United States for 30 consecutive days. If the Dependent does so, he or she will be eligible for reinstatement of coverage on the day after completion of the 30 consecutive days of residence.

The reinstated coverage will be on the same basis as that being provided on the date coverage is reinstated. However, any restrictions on this coverage that was in effect before reinstatement will continue to apply. If the Member or Dependent does not complete the 30 consecutive days of residence, the coverage for such person will not be reinstated.

**This policy has been updated effective July 1, 2012**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

GC 6010 (VTL)          Section E - Reinstatement, Page 2

### Section F - Individual Purchase Rights

**Article 1 - Member Life Insurance**

**a.   Individual Policy**

If a Member qualifies and makes timely application, he or she may convert the group coverage by purchasing an individual policy of life insurance under these terms:

(1)   The Member will not be required to submit Proof of Good Health.
(2)   The policy will be for life insurance only. No disability or other benefits will be included.
(3)   The policy will be on one of the forms, other than term insurance, then issued by The Principal to persons in the risk class to which the Member belongs on the individual policy's effective date.
(4)   Premium will be based on the Member's age and the standard rate of The Principal for the policy form to be issued.

**b.   Purchase Qualification**

A Member will qualify for individual purchase if insurance under this Group Policy terminates and:

(1)   the Member's total Life Insurance, or any portion of it, terminates because he or she ends Active Work or ceases to be in a class eligible for insurance; or
(2)   after the Member has been continuously insured under this Group Policy for at least five years, his or her total Member Life Insurance terminates because this Group Policy terminates or is amended to exclude the Member's insurance class; or
(3)   the Member's Coverage During Disability as described in PART IV, Section A, ceases because Total Disability ends and he or she does not return to Active Work within 31 days; or
(4)   on the date the Group Policy terminates, the Member is Totally Disabled and insured on that date and the Total Disability began when he or she was age 60 or older and while insured under this Group Policy; or
(5)   the Member's Accelerated Benefits Premium Waiver Period as described in PART IV, Section A, ceases and he or she does not qualify for Coverage During Disability.

**c.   Application/Effective Date**

Notice of the individual purchase right must be given to the Member by the

**This policy has been updated effective July 1, 2012**

#### PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

GC 6011 (VTL) CA   Section F - Individual Purchase Rights, Page 1

Policyholder before insurance under this Group Policy terminates, or as soon as reasonably possible thereafter.

A Member must apply for individual purchase and the first premium for the individual policy must be paid to The Principal within 31 days after the date Member Life Insurance or Coverage During Disability terminates under this Group Policy.

Any individual policy issued will then be in force on the 32nd day after such termination date.

**d.   Individual Policy Amount**

The amount of insurance that may be purchased may vary:

(1)   If termination is as described in b. (1) above, the maximum amount will be the Member Life Insurance benefit in force on the date of termination or the portion of Member Life Insurance that has terminated, less any individual policy amount purchased earlier under this Article 1, and less any Accelerated Benefit payment as described in PART IV, Section A, Article 7.

(2)   If termination is as described in b. (2) above, the maximum amount will be the lesser of:

-   $10,000; or
-   the Member Life Insurance benefit in force on the date of termination, less any Accelerated Benefit payment as described in PART IV, Section A, Article 7 and less the amount for which the Member becomes eligible under any group policy within 31 days.

(3)   If termination is as described in b. (3) above, the maximum amount will be the Coverage During Disability benefit in force on the date Total Disability ceases, less any individual policy amount purchased earlier under this Article 1, and less any Accelerated Benefit payment as described in PART IV, Section A, Article 7.

(4)   If termination is as described in b. (4) above, the maximum amount will be the Member Life Insurance benefit in force on the date the Member ceases Active Work, less any individual policy amount purchased earlier under this Article 1, and less any Accelerated Benefit payment as described in PART IV, Section A, Article 7.

(5)   If termination is as described in b. (5) above, the maximum amount will be the Member Life Insurance benefit in force on the date the Member ceases Active Work, less any individual policy amount purchased earlier under this Article 1, and less any Accelerated Benefit payment as described in PART IV, Section A, Article 7.

**This policy has been updated effective July 1, 2012**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

GC 6011 (VTL) CA   Section F - Individual Purchase Rights, Page 2

**Article 2 - Dependent Life Insurance**

**a.   Individual Policy**

If a Dependent qualifies and makes timely application, he or she may purchase an individual policy of life insurance under these terms:

(1)   The Dependent will not be required to submit Proof of Good Health.
(2)   The policy will be for life insurance only. No disability or other benefits will be included.
(3)   The policy will be on one of the forms, other than term insurance, then issued by The Principal to persons in the risk class to which the Dependent belongs on the individual policy's effective date.
(4)   Premium will be based on the Dependent's age and the standard rate of The Principal for the policy form to be issued.

**b.   Purchase Qualification**

A Dependent will qualify for individual purchase if:

(1)   Dependent Life Insurance, or any portion of it, terminates because he or she ceases to be a Dependent as defined in PART I; or because the Member dies, ends Active Work, or ceases to be in a class eligible for such insurance; or
(2)   the Dependent spouse's or Domestic Partner's Dependent Life Insurance terminates as described in PART III, Section C; or
(3)   the Dependent spouse's or Domestic Partner's Dependent Life Insurance terminates because of divorce or separation or termination of a Domestic Partner relationship from the Member; or
(4)   after the Dependent has been continuously insured for Dependent Life Insurance for at least five years, such insurance terminates because the Group Policy terminates, or is amended to eliminate Dependent Life Insurance, or the Member's insurance class; or
(5)   the Dependent's Life Insurance terminates because the Members Coverage During Disability as described in PART IV, Section A, ceases because Total Disability ends and the Member does not return to Active Work within 31 Days; or
(6)   the Dependent's Life Insurance terminates because the Member's Accelerated Benefits Premium Waiver Period as described in PART IV, Section A, ceases and the Member does not qualify for Coverage During Disability.

**c.   Application/Effective Date**

Notice of the individual purchase right must be given to the Member by the Policyholder before insurance under this Group Policy terminates, or as soon as reasonably possible thereafter.

**This policy has been updated effective July 1, 2012**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

**GC 6011 (VTL) CA   Section F - Individual Purchase Rights, Page 3**

A Dependent must apply for individual purchase and the first premium for the individual policy must be paid to The Principal within 31 days after the date Dependent Life Insurance for the Dependent terminates under this Group Policy.

Any individual policy issued will then be in force on the 32nd day after such termination date.

**d.   Individual Policy Amount**

The amount of insurance that a Dependent may purchase may vary:

(1)   If termination is as described in b. (1) above, the maximum amount will be the Dependent Life Insurance benefit in force for the Dependent on the date of termination or the portion of Dependent Life Insurance that has terminated, less any individual policy amount purchased earlier under this Article 2.

(2)   If termination is as described in b. (2), b. (3) or b. (5) or b. (6) above, the maximum amount will be the Dependent Life Insurance benefit in force for the Dependent on the date of termination, less any individual policy amount purchased earlier under this Article 2.

(3)   If termination is as described in b. (4) above, the maximum amount will be the lesser of:

-   $10,000; or
-   the Dependent Life Insurance benefit in force for the Dependent on the date of termination, less the amount for which the Dependent becomes eligible under any group policy within 31 days.

**This policy has been updated effective July 1, 2012**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

**GC 6011 (VTL) CA   Section F - Individual Purchase Rights, Page 4**

**Section G - Portability**

**Article 1 - Portability of Insurance**

When insurance would otherwise end under this Group Policy as described in Article 2 below, the Member may be eligible to continue insurance under a Group Life Portability Insurance Policy underwritten by The Principal. The Group Life Portability Insurance Policy will contain provisions that differ from this Group Policy. A Member electing insurance under this option will receive a certificate outlining the Group Life Portability Insurance Policy provisions.

NOTE: A Member or Dependent may elect to purchase an individual policy of life insurance (see Individual Purchase Rights as described in PART III, Section F) in place of this portability option.

**Article 2 - Member Life and Member Accidental Death and Dismemberment Insurance and Dependent Life and Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance**

a.  **Eligibility**

If Member Life and Member Accidental Death and Dismemberment Insurance and Dependent Life and Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance under this Group Policy ends because the Member ceases to meet the definition of a Member, he or she may be eligible to continue such insurance under the Group Life Portability Insurance Policy without submitting Proof of Good Health.

In order to continue insurance under the Group Life Portability Insurance Policy:

(1)  for Member Life and Member Accidental Death and Dismemberment Insurance, the Member must be less than age 75; and

(2)  for Dependent Life and Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance, the Dependent spouse or Domestic Partner must be less than age 75; and

(3)  for a Dependent Child, Member Life Insurance must be continued.

Insurance may not be continued under the Group Life Portability Insurance Policy if:

(1)  the Member's coverage is continued under Coverage During Disability provisions described in PART IV, Section A of this Group Policy; or

**This policy has been updated effective July 1, 2012**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

(2)   the Member has received a benefit under Accelerated Benefits provisions described in PART IV, Section A of this Group Policy; or

(3)   insurance under this Group Policy ends because this Group Policy terminates, and is replaced by another group voluntary policy; or

(4)   the Member or Dependent spouse or Domestic Partner has exercised his or her Individual Purchase Rights described in PART III, Section F of this Group Policy; or

(5)   the Dependent spouse or Domestic Partner ceased to be a Dependent as defined in PART I; or

(6)   the Member dies.

**b.   Amount of Insurance**

The insurance amount that is available for continuation will be the Member Life and Member Accidental Death and Dismemberment Insurance and Dependent Life and Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance Scheduled Benefit amount (or approved amount, if applicable) in force on the date insurance terminates under this Group Policy.

**c.   Termination of Ported Insurance**

Ported insurance under the Group Life Portability Insurance Policy will terminate on the earliest of:

(1)   the date ending the period for which the last premium is paid; or

(2)   for Member insurance, the May 1 next following the Member's 75th birthday; or

(3)   for Dependent insurance for the Member's Dependent spouse or Domestic Partner, the May 1 next following the Dependent spouse's or Domestic Partner's 75th birthday; or

(4)   for Dependent insurance, the date the insured person no longer qualifies as the Member's Dependent, due to divorce or termination of a Domestic Partner relationship or the Member's death; or

(5)   for Dependent insurance for a Dependent Child, the date the child no longer meets the definition of a Dependent Child; or

(6)   for Dependent insurance for a Dependent Child, the date Member Life Insurance ceases.

NOTE: When insurance under the Group Life Portability Insurance ends, the Member or Dependent may qualify and elect to purchase an individual policy of life insurance.

**Article 3 - Application/Effective Date**

Notice of the Portability option must be given to the Member by the Policyholder before

**This policy has been updated effective July 1, 2012**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

GC 6012 (VTL)            Section G - Portability, Page 2

insurance under this Group Policy terminates, or as soon as reasonably possible thereafter.

When notice of eligibility to continue insurance under the Group Life Portability Insurance Policy is provided to The Principal within 60 days following the termination of insurance under this Group Policy, insurance will automatically be ported and become effective the day following termination of insurance under this Group Policy.

When notice of eligibility to continue insurance under the Group Life Portability Insurance Policy is not provided to The Principal following the termination of insurance under this Group Policy, a Member must apply for insurance and pay the first premium within 60 days of his or her termination date. Any continued coverage under the Portability option will be in force on the day following termination of insurance under this Group Policy.

Payment of premium constitutes the Member's consent to port his or her coverage.

This policy has been updated effective July 1, 2012

## PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

GC 6012 (VTL)                    Section G - Portability, Page 3

## PART IV - BENEFITS

### Section A - Member Life Insurance

**Article 1 - Schedule of Insurance**

Subject to the Effective Date provisions of PART III, Section B, and the qualifying provisions of this Section A, the specific Scheduled Benefit for an insured Member will be shown on the Member's Scheduled Benefits Summary and is based on his or her class:

| Class | *Scheduled Benefit |
|---|---|
| ALL MEMBERS | An amount in increments of $10,000 as applied for by the Member and approved by The Principal. A Member's Scheduled Benefit amount will not exceed $500,000 or be less than $10,000, subject to the provisions below. |

However, if a Member has received any payments under the Accelerated Benefits provision as described in Section A, Article 7, the Scheduled Benefit will be reduced by the amount of such payment.

*The Scheduled Benefit is subject to the Proof of Good Health requirements as shown in PART III, Section B, Article 1. Because of the Proof of Good Health requirements, the amount of insurance approved by The Principal may be different than the Scheduled Benefit. If the approved amount of insurance is different than the Scheduled Benefit, the approved amount will apply.

For the age(s) shown below, the amount of a Member's insurance will be the percentage of the Scheduled Benefit (or approved amount, if applicable) as shown below.

| Age | % of Scheduled Benefit (or approved amount, whichever applies) |
|---|---|
| Age 65 but less than age 70 | 65% |
| Age 70 and Over | 50% |

**Article 2 - Death Benefits Payable**

If a Member dies while insured for Member Life Insurance under this Group Policy, The Principal will pay his or her beneficiary the Scheduled Benefit (or approved amount, if applicable) in force on the date of death, less any unpaid premium and less any Accelerated

**This policy has been updated effective July 1, 2012**

### PART IV - BENEFITS

GC 6013 (VTL)          Section A - Member Life Insurance, Page 1

Benefit payment as described in PART IV of this Section A, Article 7. However, if a beneficiary is suspected or charged with the Member's death, the Death Benefits Payable may be withheld until additional information has been received or the trial has been held.

If a Member who was insured dies within the 31-day individual purchase period described in PART III, Section F, The Principal will pay his or her beneficiary the individual policy amount, if any, the Member had the right to purchase.

If a Member who was insured dies within the 60-day portability option period described in PART III, Section G, The Principal will pay his or her beneficiary the Scheduled Benefit amount (or approved amount, if applicable) in force, if any, the Member had the right to continue.

No payment will be made before The Principal receives Written proof of the Member's death.

If a Member dies by suicide within 24 months after the effective date of his or her Member Life Insurance, The Principal will pay his or her beneficiary the amount of any premium paid by the Member to The Principal during the period of time his or her insurance was in force in lieu of the Scheduled Benefit (or approved amount, if applicable) in force on the date of death. Any such payment will discharge The Principal to the full extent of such payment.


**Article 3 - Beneficiary**

A beneficiary should be named at the time a Member applies or enrolls under this Group Policy. A Member may name or later change a named beneficiary by sending a Written request to The Principal. A change will not be effective until recorded by The Principal. Once recorded, the change will apply as of the date the request was Signed. If The Principal properly pays any benefit before a change request is received, that payment may not be contested. Further:

a.     The naming of a new beneficiary in an application for individual purchase under PART III, Section F, Article 1, will be treated as a beneficiary change request under this Group Policy.

b.     If a Member's terminated insurance is reinstated, his or her beneficiary will be as recorded on the date of termination.


**Article 4 - Facility of Payment**

If any of the below occur, benefits will be paid as stated. All such payments will discharge The Principal to the full extent of those payments.


**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

GC 6013 (VTL)          Section A - Member Life Insurance, Page 2

a.   If a beneficiary is found guilty of the Member's death, such beneficiary may be disqualified from receiving any benefit due. Payment may then be made to any contingent beneficiary or to the executor or administrator of the Member's estate.

b.   Any benefit due a beneficiary who dies before the Member's death will be paid in equal shares to the Member's surviving beneficiaries.

c.   If a beneficiary dies at the same time or within 15 days after the Member dies, but before The Principal receives Written proof of the Member's death, payment will be made as if the Member survived the beneficiary.

d.   If no beneficiary survives the Member or if the Member has not named a beneficiary, payment will be made in the following order of precedence as numbered:

   (1)   to the Member's spouse or Domestic Partner;
   (2)   to the Member's children born to or legally adopted by the Member;
   (3)   to the Member's Domestic Partner's children born or legally adopted by the Member's Domestic Partner;
   (4)   to the Member's parents;
   (5)   to the Member's brothers and sisters; or
   (6)   if none of the above, to the executor or administrator of the Member's estate.

e.   If The Principal believes a person is not legally able to give a valid receipt, as determined by The Principal, for a payment, and no guardian has been appointed, The Principal may pay whoever has assumed the care and support of the person.

**Article 5 - Settlement of Proceeds**

When The Principal receives Written proof of the Member's death, the Scheduled Benefit (or approved amount, if applicable) in force for the Member, less any unpaid premium, and less any Accelerated Benefit payment as described in PART IV of this Section A, Article 7 will be placed in an interest-bearing draft account at an interest rate determined by The Principal, unless a lump sum or other settlement option has been elected. With the interest-bearing draft account, the balance will be available to the beneficiary at any time, in total or in part, subject to the following terms:

a.   withdrawals must be made by draft furnished by The Principal; and

b.   the draft amount must be at least $500 or more and may not exceed the account balance; and

c.   if the account balance falls below $500, the balance will be paid to the beneficiary in a lump sum and the account closed; and

**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

GC 6013 (VTL)          Section A - Member Life Insurance, Page 3

d.   the account cannot be assigned or used as collateral.

The Interest Draft Account will not be available if the Scheduled Benefit amount payable is $5,000 or less; or if the beneficiary is anything other than a natural person. In these instances, a lump sum payment will be made.

In the event the Interest Draft Account is not available or otherwise does not apply, The Principal reserves the right to make payment of proceeds according to other settlement options if agreed to, in Writing, by The Principal.

Payment of benefits will be subject to the Beneficiary and Facility of Payment provisions of this PART IV, Section A.

**Article 6 - Member Life Insurance - Coverage During Disability**

A Member may be eligible to continue his or her Member Life and Member Accidental Death and Dismemberment Insurance and Dependent Life and Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance coverage during the Member's Total Disability. This Coverage During Disability provision does not apply to a Member who has continued coverage, as described in PART III, Section G, of this Group Policy.

**a.   Coverage Qualification**

To be qualified for Coverage During Disability, a Member must:

(1)   become Totally Disabled while insured for Member Life Insurance; and
(2)   become Totally Disabled prior to the attainment of age 60; and
(3)   remain Totally Disabled continuously; and
(4)   be under the regular care and attendance of a Physician; and
(5)   send proof of Total Disability to The Principal when required; and
(6)   submit to Medical Examinations or Evaluations when required; and
(7)   return to The Principal, without claim, any individual policy issued under his or her Individual Purchase Rights as described in PART III, Section F, Article 1. Upon return of such policy, The Principal will refund premiums paid, less dividends and less any outstanding policy loan balance.

**b.   Proof of Total Disability**

Written proof of Total Disability must be sent to The Principal within one year of the date Total Disability begins. Further proof that Total Disability has not ended must be sent when The Principal requires. After Total Disability has continued for two years from the date the first proof is received, The Principal may not ask for further proof more than once each year.

**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

GC 6013 (VTL)          Section A - Member Life Insurance, Page 4

If the Member dies while Totally Disabled, final proof that Total Disability continued to the date of death must be sent to The Principal. If death occurs within one year of the start of Total Disability, but before The Principal has received first proof, then final proof must be sent within one year of the date Total Disability began.

c.   **Medical Examinations and Evaluations**

The Principal may require that a Totally Disabled Member be examined by a Physician, or undergo an evaluation, at reasonable intervals, during the course of a claim. After Total Disability has continued two years from the date first proof of Total Disability is received, examinations or evaluations may not be required more than once each year.

The Principal will pay for these examinations and evaluations and will choose the Physician or evaluator to perform them. Failure to attend a medical examination or cooperate with the Physician may be cause for denial of the Member's benefits. Failure to attend an evaluation or to cooperate with the evaluator may also be cause for denial of the Member's benefits. If the Member fails to attend an examination or an evaluation, any charges incurred for not attending an appointment as scheduled may be his or her responsibility.

d.   **Effective Dates and Premium Waiver**

Coverage During Disability will be effective for a qualified Member on the earlier of:

(1)   the date nine months after the date the Member becomes Totally Disabled; or
(2)   the date the Member dies.

Premium will not be charged for Member Life and Member Accidental Death and Dismemberment Insurance and Dependent Life and Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance while the Member's Coverage During Disability is in force.

e.   **Benefits Payable**

If death occurs while Coverage During Disability is in force, The Principal will pay the Member's beneficiary the Member Life Insurance benefit amount that would have been paid had the Member remained insured under the Schedule of Insurance in force on the date Total Disability began.

Such benefit shall be subject to any reduction provided under the Schedule of Insurance.

However, NO BENEFIT WILL BE PAID if Written proof of Total Disability is not sent to The Principal within one year of the date Total Disability began. Failure to give Written proof within the time specified will not invalidate or reduce any claim if

**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

GC 6013 (VTL)          **Section A - Member Life Insurance, Page 5**

Written proof is given as soon as reasonably possible. Further, if a death benefit is paid under this section of the Group Policy, it will be in place of all other Member Life Insurance benefits provided under this Group Policy.

**f.   Termination**

Coverage During Disability will cease on the earliest of:

(1)   the date the Member's Total Disability ends; or
(2)   the date the Member fails to send The Principal any required proof of Total Disability; or
(3)   the date the Member ceases to be under the regular care and attendance of a Physician; or
(4)   the date the Member fails to submit to a required Medical Examination or Evaluation; or
(5)   the date the Member attains age 65.

**g.   Limitations**

No benefits will be paid for any disability that:

(1)   results from willful self-injury or self-destruction, while sane or insane; or
(2)   results from war or act of war; or
(3)   results from voluntary participation in an assault, felony, criminal activity, insurrection, or riot.

**Article 7 - Accelerated Benefits**

**a.   Accelerated Benefits Qualification**

To be qualified for an Accelerated Benefit payment, a Member must:

(1)   be Terminally Ill and insured for a Member Life Insurance benefit of at least $10,000; and
(2)   send a request for Accelerated Benefit payment to The Principal; and
(3)   provide proof satisfactory to The Principal that he or she is Terminally Ill; and
(4)   provide a release from the assignee, if his or her Member Life Insurance Benefit has been assigned.

**b.   Proof of Terminal Illness**

Proof that a Member is Terminally Ill will consist of:

**This policy has been updated effective July 1, 2012**

       (1)   a statement from the Member's Physician; and
       (2)   any other medical information that The Principal believes necessary to confirm the Member's status.

**c.   Benefit Payable**

The Principal will pay a Member who is qualified for Accelerated Benefits whatever amount he or she requests; except that:

       (1)   only one Accelerated Benefit payment will be made during the Member's lifetime; and
       (2)   the amount requested must be at least $5,000; and
       (3)   in no event will payment exceed the lesser of:

           -   75% of the Member Life Insurance benefit in force on the date of the request; or
           -   $250,000.

The Accelerated Benefit payment will be made in a lump sum.

**d.   Effect on Member Life Insurance Benefits**

If an Accelerated Benefit is paid, the Member Life Insurance Benefit otherwise payable upon the Member's death will be reduced by any Accelerated Benefit payment.

**e.   Premium Waiver Period**

A premium waiver period will be established on the date The Principal pays an Accelerated Benefit to a Member. This period will end on the earlier of the Member's death or the date two years after the date of the Accelerated Benefit.

During a premium waiver period:

       (1)   there will be no Member Life and Member Accidental Death and Dismemberment Insurance and Dependent Life and Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance premium charge for the Member; and
       (2)   Member Life Insurance will not be terminated if the Member ceases Active Work because of his or her Terminal Illness.

**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

### Section B - Member Accidental Death and Dismemberment Insurance

**Article 1 - Schedule of Insurance**

Subject to the Effective Date provisions of PART III, Section B, and the qualifying provisions of this Section B, the specific Scheduled Benefit for an insured Member will be shown on the Member's Scheduled Benefits Summary and is based on his or her class:

| Class | *Scheduled Benefit |
|---|---|
| ALL MEMBERS | An amount in increments of $10,000 as applied for by the Member and approved by The Principal. A Member's Scheduled Benefit amount will not exceed $500,000 or be less than $10,000, subject to the provisions below. |

*The Scheduled Benefit is subject to the Proof of Good Health requirements as shown in PART III, Section B, Article 1. Because of the Proof of Good Health requirements, the amount of insurance approved by The Principal may be different than the Scheduled Benefit. If the approved amount of insurance is different than the Scheduled Benefit, the approved amount will apply.

For the age(s) shown below, the amount of a Member's insurance will be the percentage of the Scheduled Benefit (or approved amount, if applicable) as shown below.

| Age | % of Scheduled Benefit (or approved amount, whichever applies) |
|---|---|
| Age 65 but less than age 70 | 65% |
| Age 70 and Over | 50% |

**Article 2 - Benefit Qualification**

To qualify for benefit payment, all of the following must occur:

a.    the Member must be injured while insured for Member Accidental Death and Dismemberment Insurance under this Group Policy; and

b.    the injury must be through accidental means; and

c.    the injury must be the direct and sole cause of a loss listed in this Section B, Article 3;

This policy has been updated effective July 1, 2012

### PART IV - BENEFITS

GC 6015 (VTL)          Section B - Member Accidental Death and Dismemberment Insurance, Page  1

and

d.   the loss must occur within 365 days of the injury; and

e.   the limitations listed in this Section B, Article 9, must not apply; and

f.   claim requirements listed in this PART IV, Section D, must be satisfied; and

g.   all medical evidence must be satisfactory to The Principal.

## Article 3 - Benefits Payable

If all of the benefit qualifications are met, The Principal will pay:

a.   100% of the Scheduled Benefit (or approved amount, if applicable) in force for loss of life; or

b.   50% of the Scheduled Benefit (or approved amount, if applicable) in force if one hand is severed at or above the wrist; or

c.   25% of the Scheduled Benefit (or approved amount, if applicable) in force for loss of thumb and index finger on the same hand; or

d.   50% of the Scheduled Benefit (or approved amount, if applicable) in force if one foot is severed at or above the ankle; or

e.   50% of the Scheduled Benefit (or approved amount, if applicable) in force if the sight of one eye is permanently lost (For this purpose, vision not correctable to better than 20/200 will be considered loss of sight.); or

f.   100% of the Scheduled Benefit (or approved amount, if applicable) in force for more than one of the losses listed in b., d., or e. above.

Total payment for all losses under this Article 3 that result from the same accident will not exceed the Scheduled Benefit (or approved amount). Payment for loss of life will be to the beneficiary named for Member Life Insurance. Payment will be subject to the Beneficiary, Facility of Payment and Settlement of Proceeds provisions of PART IV, Section A. Payment for any other losses will be to the Member.

### Disappearance

It will be presumed that a Member has lost his or her life if:

**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

GC 6015 (VTL)          **Section B - Member Accidental Death and
Dismemberment Insurance, Page 2**

a.   the Member's body has not been found within 365 days after the disappearance of a conveyance in which the Member was an occupant at the time of disappearance; and

b.   the disappearance of the conveyance was due to its accidental wrecking or sinking; and

c.   this Group Policy would have covered the injury resulting from the accident.

**Exposure**

Exposure to the elements will be presumed to be an injury if:

a.   such exposure is due to an accidental bodily injury; and

b.   within 365 days after the injury, the Member incurs a loss that is the result of the exposure; and

c.   this Group Policy would have covered the injury resulting from the accident.

**Article 4 - Seat Belt/Airbag Benefit**

If the Member loses his or her life as a result of an accidental injury sustained while driving or riding in an Automobile, an additional benefit of $10,000 will be paid to the beneficiary named for Member Life Insurance, provided all Benefit Qualifications as described in Article 2 are met and:

a.   the Automobile is equipped with factory-installed Seat Belts; and

b.   the Seat Belt was in actual use by the Member and properly fastened at the time of the accident; and

c.   the position of the Seat Belt is certified in the official report of the accident or by the investigating officer.

This additional benefit payment will also apply if the Member was driving an Automobile equipped with a properly functioning driver-side air bag or riding as a passenger in an Automobile equipped with a properly functioning passenger-side air bag, although the Member's Seat Belt may not have been fastened at the time of the accident. The properly functioning and/or deployment of the air bag must be certified in the official report of the accident or by the investigating officer.

For the purpose of this benefit, "Automobile" means a four-wheel passenger vehicle, station wagon, pick-up truck, or van-type vehicle, but excludes recreational-type vehicles such as a

**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

GC 6015 (VTL)         **Section B - Member Accidental Death and Dismemberment Insurance, Page 3**

"dune-buggy" or an "all-terrain" vehicle.

The term "Seat Belt" means a factory-installed device that forms an occupant restraint and injury avoidance system.

## Article 5 - Loss of Use or Paralysis Benefit

If a Member sustains an injury, and as a result of such injury, one or more of the covered losses listed below are incurred, The Principal will pay the following percentages of the Member's Scheduled Benefit (or approved amount, if applicable) in force, provided all Benefit Qualifications as described in Article 2 are met.

|  | Covered Loss | % of Scheduled Benefit |
|---|---|---|
| **Loss of Use or Paralysis** | Quadriplegia | 100% |
|  | Paraplegia | 50% |
|  | Hemiplegia | 50% |
|  | Both Hands or Both Feet | 50% |
|  | One Hand and One Foot | 50% |
|  | One Arm or One Leg | 25% |
|  | One Hand or One Foot | 25% |

The Principal does not pay an Accidental Death and Dismemberment benefit for any paralysis caused by a stroke.

Paralysis must be determined by a Physician to be permanent, complete, and irreversible.

Total payment for all losses that result from the same accident will not exceed the Scheduled Benefit (or approved amount, if applicable). Payment for Loss will be to the Member.

For this benefit, the term "Loss of Use" means a total and irrevocable loss of voluntary movement, which has continued for 12 consecutive months. The term "Quadriplegia" means total paralysis of all four limbs. The term "Paraplegia" means total paralysis of both lower limbs. The term "Hemiplegia" means paralysis of one arm and one leg on the same side of

This policy has been updated effective July 1, 2012

### PART IV - BENEFITS

GC 6015 (VTL)          Section B - Member Accidental Death and
                       Dismemberment Insurance, Page 4

the body.

## Article 6 - Loss of Speech and/or Hearing Benefit

If a Member sustains an injury, and as a result of such injury, one or more of the covered losses listed below are incurred, The Principal will pay the following percentages of the Member's Scheduled Benefit (or approved amount, if applicable) in force, provided all Benefit Qualifications as described in Article 2 are met.

|  | Covered Loss | % of Scheduled Benefit |
|---|---|---|
| **Loss of Speech and/or Hearing** | | |
|  | Speech and Hearing | 100% |
|  | Speech or Hearing | 50% |
|  | Hearing in One Ear | 25% |

Loss must be determined by a Physician to be permanent, complete, and irreversible.

Total payment for all losses that result from the same accident will not exceed the Scheduled Benefit (or approved amount, if applicable). Payment for Loss will be to the Member.

For this benefit, the term "Loss" means a total and irrevocable Loss of speech or hearing, which has continued for 12 consecutive months.

## Article 7 - Repatriation Benefit

If a benefit is paid under this Section B for loss of the Member's life and death occurred at least 100 miles away from the Member's permanent place of residence, all customary and reasonable expenses incurred for preparation of the body and its transportation to the place of burial or cremation will be paid up to a maximum benefit payment of $2,000.

## Article 8 - Educational Benefit

If a benefit is paid under this Section B for loss of the Member's life, an extra benefit of $3,000 will be paid annually for a maximum of four years to each Qualified Student. This annual benefit will be paid consecutively, while the Qualified Student continues his or her education as a Full-Time Student at an accredited post-secondary school.

**This policy has been updated effective July 1, 2012**

### PART IV - BENEFITS

GC 6015 (VTL)          Section B - Member Accidental Death and
Dismemberment Insurance, Page 5

For the purpose of this benefit, "Qualified Student" means a Dependent Child who is, at the time of the Member's death, a Full-Time Student at an accredited post-secondary school. A 12th grade student will become a Qualified Student if he or she enrolls in an accredited post-secondary school within 12 months of the Member's death.

## Article 9 - Limitations

Payment will not be made for any loss to which a contributing cause is:

a.   willful self-injury or self-destruction, while sane or insane; or

b.   disease, medical or surgical treatment of disease, or complications following the surgical treatment of disease; or

c.   voluntary participation in an assault, felony, criminal activity, insurrection, or riot; or

d.   participation in flying, ballooning, parachuting, parasailing, bungee jumping or other aeronautic activities, except as a passenger on a commercial aircraft or as a passenger in a Policyholder-owned or leased aircraft on company business; or

e.   duty as a member of a military organization; or

f.   war or act of war; or

g.   the use of alcohol if, at the time of the injury, the Member's alcohol concentration exceeds the legal limit allowed by the jurisdiction where the injury occurs; or

h.   the operation by the Member of a motor vehicle or motor boat if, at the time of the injury, the Member's alcohol concentration exceeds the legal limit allowed by the jurisdiction where the injury occurs; or

i.   the use of any drug, narcotic, or hallucinogen not prescribed for the Member by a licensed Physician.

**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

### Section C – Dependent Life Insurance

**Article 1 – Schedule of Insurance**

Subject to the Effective Date provisions of PART III, Section B, the specific Scheduled Benefit for an insured Dependent will be shown on the Scheduled Benefits Summary and will be based on the status of the Dependent:

**Class**

ALL MEMBERS

| **Dependent** | ***Scheduled Benefit** |
|---|---|
| Spouse or Domestic Partner | An amount in increments of $10,000 as applied for by the Member and approved by The Principal. A Dependent spouse's or Domestic Partner's Scheduled Benefit amount will not exceed $100,000 or be less than $10,000, subject to the provisions below. |
| Dependent Children (age at death) | |
| 0 days old but less than 14 days | $1,000 |
| 14 days and older | $5,000 |
| Dependent Children (age at death) | |
| 0 days old but less than 14 days | $1,000 |
| 14 days and older | $10,000 |

*The Scheduled Benefit is subject to the Proof of Good Health requirements as shown in PART III, Section B, Article 1. Because of the Proof of Good Health requirements, the amount of insurance approved by The Principal may be different than the Scheduled Benefit. If the approved amount of insurance is different than the Scheduled Benefit, the approved amount will apply.

For the age(s) shown below, the amount of a Member's Dependent spouse's or Domestic Partner's insurance will be the percentage of the Scheduled Benefit (or approved amount, if applicable) as shown below.

| **Age** | **% of Scheduled Benefit (or approved amount, whichever applies)** |
|---|---|

**This policy has been updated effective July 1, 2012**

### PART IV – BENEFITS

| | |
|---|---|
| Age 65 but less than age 70 | 65% |
| Age 70 and Over | 50% |

In no event will a Dependent's Scheduled Benefit be more than 100% of the Member's Scheduled Benefit amount. If a Member elects a Dependent Life benefit in excess of 100% of the Member's Scheduled Benefit amount, the Dependent will be given the highest amount available, not to exceed 100%.

**Article 2 - Death Benefits Payable**

If a Dependent dies while insured for Dependent Life Insurance under this Group Policy, The Principal will pay the Scheduled Benefit (or approved amount, if applicable) in force for that Dependent on the date of death, less any unpaid premium.

If a Dependent who was insured dies during the 31-day individual purchase period described in PART III, Section F, Article 2, The Principal will pay the individual policy amount, if any, the Dependent had the right to purchase.

If a Dependent who was insured dies within the 60-day portability option period described in PART III, Section G, The Principal will pay his or her beneficiary the Scheduled Benefit amount (or approved amount, if applicable) in force, if any, the Member had the right to continue for that Dependent.

If a Dependent dies by suicide within 24 months after the effective date of his or her Dependent Life Insurance, The Principal will pay the amount of any premium, attributable to that Dependent, paid by the Member to The Principal during the period of time the Dependent Life Insurance for the Dependent was in force in lieu of the Scheduled Benefit (or approved amount, if applicable) in force on the date of death. Any such payment will discharge The Principal to the full extent of such payment.

Unless a Beneficiary has been designated, payment will be to the Member if he or she survives the Dependent. If the Member does not survive the Dependent and a beneficiary for Dependent Life has not been named, payment will be to the person named as beneficiary for Member Life Insurance. However, if the Member is suspected or charged with the Dependent's death, the Death Benefits Payable may be withheld until additional information has been received or the trial has been held. If the Member is found guilty of the Dependent's death, he or she may be disqualified from receiving any benefit due. Payment may then be made to the executor or administrator of the Dependent's estate. Payment will be subject to the Beneficiary provisions in Article 3 and the Facility of Payment and Settlement of Proceeds provisions of PART IV, Section A.

No payment will be made before The Principal receives Written proof of the Dependent's death.

**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

GC 6016 (VTL)-1        **Section C - Dependent Life Insurance, Page 2**

**Article 3 - Beneficiary**

A Member may name or later change the named beneficiary by sending a Written request to The Principal. A change will not be effective until recorded by The Principal. Once recorded, the change will apply as of the date the request was Signed. If The Principal properly pays any benefit before a change request is received, that payment may not be contested.

**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

GC 6016 (VTL)-1      Section C - Dependent Life Insurance, Page 3

**Section C (1) - Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance**

**Article 1 - Schedule of Insurance**

Subject to the Effective Date provisions of PART III, Section B, and the qualifying provisions of this Section C (1), the specific Scheduled Benefit for an insured Dependent spouse or Domestic Partner will be as shown on the Scheduled Benefits Summary and will be based on the status of the Dependent spouse or Domestic Partner:

**Class**

ALL MEMBERS

| **Dependent** | ***Scheduled Benefit** |
|---|---|
| Spouse or Domestic Partner | An amount in increments of $10,000 as applied for by the Member and approved by The Principal. A Dependent spouse's or Domestic Partner's Scheduled Benefit amount will not exceed $100,000 or be less than $10,000, subject to the provisions below. |

*The Scheduled Benefit is subject to the Proof of Good Health requirements as shown in PART III, Section B, Article 1. Because of the Proof of Good Health requirements, the amount of insurance approved by The Principal may be different than the Scheduled Benefit. If the approved amount of insurance is different than the Scheduled Benefit, the approved amount will apply.

For the age(s) shown below, the amount of a Member's Dependent spouse's or Domestic Partner's insurance will be the percentage of the Scheduled Benefit (or approved amount, if applicable) as shown below.

| Age | % of Scheduled Benefit (or approved amount, whichever applies) |
|---|---|
| Age 65 but less than age 70 | 65% |
| Age 70 and Over | 50% |

In no event will a Dependent spouse's or Domestic Partner's Scheduled Benefit be more than 100% of the Member's Scheduled Benefit amount. If a Member elects a Dependent Life

This policy has been updated effective July 1, 2012

**PART IV - BENEFITS**

GC 6017 (VTL)-1 Section C (1) - Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance, Page 1

benefit in excess of 100% of the Member's Scheduled Benefit amount, the Dependent spouse or Domestic Partner will be given the highest amount available, not to exceed 100%.

## Article 2 - Benefit Qualification

To qualify for benefit payment, all of the following must occur:

a.   the Dependent spouse or Domestic Partner must be injured while insured for Dependent Spouse or Domestic Partner Accidental Death and Dismemberment Insurance under this Group Policy; and

b.   the injury must be through accidental means; and

c.   the injury must be the direct and sole cause of a loss listed in this Section C (1), Article 3; and

d.   the loss must occur within 365 days of the injury; and

e.   the limitations listed in this Section C (1), Article 9, must not apply; and

f.   claim requirements listed in this PART IV, Section D, must be satisfied; and

g.   all medical evidence must be satisfactory to The Principal.

## Article 3 - Benefits Payable

If all of the benefit qualifications are met, The Principal will pay:

a.   100% of the Scheduled Benefit (or approved amount, if applicable) in force for loss of life; or

b.   50% of the Scheduled Benefit (or approved amount, if applicable) in force if one hand is severed at or above the wrist; or

c.   25% of the Scheduled Benefit (or approved amount, if applicable) in force for loss of thumb and index finger on the same hand; or

d.   50% of the Scheduled Benefit (or approved amount, if applicable) in force if one foot is severed at or above the ankle; or

e.   50% of the Scheduled Benefit (or approved amount, if applicable) in force if the sight

**This policy has been updated effective July 1, 2012**

### PART IV - BENEFITS

GC 6017 (VTL)-I Section C (1) - Dependent Spouse or Domestic Partner
Accidental Death and Dismemberment Insurance, Page 2

of one eye is permanently lost (For this purpose, vision not correctable to better than 20/200 will be considered loss of sight.); or

f.      100% of the Scheduled Benefit (or approved amount, if applicable) in force for more than one of the losses listed in b., d., or e. above.

Total payment for all losses under this Article 3 that result from the same accident will not exceed the Dependent spouse's or Domestic Partner's Scheduled Benefit (or approved amount, if applicable). Payment for loss of life will be to the beneficiary named for Dependent Life Insurance. Payment will be subject to the Beneficiary provisions of PART IV, Section C and the Facility of Payment and Settlement of Proceeds provisions of PART IV, Section A. Payment for any other loss will be to the Dependent spouse or Domestic Partner.

**Disappearance**

It will be presumed that a Dependent spouse or Domestic Partner has lost his or her life if:

a.      the Dependent spouse's or Domestic Partner's body has not been found within 365 days after the disappearance of a conveyance in which the Dependent spouse or Domestic Partner was an occupant at the time of disappearance; and

b.      the disappearance of the conveyance was due to its accidental wrecking or sinking; and

c.      this Group Policy would have covered the injury resulting from the accident.

**Exposure**

Exposure to the elements will be presumed to be an injury if:

a.      such exposure is due to an accidental bodily injury; and

b.      within 365 days after the injury, the Dependent spouse or Domestic Partner incurs a loss that is the result of the exposure; and

c.      this Group Policy would have covered the injury resulting from the accident.

**Article 4 - Seat Belt/Airbag Benefit**

If the Dependent spouse or Domestic Partner loses his or her life as a result of an accidental injury sustained while driving or riding in an Automobile, an additional benefit of $10,000 will be paid to the beneficiary named for Dependent Life Insurance, provided all Benefit Qualifications as described in Article 2 are met and:

**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

**GC 6017 (VTL)-1 Section C (1) - Dependent Spouse or Domestic Partner**
**Accidental Death and Dismemberment Insurance, Page 3**

a.   the Automobile is equipped with factory-installed Seat Belts; and

b.   the Seat Belt was in actual use by the Dependent spouse or Domestic Partner and properly fastened at the time of the accident; and

c.   the position of the Seat Belt is certified in the official report of the accident or by the investigating officer.

This additional benefit payment will also apply if the Dependent spouse or Domestic Partner was driving an Automobile equipped with a properly functioning driver-side air bag or riding as a passenger in an Automobile equipped with a properly functioning passenger-side air bag, although the Dependent spouse's or Domestic Partner's Seat Belt may not have been fastened at the time of the accident. The properly functioning and/or deployment of the air bag must be certified in the official report of the accident or by the investigating officer.

For the purpose of this benefit, "Automobile" means a four-wheel passenger vehicle, station wagon, pick-up truck, or van-type vehicle, but excludes recreational-type vehicles such as a "dune-buggy" or an "all-terrain" vehicle.

The term "Seat Belt" means a factory-installed device that forms an occupant restraint and injury avoidance system.


**Article 5 - Loss of Use or Paralysis Benefit**

If a Dependent spouse or Domestic Partner sustains an injury, and as a result of such injury, one or more of the covered losses listed below are incurred, The Principal will pay the following percentages of the Dependent spouse's or Domestic Partner's Scheduled Benefit (or approved amount, if applicable) in force, provided all Benefit Qualifications as described in Article 2 are met.

|  | Covered Loss | % of Scheduled Benefit |
|---|---|---|
| **Loss of Use or Paralysis** |  |  |
|  | Quadriplegia | 100% |
|  | Paraplegia | 50% |
|  | Hemiplegia | 50% |
|  | Both Hands or Both Feet | 50% |


This policy has been updated effective July 1, 2012

**PART IV - BENEFITS**

GC 6017 (VTL)-1 Section C (1) - Dependent Spouse or Domestic Partner
Accidental Death and Dismemberment Insurance, Page 4

| | |
|---|---|
| One Hand and One Foot | 50% |
| One Arm or One Leg | 25% |
| One Hand or One Foot | 25% |

The Principal does not pay an Accidental Death and Dismemberment benefit for any paralysis caused by a stroke.

Paralysis must be determined by a Physician to be permanent, complete, and irreversible.

Total payment for all losses that result from the same accident will not exceed the Scheduled Benefit (or approved amount, if applicable). Payment for loss will be to the Dependent spouse or Domestic Partner.

For this benefit, the term "Loss of Use" means a total and irrevocable loss of voluntary movement, which has continued for 12 consecutive months. The term "Quadriplegia" means total paralysis of all four limbs. The term "Paraplegia" means total paralysis of both lower limbs. The term "Hemiplegia" means paralysis of one arm and one leg on the same side of the body.

### Article 6 - Loss of Speech and/or Hearing Benefit

If a Dependent spouse or Domestic Partner sustains an injury, and as a result of such injury, one or more of the covered losses listed below are incurred, The Principal will pay the following percentages of the Dependent spouse's or Domestic Partner's Scheduled Benefit (or approved amount, if applicable) in force, provided all Benefit Qualifications as described in Article 2 are met.

| | Covered Loss | % of Scheduled Benefit |
|---|---|---|
| **Loss of Speech and/or Hearing** | | |
| | Speech and Hearing | 100% |
| | Speech or Hearing | 50% |
| | Hearing in One Ear | 25% |

Loss must be determined by a Physician to be permanent, complete, and irreversible.

Total payment for all losses that result from the same accident will not exceed the Scheduled

This policy has been updated effective July 1, 2012

### PART IV - BENEFITS

GC 6017 (VTL)-1 Section C (1) - Dependent Spouse or Domestic Partner
Accidental Death and Dismemberment Insurance, Page 5

Benefit (or approved amount, if applicable). Payment for Loss will be to the Dependent spouse or Domestic Partner.

For this benefit, the term "Loss" means a total and irrevocable Loss of speech or hearing, which has continued for 12 consecutive months.

## Article 7 - Repatriation Benefit

If a benefit is paid under this Section C (1) for loss of the Dependent spouse's or Domestic Partner's life and death occurred at least 100 miles away from the Dependent spouse's or Domestic Partner's permanent place of residence, all customary and reasonable expenses incurred for preparation of the body and its transportation to the place of burial or cremation will be paid up to a maximum benefit payment of $2,000.

## Article 8 - Educational Benefit

If a benefit is paid under this Section C (1) for loss of the Dependent spouse's or Domestic Partner's life, an extra benefit of $3,000 will be paid annually for a maximum of four years to each Qualified Student. This annual benefit will be paid consecutively, while the Qualified Student continues his or her education as a Full-Time Student at an accredited post-secondary school.

For the purpose of this benefit, "Qualified Student" means a Dependent Child who is, at the time of the Dependent spouse's or Domestic Partner's death, a Full-Time Student at an accredited post-secondary school. A 12th grade student will become a Qualified Student if he or she enrolls in an accredited post-secondary school within 12 months of the Dependent spouse's or Domestic Partner's death.

## Article 9 - Limitations

Payment will not be made for any loss to which a contributing cause is:

a.   willful self-injury or self-destruction, while sane or insane; or

b.   disease, medical or surgical treatment of disease, or complications following the surgical treatment of disease; or

c.   voluntary participation in an assault, felony, criminal activity, insurrection, or riot; or

d.   participation in flying, ballooning, parachuting, parasailing, bungee jumping or other

**This policy has been updated effective July 1, 2012**

### PART IV - BENEFITS

**GC 6017 (VTL)-1 Section C (1) - Dependent Spouse or Domestic Partner**
**Accidental Death and Dismemberment Insurance, Page 6**

aeronautic activities, except as a passenger on a commercial aircraft or as a passenger in a Policyholder-owned or leased aircraft on company business; or

e.     duty as a member of a military organization; or

f.     war or act of war; or

g.     the use of alcohol if, at the time of the injury, the Dependent spouse's or Domestic Partner's alcohol concentration exceeds the legal limit allowed by the jurisdiction where the injury occurs; or

h.     the operation by the Dependent spouse or Domestic Partner of a motor vehicle or motor boat if, at the time of the injury, the Dependent spouse's or Domestic Partner's alcohol concentration exceeds the legal limit allowed by the jurisdiction where the injury occurs; or

i.     the use of any drug, narcotic, or hallucinogen not prescribed for the Dependent spouse or Domestic Partner by a licensed Physician; or

j.     injury arising from or during employment for wage or profit.

**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

**GC 6017 (VTL)-1 Section C (1) - Dependent Spouse or Domestic Partner**
**Accidental Death and Dismemberment Insurance, Page 7**

## Section D - Claims Procedures

### Article 1 - Notice of Claim

The Principal will acknowledge verbal or Written notice of claim within 15 calendar days of receipt unless payment is made within that time period.

### Article 2 - Claim Forms

The Principal, when it receives notice of claim, will provide claim forms, instructions, and reasonable assistance within 15 calendar days of receipt of such notice.

### Article 3 - Proof of Loss

Written proof of loss must be sent to The Principal within 90 days after the date of the loss. Proof required includes the date, nature, and extent of the loss. The Principal may request additional information to substantiate loss or require a Signed unaltered authorization to obtain the information from the provider. Failure to comply with the request of The Principal could result in declination of the claim. For purposes of satisfying the claims processing timing requirements of the Employee Retirement Income Security Act (ERISA), receipt of claim will be considered to be met when the appropriate claim form is received by The Principal.

### Article 4 - Payment, Denial, and Review

ERISA permits up to 45 days from receipt of claim for processing the claim. If a claim cannot be processed due to incomplete information, The Principal will send a Written explanation prior to the expiration of the 45 days. The claimant is then allowed up to 45 days to provide all additional information requested. The Principal is permitted two 30-day extensions for processing an incomplete claim. Written notification will be sent to the claimant regarding the extension.

In actual practice, benefits under this Group Policy will be payable sooner, provided The Principal receives complete and proper proof of loss. Further, if a claim is not payable or cannot be processed, The Principal will submit a detailed explanation of the basis for its denial.

A claimant may request an appeal of a claim denial by Written request to The Principal within 180 days of receipt of notice of the denial. The Principal will make a full and fair review of the claim. The Principal may require additional information to make the review.

**This policy has been updated effective July 1, 2012**

### PART IV - BENEFITS

GC 6018 (VTL) CA          Section D - Claim Procedures, Page 1

The Principal will notify the claimant in Writing of the appeal decision within 45 days after receipt of the appeal request. If the appeal cannot be processed within the 45-day period because The Principal did not receive the requested additional information, The Principal is permitted a 45-day extension for the review. Written notification will be sent to the claimant regarding the extension. After exhaustion of the formal appeal process, the claimant may request an additional appeal. However, this appeal is voluntary and does not need to be filed before asserting rights to legal action.

For purposes of this section, "claimant" means Member, Dependent, or Beneficiary.

State law permits up to 40 days after receipt of proof of claim to determine if the claim will be paid or denied. If a determination cannot be made within 40 days, The Principal can request a 30-day extension in Writing prior to the end of the original 40 days, and every 30 days thereafter. (Exception: If there is a reasonable basis for The Principal to believe a claim is false or fraudulent, the 40-day limit is extended to 80 days.)

If it is determined that the claim will be paid, payment must be made within 30 days of (a) determination of coverage, or (b) execution of a settlement agreement.

If the claim is denied, in whole or in part, The Principal will notify the claimant in Writing of the basis for the denial. This denial notice will include an explanation of the policy provisions, condition, or exclusion relevant to the facts of the claim. The notice will also provide the address and telephone number of the unit of the California Department of Insurance the claimant should contact for review if he or she believes the claim has been wrongfully denied.


## Article 5 - Medical Examinations

The Principal may have the Member or Dependent whose loss is the basis for claim, be examined by a Physician during the course of a claim. The Principal will pay for these examinations and will choose the Physician to perform them.


## Article 6 - Autopsy

If payment for loss of life is claimed, The Principal may require an autopsy. The Principal will pay for any such autopsy.


## Article 7 - Legal Action

Legal action to recover benefits under this Group Policy may not be started earlier than 90 days after required proof of loss has been filed and before the appeal procedures have been


**This policy has been updated effective July 1, 2012**

**PART IV - BENEFITS**

GC 6018 (VTL) CA          Section D - Claim Procedures, Page 2

exhausted. Further, no legal action may be started later than three years after that proof is required to be filed.

**Article 8 - Time Limits**

Any time limits in this section will be adjusted as required by law.

This policy has been updated effective July 1, 2012

PART IV - BENEFITS

GC 6018 (VTL) CA          Section D - Claim Procedures, Page 3

POLICY NOTICE

California insurance law requires that each group policy include the telephone number of the insurance company issuing the policy in order for the persons to present inquiries, to obtain information about coverage, and to provide assistance in resolving complaints. Persons may call or write to:

> Principal Life Insurance Company
> 711 High Street
> Des Moines, Iowa 50392-0001

> Life claim-related inquiries:
> Attn: Group Claim - Life Info Line Services
> Telephone: 1-800-245-1522

> For administration-related inquiries:
> Attn: Group Call Center
> Telephone: 1-800-843-1371

Consumers should contact Principal Life Insurance Company, their agent, or other representative regarding complaints. If the policy or certificate was issued or delivered by an agent or broker, the insured must contact his or her agent or broker for assistance.

The California Department of Insurance should be contacted only after discussions with the insurer, or its agent or other representative, or both have failed to produce a satisfactory resolution to the problem.

Persons may call or write to:

> California Insurance Department
> Claims Services Bureau
> 11th Floor
> 300 South Spring Street
> Los Angeles, CA 90013
> Telephone:      1-800-927-HELP (In State)
>                 1-213-897-8921 (Out of State)

This Notice is for the Policyholder's information only and does not become a part or condition of this Group Policy.

This policy has been updated effective July 1, 2012

GC 803 CA                              POLICY NOTICE

This page left blank intentionally

**Principal Life Insurance Company**
Des Moines, Iowa 50392-0002



**Principal Life Insurance Company**
Des Moines, Iowa 50392-0002

# EXHIBIT C

ARIZONA PIPELINE CO | Nov Newhires 2011

**ARIZONA PIPELINE CO.**

Effective Date: _12-1-2011_
☑ Enroll Group Life/VTL _12/1 Grp + LUL (Self)_
☑ Enroll Dental _12/1 E + Sp_
☑ Send Cards & Booklets _11/30 Dental + Life_
☑ Input Deductions _11/23 logged Cg_
☑ Confirm VTL/~~Colonial~~ _12/1 LUL_
☑ Update Maxwell Tab _11/23 Cg_
☐ Other _____

ENROLLMENT ELECTION FORM for:

**RAYMOND C. JACOBS**
16628 VICTOR ST
Apt B
VICTORVILLE, CA 92395

Enrollment Dates: 11/2/2011 - 11/18/2011
Home Phone: 760-962-1817
Work Phone:
Gender: Male
SSN: ███
Employee ID: RJ2C3 ███
Birth Date: ███
Date of Hire: 8/8/2011
Classification: Non-Management
Location: HESPERIA
Paychecks per Year: 52
Department:
First Deduction Date: _#10.00_

| NEW ELECTION FORM | | Friday November 18, 2011 | | | |
|---|---|---|---|---|---|
| Benefit ID / Benefit Name / Option | | New or Existing | Coverage Starts | Deduction Employee | Deduction Employer |
| MED | ☒ **Medical** | | | | |
| | Decline Coverage | | | | |
| | *Covered By: MEDICAL* | | | | |
| | *Relationship: GOV* | | | | |
| | *SSN:* | | | | |
| | *Insurance Company: MEDICAL* | | | | |
| DENT | ☑ **Dental** | | | | |
| | Principal (Employee + 1) | New | 12/1/2011 | $10.42 ✓ | $0.00 |
| | **Insureds:** | | | Pre-Tax | |
| | RAYMOND JACOBS (Employee) | | | | |
| | DENISE JACOBS (Wife) | | | | |
| | DOB: 9/20/1972 Sex: Female ███ | | | | |
| CLA-Post | ☒ **GroupHospitalConfinementIndemnity** | New | | | |
| | Benefit Reviewed - No Coverage | | | | |
| ERPDLIFENM | ☑ **ER Paid Life** | | | | |
| | Principal / $25,000 Face Amount | New | 12/1/2011 | $0.00 | $1.10 |
| | **Beneficiaries:** | | | | |
| | DENISE JACOBS (Wife) (Primary 100%) | | | | |
| | DOB: 9/20/1972 Sex: Female ███ | | | | |
| ERPAIDADD | ☑ **ER PD AD&D** | | | | |
| | Principal / $25,000 Face Amount | New | 12/1/2011 | $0.00 | $0.24 |
| | **Beneficiaries:** | | | | |
| | DENISE JACOBS (Wife) (Primary 100%) | | | | |
| | DOB: 9/20/1972 Sex: Female ███ | | | | |
| EELIFE | ☒ **Vol Employee Life** | | | | _15.60_ |
| | Principal Life / $240,000 Face Amount | New | 12/1/2011 | $16.60 ✓ | $0.00 |
| | **Beneficiaries:** | | | Post-Tax | |
| | DENISE JACOBS (Wife) (Primary 100%) | | | | |
| | DOB: 9/20/1972 Sex: Female SSN ███ | | | | |
| | (Colonial Pre-Tax $0.00) | Pre-Tax Subtotal | | $10.42 | |
| | (Colonial Post-Tax $0.00) | Post-Tax Subtotal | | $15.60 | |
| | **(Colonial Total $0.00)** | **Grand Total** | | **$26.02** | **$1.34** |

(52 deductions per year)

NOV 23 2011 Cg
Enrolled

This summary only includes benefits that are processed by this system.

I understand that I am allowed to reduce my salary for the purchase of qualified benefits as part of a flexible benefits plan ("plan") under Section 125 of the Internal Revenue Code. I hereby authorize and direct my employer to reduce my salary in the amount necessary to pay for this coverage. I further authorize future adjustment in the amount of the salary reduction in the event that the cost of coverage in any program selected for "Pre-Tax" is changed during the plan year. I further authorize a payroll deduction for the amount necessary to pay for the coverage selected for "Post-Tax", if any.

I further authorize the allocation of funds provided by my employer for the purchase of qualified benefits, if any.

**Additional Terms:** As required by the Internal Revenue Service (IRS) regulations, contributions under the plan will remain in effect and cannot be revoked or changed during the plan year, unless the revocation and new election are on account of, and consistent with, a change in status (e.g. marriage, divorce, death, and termination of employment of spouse) or as otherwise allowed under IRS regulations.

I understand that the insurance claim payments under certain coverages may be subject to federal and state taxes when the premium is paid by salary reductions or employer contributions.

I understand that the selection of a benefit and the indication that a premium is to be paid does not necessarily include me in the insurance portions of this plan. In most instances an application for insurance must also be completed.

I have read and agree to all terms listed above.
Signature: __Electronic Signature on File for RAYMOND JACOBS__          Date: __11/16/2011 7:13:55 PM EST__

Eithon Israel Cruz | 671810

COLONIAL LIFE & ACCIDENT INSURANCE COMPANY

# EXHIBIT D

110

**Principal Financial Group**

| | | | |
|---|---|---|---|
| | Mailing Address<br>Des Moines, IA 50392-0002 | Principal Life<br>Insurance Company | Employee<br>Enrollment &<br>Waiver - CA |

| Company name<br>Arizona Pipeline Company | Division level | Account number/unit number<br>H 59481-1 |
|---|---|---|

## Employee Information

| Name<br>*Raimond Jacobs* | Social security number ████████ | |
|---|---|---|
| Mailing address (street)<br>*1028 Victor st apt 5* | Birth date ████████ | ☒ male<br>☐ female |
| (city)<br>*Victorville* | (state)<br>*Ca.* | (ZIP code)<br>*92395* | Do you have an eligible spouse/domestic partner or child?<br>☐ Yes ☐ No |
| Date employed full-time | Hours worked per week<br>*40* | Job occupation/life class<br>*Laborer* | Location |
| Salary amount<br>*10.00* | Salary mode<br>☐ yearly ☒ weekly ☒ hourly ☐ monthly ☐ bi-weekly | | |
| What is your payroll mode?<br>☐ monthly ☐ semi-monthly ☒ weekly ☐ bi-weekly | Employer ZIP | Employer county<br>*San bernadino* | |

## Dental

| ☒ Elect | ☐ Decline | Design description: | Principal PPO Plan | | |
|---|---|---|---|---|---|
| | | | Employee | Family | Employee and<br>1 Dependent | |
| Benefit election – check box | | | ☐ | ☐ | ☒ | |

## Group Term Life

Employee:
☒ Elect

## Voluntary Term Life

| Employee Benefit Election | $10,000 | $100,000 | $240,000 | $500,000 | | Decline<br>☐ |
|---|---|---|---|---|---|---|
| Weekly Premium* | | | | | | |
| Benefit Election<br>Check Box | ☐ | ☐ | ☒ | ☐ | ☐ | |

* Actual premium amount may be slightly different due to rounding.

| Spouse/Domestic<br>Partner Benefit<br>Election<br>Can not exceed 100%<br>of the employee election | Birth date | Amount | Cost | | Decline<br>☐ |
|---|---|---|---|---|---|

110

| Child Benefit Election | $5,000 | $10,000 | | | | Decline |
|---|---|---|---|---|---|---|
| Weekly Premium* | | | | | | ☐ |
| Benefit Election – Check Box | ☐ | ☐ | | | | |

mportant!  If declining any coverage for yourself or any dependent, give reason.  Covered under:

☐ spouse's or domestic partner's  group coverage        ☐ individual insurance
☐ other _____        ☐ other coverage offered by my employer

**roup Term Life Beneficiary Designation** (Complete if covered for group term life coverage.)

ll primary and contingent beneficiaries, whether adults or minors, should be included in the beneficiary
signation below.

**rimary Beneficiaries:**

| me | Percentage | Relationship |
|---|---|---|
| _Denise Jacobs_ | 100% | Wife |
| dress  16628 Victor St 7B Victorville Ca 92395 | | Social security number ▓▓▓▓▓ |
| me  ▓▓▓▓▓ Jacobs | 100% | Daughter  (15) |
| dress  16628 Victor St A7B Victorville Ca 92395 | | Social security number ▓▓▓▓▓ |
| me  ▓▓▓▓▓ Jacobs JR | 100% | Son  (12) |
| ress  16628 Victor St 7B Victorville Ca 92395 | | Social security number ▓▓▓▓▓ |

**ntingent Beneficiaries:**

| ne | Percentage | Relationship |
|---|---|---|
| ress | | Social security number |
| ne | Percentage | Relationship |
| ress | | Social security number |

**luntary Term Life Beneficiary Designation** (Complete if covered for voluntary term life coverage.   If you
nt to use the same beneficiary designation as indicated for group term life coverage above, write "same as above" in
beneficiary section below. )

primary and contingent beneficiaries, whether adults or minors, should be included in the beneficiary
signation below.

**nary Beneficiaries:**

| e  _Same as above_ | Percentage | Relationship |
|---|---|---|
| ess | | Social security number |
| e  _Same as above_ | Percentage | Relationship |
| ess | | Social security number |
| e  _Same as above_ | Percentage | Relationship |
| ess | | Social security number |

_Same as above_

110

**Contingent Beneficiaries:**

| Name | | Percentage | Relationship |
|------|--|-----------|--------------|
| Address | | | Social security number |
| Name | | Percentage | Relationship |
| Address | | | Social security number |

The right to make future changes is reserved. If two or more beneficiaries are named, the proceeds shall be paid to the named beneficiaries, or to the survivor or survivors, in equal shares, unless specified otherwise.

If any beneficiary is designated as trustee, it is understood and agreed that Principal Life Insurance Company shall not be a party to nor bound by the conditions of any trust and payment of the net proceeds of said policy on the death of the insured to the then designated beneficiary shall be a complete discharge as to Principal Life.

If you have designated a minor child(ren) as your beneficiary, you must complete the Uniform Transfers to Minors Act form.

NOTE: You are covered by both group term life and voluntary term life coverage and if you only indicate a beneficiary designation for one of these, the facility of payment provision in the group policy will be used to determine how proceeds will be paid for the other coverage.

## Eligible Dependent Information (Complete if you have elected benefits for your spouse/domestic partner or children)

| Spouse/Domestic partner's name | Birth date | | Social security number | |
|--------------------------------|-----------|--|------------------------|--|
| | | ☐ male<br>☐ female | | |
| Name(s) of child(ren) | Birth date | | Social security number | |
| | | ☐ male<br>☐ female | | ☐ foster child*<br>☐ disabled or handicapped child ** |
| | | ☐ male<br>☐ female | | ☐ foster child*<br>☐ disabled or handicapped child ** |
| | | ☐ male<br>☐ female | | ☐ foster child*<br>☐ disabled or handicapped child ** |

\*  If you checked foster child, do you provide principal support and does the child(ren) live with you at least 50% of the time?  ☐ Yes   ☐ No

\*\* When your child, who is developmentally disabled or physically handicapped, reaches/exceeds the maximum age, an Application to Continue Handicapped Child form must be completed and reviewed to determine eligibility.

Is your spouse/domestic partner employed by this company?   ☐ Yes ☐ No

## Employee Signature (Read and sign)

I understand and agree with the following statements:

- My dependents are not eligible for coverages I don't have. My dependents, including step and foster children and any over the maximum age, are eligible based on plan provisions but those over the maximum age will be verified when a claim is filed.
- If I refuse dental coverage, I and my dependents may enroll later but this will affect the level of benefits.
- If I refuse coverage, I cannot enroll after retirement.
- If I refuse life or disability coverage, I may apply later but I must show proof of good health and coverage will be subject to approval by Principal Life Insurance Company.
- If the group policy does not require my contribution, I cannot decline coverage unless the policy indicates otherwise.

110

- If the group policy requires my contribution, I authorize my employer to deduct from my pay.
- I represent all information on this form and attachments is complete and true to the best of my knowledge. They are part of this request for coverage. I agree Principal Life is not liable for a claim before the effective date of coverage and all policy provisions apply. I have read, or had read to me, the information and my answers on this form. During the first two years coverage is in force, false statements, omissions, or material misrepresentations can cause changes in my coverage, including cancellation back to the effective date.
- Any person who, with intent to defraud or knowing that he or she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement, may be guilty of insurance fraud.
- I authorize Principal Life to release data as required by law. If signed in connection with an application, reinstatement or a change in benefits, this form will be valid two years from the date below. I may revoke authorization for information not yet obtained. I understand data obtained will be used by Principal Life for claims administration and determining eligibility for life and disability coverage. Information will not be used for any purposes prohibited by law.
- Explanation of Benefits reflecting claims payments for myself and my dependents will be sent to my home address. I also understand collection of social security numbers for myself and my dependents will be used by Principal Life only as allowed by law.
- For life coverage, I understand that as the employee, the insurance I and my dependents have applied for will begin on the effective date of coverage provided I am at work on that date. If I am not actively at work on such date, subject to the terms of the group policy, coverage may not go into effect until after my return to work. Furthermore, I understand that no insurance may become effective for any member of my family while he/she is in a period of limited activity.

A copy of this form will be as valid as the original.

I declare that the information I have completed on this enrollment form is complete and true. I understand an agent or broker cannot guarantee coverage, revise rates, benefits or provisions without written approval from Principal Life.

Your signature X _____ Date Signed _11 - 16 - 11_

Instructions

After this form is completed and signed, make two copies and send the original to Principal Life Insurance Company:
- One for the employee
- One for the employer

# EXHIBIT E

Monday 02 01 May 2011, PFG-FAX202          -7          Page 4 of 6

Received 10-22-2012

**Principal** *Financial Group*

Administered by
**Principal Life Insurance Company**
Des Moines, Iowa 50392-0002
Toll free Nationwide 1-800-245-1522
Toll free FAX 1-800-255-6609

**Life Claim Information**

## Part I. Information about the Group Planholder

Member's name (Please list all names member may have been known by such as maiden name, nickname or alias)
**Raymond Jacobs**

Member's I.D.
**H2203**

If dependent death, name
**Denise Jacobs**

Relationship to member
**Spouse**

Member's job title
**Fitter**

Member's classification in policy

Salary
$ **11.00**

Effective date of salary
**8-8-2011**

Effective date of member's coverage
**12-1-2011**

Date member began employment
**8/8/2011**

Number of hours worked per week
**40**

Date member was last actively at work
**July 6, 2012**

Reason member ceased active work:
☐ retired  ☐ illness or injury  ☐ terminated  ☒ death  ☐ other (explain) _____

Were premiums paid through date of death?  ☒ yes  ☐ no

If dependent claim, was member working at the time of death?  ☒ yes  ☐ no

If no, what was the date last worked? _____  If dependent, is member still working?  ☐ yes  ☐ no

Did the member name more than one beneficiary?  ☐ yes  ☒ no  If yes, are all claim forms attached?  ☐ yes  ☐ no

Amount of benefit claimed
$ **25,000**

Employer name
**ARIZONA PIPELINE CO**

Policy number
**H59481**

Unit/division number
**11**

Signature of planholder
**Connie Boden (admin)**

Title
**HR MANAGER**

Date
**10-11-12**

If we have questions, your phone number is
**760-245-7014**

FAX number
**(760) 244-4232**

## Part II. Information about the Deceased

Deceased's name
**Raymond Curtis Jacobs**

Address – street
**15115 Hesperia Rd**

City
**Victorville**

State
**California**

ZIP
**92395**

Date of birth _____

Date of death
**July 6, 2012**

Social security number _____

Are you making claim to any accidental death/personal loss benefit provided by the policy?  ☒ yes  ☐ no
If yes, please send us any newspaper articles, accident reports, or other documentation that would provide us with information about the death.

Was member (dependent) insured under any other policies with other companies?  ☐ yes  ☒ no
If yes, give name of company and amount of insurance: _____

Was dependent employed?  ☒ yes  ☐ no  If yes, please give employer's name, phone number and date last worked.
**Arizona Pipeline Co. (760) 244-8212   July 6, 2012**

Did member (dependent) have other coverage with Principal Life?  ☐ GUL  ☒ Individual  ☐ Group  ☐ Pension

## Part III. Information about the Beneficiary

Your name (beneficiary)
**Denise Jacobs**

Date of birth _____

Your address – street
**15115 Hesperia Rd**

City
**Victorville**

State
**California**

ZIP
**92395**

Your phone number – home
**(760) 245-7014**

Your phone number – work
**(760) 221-6793**

You are making claim to:  ☒ all of the proceeds on the deceased's claim.
☐ only the portion due me as one of the beneficiaries of the member.

Your relationship to member:  ☒ spouse  ☐ child  ☐ other (explain) _____

GP1150-49          Page 2 of 6          01/2011

Received Time May. 2. 2011  3:54PM No. 8973

Received 10-22-2012

Part IV. Settlement Information Supplemental Contract

I wish my benefits to be paid by:

☒ **Lump Sum Payment**

☐ **Interest Draft Account** – A draft account that works like a checking account. The policy proceeds are placed into this account and earn interest, but no additional deposits are allowed. This account is not FDIC insured but is backed by the strength and stability of Principal Life Insurance Company and, in the event of insolvency, is protected by your state's Life and Health Guaranty Association (LHGA).* Contact the National Organization of Life and Health Insurance Guarantee Associations at www.nolhga.com for more information.

Interest

- Interest on the funds in your Interest Draft Account is compounded daily and credited monthly.
- The interest rate is tied to Principal Bank's Money Market product, is variable, subject to change daily and tiered based on your account balance, and is always greater than 0%.
- The current interest rate can be found at www.principalbank.com/ida
- Please consult with your tax advisor regarding the interest earned.

The Account

- Once your Interest Draft Account is established, you will receive information regarding the account from Principal Bank, an affiliate of Principal Life Insurance Company, which will service the account.
- You will have complete access to the funds in your account., including the right to withdraw the entire amount at any time by writing a draft to yourself for the remaining balance without any fees or penalties.
- You can write drafts from your account in the amount of $500 or more (not less). If your account balance falls below $500, the balance plus interest will be sent to you at the close of the next business day and your account will be closed.

Other Information

- There are no account fees, although wire transfer and stop payment fees will be assessed if applicable.
- You will receive a monthly statement via regular mail listing all transactions on your account, including cleared drafts and interest earned.
- You may name a beneficiary for any funds remaining in your account in the event of your death.
- If your account is inactive for so long that it is considered abandoned or dormant under your state's law, we will attempt to contact you. If there is no response, we will transfer any remaining funds to the state.

If you have any questions about your account once it is established, call Principal Bank toll free at 1-800-672-3343 or direct your questions in writing to Principal Bank, P.O. Box 9351, Des Moines, IA 50306-9351.

*In New Jersey, the account is guaranteed by the LHGA up to a maximum of $500,000.

☐ Please send me additional information about other options available to me from Principal Financial Group.

Received Time May. 2. 2011 3:54PM No. 8973

Part IV: Settlement Information/Supplemental Contract (continued)

**Request for Taxpayer's Social Security Number or Tax Identification and Certification.**

If the social security number or tax identification number of the beneficiary is not supplied, the beneficiary may be subject to federal and state tax withholding. I have provided the appropriate social security or tax identification number below:

☒ The benefits are being claimed by me as a beneficiary and my social security number is ▬▬▬▬▬▬▬

☐ The benefits are being claimed by the legal guardian of a minor/incompetent person's estate.

  The minor/incompetent person's social security number is _____

☐ The benefits are being claimed by a trustee of a trust or a personal representative of an estate.

  The tax identification number for the trust or estate is _____

The information provided by me on this claim form is true and complete to the best of my knowledge. Under penalty of perjury I certify that the social security number or tax identification number supplied on this form is true, correct, and complete.

**Florida:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

| Date | Signature of beneficiary (Please make sure you sign form as your name appears on your social security card.) |
| --- | --- |
| 9/18/2012 | ▶ *Denise Jacobs* |

Certification of Foreign Status (For Foreign Entities Only)

Under penalties of perjury, I certify that for interest payments, I am not a U.S. citizen or resident (or I am filing for a foreign corporation, partnership, estate, or trust).

U.S. taxpayer's identification number (if any)          Country of citizenship

☐ SSN   ☐ ITIN   ☐ EIN

Permanent address

| Date | Signature |
| --- | --- |
| | ▶ |

Monday 02 01 May 2011, PFU-FAX202          -)                    Page  7 of 8

## Notice Requirements

Any person who, with intent to defraud or knowing that he or she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement, may be guilty of insurance fraud.

**California:** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**District of Columbia:** Warning: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Kentucky:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maryland:** Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**Ohio:** Any person who, with intent to defraud or knowing that he or she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma:** WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Pennsylvania:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Tennessee:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purposes of defrauding the company. Penalties include imprisonment, fines and denial of coverage.

**Virginia:** Any person who, with the intent to defraud or knowing that he or she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement may have violated state law.

**Washington:** It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines, and denial of insurance benefits.

Received Time May. 2. 2011  3:54PM No. 8973

# EXHIBIT F

Received 10-22-2012



# ARIZONA
# PIPELINE CO.
17372 Lilac St.
Hesperia, CA 92345
Ph: (760) 244-8212 Fax: (760) 244-4232

10/17/2012

To: Principal Life

Re: Raymond Jacobs -– -- 3346

To Whom It May Concern:

At the time Raymond became eligible for benefits 12/1/12 he received a benefit packet containing information and enrollment forms for medical, dental , life and supplemental insurance available to him through Arizona Pipeline. Also included was a benefit meeting schedule if the employee wished to attend where a Colonial enroller would be present to enroll them into their elected benefits.

Raymond attended a meeting on 11/16/2012 and Elthon Cruz was the Colonial enroller. At this meeting Raymond elected the amount of $240,000 voluntary life insurance and listed his wife Denise Jacobs as primary beneficiary (as shown on printout), at these enrollments Colonial does not ask for contingent beneficiaries.

After I received the printout Raymond turned in his original benefit packet with the Group/Voluntary life insurance beneficiary portion filled out showing his wife as primary at a 100% and his children Veronica Jacobs (age 15) and Raymond Jacobs (age 12) also as primary at 100% which is not possible, after talking with his spouse Denise Jacobs, Raymond's intentions were that Denise Jacobs to be the primary benefactor and the children as contingent benefactors as shown on the printout.

At the time of Raymond's death a new beneaficary form was sent to Raymond to fill out correctly unfortunately Raymond passed away before it could be completed.

If you have any questions or concerns, please feel free to contact me at (760) 244-8212 ext 111.

Thank You

Conqie Borden .
Conqie Borden
Human Resources Manager /Benefits Administrator

# EXHIBIT G



April 15, 2013

Michael K Brisbin
415.625.9260 (direct)
415.433.0990 (office)
Michael.Brisbin@wilsonelser.com

*Via Overnight Mail*

Mrs. Denise Jacobs
15115 Hesperia Road
Victorville, CA 92395

Re:    **Life and Accidental Death Insurance for Raymond Curtis Jacobs**
       **Group Policy Number H59481**
       **Primary Beneficiaries Denise Jacobs, V.     Jacobs and R.     Jacobs Jr.**
       Our File Number: 03393.00931

Dear Mrs. Jacobs:

Our office has been retained by Principal Life Insurance Company ("Principal Life") to represent it in this matter. I write to discuss the facts of the case as revealed by the file documents as well as Principal Life's decision to pay one third of the benefits now and deposit the remainder (two thirds) with the Court by filing a Complaint in Interpleader. The reasons for Principal Life's decision are also set forth below.

If you have any questions, following your review of this letter, please consult a legal professional of your choosing. I will gladly discuss this matter with any legal professional you choose, provided you execute the legal professional's necessary paper work allowing me to do so. I cannot answer any legal question you might have because I represent Principal Life in this matter.

*FACTS*

Raymond Curtis Jacobs was hired by Arizona Pipeline Company (APC) on August 8, 2011. Following his hire Mr. Jacobs became eligible for various employee benefits provided by APC, Group Term Life Insurance with Accidental Death & Dismemberment ("AD&D") benefit, and through APC, Group Voluntary Term Life Insurance with AD&D benefit. The premiums for the Group Term Life Insurance were paid by APC. Premiums for the Group Voluntary Term Life Insurance were paid by Mr. Jacobs through payroll deduction.

Mr. Jacobs initially enrolled for the above benefits electronically through a person with the Harris Insurance Agency, Mr. Elthon Cruz. During the enrollment, Mr. Jacobs was automatically enrolled for the Group Term Life Insurance in the amount of $25,000, with an AD&D benefit of $25,000. Jacobs agreed to purchase Group Voluntary Term Life Insurance in the amount of $240,000, with an AD&D benefit of $240,000. The electronic enrollment document reads that Mr. Jacobs named you, his wife, as beneficiary receiving 100% of the benefit. Principal Life contacted the Harris Insurance Agency to learn whether more than one primary beneficiary could be named when Mr. Jacobs electronically enrolled for the various life and AD&D insurance products. The answer: Yes, more than one primary beneficiary could be named.

525 Market Street, 17th Floor • San Francisco, CA 94105 • p 415.433.0990 • f 415.434.1370

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com



After Mr. Jacobs enrolled electronically for the life insurance through APC'S benefit program, he then completed a four page paper form titled "Employee Enrollment & Waiver - CA." The completed paper form shows that Mr. Jacobs elected Group Term Life Insurance provided by APC as well as Group Voluntary Term Life Insurance at $240,000. Choosing these benefits meant Mr. Jacobs was eligible for an equal amount of AD&D benefits under both policies ($25,000 and $240,000, respectively). On the paper form, Mr. Jacobs listed the following persons under the Group Term Life Insurance Primary Beneficiary Designation section: you, his wife, at 100%, V      Jacobs, his daughter, at 100%, and R      Jacobs Jr., his son, at 100%. The contingent beneficiary section under Group Term Life Insurance is blank.

Under the Group Voluntary Term Life Insurance section on the completed paper form, Mr. Jacobs wrote "same as above" four times under the primary beneficiary section indicating the primary beneficiaries listed under the Group Voluntary Term Life Insurance are the same as those listed under the Group Term Life Insurance (you at 100%, V      at 100% and R      at 100%). Here, too, the contingent beneficiary section under Group Voluntary Term Life Insurance is blank.

Mr. Jacobs electronically enrolled for his benefits on November 16, 2011. He also signed and returned the "Employee Enrollment & Waiver - CA" form to APC on November 16, 2011. Mr. Jacobs became eligible for benefits on December 1, 2011. He died on July 6, 2012.

### *ISSUE*

Mr. Jacobs completed two enrollment processes on November 16, 2011, one electronic and one paper, and designated different primary beneficiaries in each instance. With the electronic enrollment Mr. Jacobs listed you, his wife, only, as the beneficiary at 100%. On the completed paper form Mr. Jacobs designated you at 100%, his daughter V      at 100%, and his son R      at 100%. Thus, Principal Life has in its possession conflicting designations, executed on the same date, which it cannot interpret nor draw any conclusions from because its role does not include interpreting conflicting beneficiary designations. Rather, its role is to be neutral when handling all claims. It must ask a Court to determine who is entitled to the benefits when a conflict arises.

### *ANALYSIS & DETERMINATION*

Here, you are twice listed as a beneficiary, based on both beneficiary designations. If a Court rules the first beneficiary designation is valid and controls then you will receive 100% of the benefits. If a Court rules the second beneficiary is valid and controls then you will receive one-third of the benefit with V      and R      also receiving one-third each.

Based on both beneficiary designations, Principal Life concludes that you are entitled to at least one third of the Group Term Life Insurance with AD&D benefit, and the Group Voluntary Term Life Insurance with AD&D benefit. Therefore, enclosed you will find a check payable to Denise Jacobs for $176,666.66 plus interest in the amount of $948.67. The total sum paid to you is $177,615.33. *You can cash and/or deposit the enclosed check at your earliest convenience.* Doing so will not affect your right to pursue any other insurance benefits Principal Life will deposit with the Court when it files the Complaint in Interpleader.



Principal Life expects to file its Complaint in Interpleader either the week of April 15 or April 22. You are probably asking yourself what is a Complaint in Interpleader. Simply stated, this type of complaint is filed when there exists potential competing claims for life insurance money. Here, Principal Life is faced with potential competing claims (you versus the children) because the two beneficiary designations each list different and conflicting primary beneficiaries with different payment percentages.

As V       ' and R       are minors, Principal Life must ask the Court to appoint at least one guardian ad litem to represent their interests when it files the Complaint in Interpleader. Principal Life must do so because the minors cannot represent themselves, or pursue any claim for the life insurance money, until they become 18. Moreover, you cannot represent either minor's interest because you actually have a conflict with their interests. The conflict is your interest in obtaining the remaining two-thirds of insurance benefit versus V       and R       obtaining their one-third share each.

Understand that Principal Life only asks for the guardian ad litem because it is required to protect the children's interest. If it did not do so, and paid you 100% of the benefit, each child could sue Principal Life upon reaching majority age alleging Principal Life did not pay them their one-third share according to the second beneficiary designation. By filing the Complaint in Interpleader, depositing the money with the Court, and letting the Court determine who is entitled to the money, Principal Life avoids the potential double litigation and double payment.

Under the law, Principal Life cannot wait to fully resolve this claim until each minor reaches majority age. Therefore, Principal Life will file its Complaint In Interpleader now and ask the Court to determine whether V       and R       are each entitled to 33.33% of the benefit or you are entitled to 100% of the benefit. Neither minor can waive their right to the money because (under the law) neither minor has the legal capacity to waive any right. You cannot waive their rights to the money, though you are their mother and parent, because of the conflict discussed in the preceding paragraph.

When Principal Life files its Complaint in Interpleader it will ask the Court to award it the costs and fees it has paid and incurred in this case. This is standard procedure and the fees plus costs are routinely awarded by the Court.

Thank you for taking the time to read this letter which explains why part of the benefit has been paid to you and why the remainder is being deposited with the Court. We hope you find it helpful and informative. If you have any questions, please consult a legal professional of your choosing. As stated above, I am unable to answer any of your legal questions as I represent Principal Life in this matter.

Very truly yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

Michael K. Brisbin

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Jesus Bernal and the assigned discovery Magistrate Judge is Sheri Pym.

The case number on all documents filed with the Court should read as follows:

## EDCV13- 706 JGB (SPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [_] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [_] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [X] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ Central _ District of _California_____

PRINCIPAL LIFE INSURANCE COMPANY ,

)
)
)
)
)

_____
*Plaintiff(s)*

**ED** )  **CV 13 - 00706**

)  Civil Action No.  **JGB** SP_X_

v.

DENISE JACOBS  V. JACOBS  a minor  and
R. JACOBS, JR., a minor,

)
)
)
)
)
)
)

_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adrienne C. Publicover (SBN: 161432)
Michael K. Brisbin (SBN: 169495)
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI

*CLERK OF COURT*

Date: APR 1 7 2013
_____       _____
*Signature of Clerk or Deputy Clerk*

AO-440

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) | **DEFENDANTS** |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY | DENISE JACOBS; V. JACOBS, a minor; and R. JACOBS, JR., a minor, |

| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Adrienne C. Publicover (SBN: 161432)<br>Michael K. Brisbin (SBN: 169495)<br>Wilson Elser Moskowitz Edelman & Dicker<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105<br>T: 415-433-0990; F: 415-434-1370 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff     ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant     ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

FRCP 22, 28 U.S.C. section 1335 and ERISA.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☒ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE/ PENALTY** | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

ED CV 13 - 00706 JGB SPx

APR 17 2013

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|
| | | CCD-JS44 |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).   IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  [X] No   [ ] Yes

If yes, list case number(s): _____

**VIII(b).   RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  [X] No   [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ]   A.  Arise from the same or closely related transactions, happenings, or events; or

[ ]   B.  Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]   C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]   D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX.  VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ]   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Des Moines, Iowa. |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ]   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date  4/12/13

Michael K. Brisbin

**Notice to Counsel/Parties:**   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |